# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| James W. McGlothlin, | ) | Civil Action No. 9:18-cv-00246-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT KEVIN N. HENNELLY'S** |
| v. | ) | **41(D) MOTION TO STAY ACTION AND** |
| | ) | **AWARD FEES** |
| Kevin N. Hennelly, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE Defendant Kevin N. Hennelly ("Defendant"), by and through his undersigned counsel, hereby moves for an Order staying this action pursuant to Rule 41(d) of the Federal Rules of Civil Procedure. This Motion is made because Plaintiff filed an identical suit in the Middle District of Florida and then voluntarily dismissed the action. The motion is supported by Defendant's memorandum, supporting affidavit, and such further proof as may be offered.

WHEREFORE, Defendant Kevin N. Hennelly requests this Court stay this action and award Hennelly his attorneys' fees and stay this action until his fees are paid.

s/ Robert H. Jordan<br>
Robert H. Jordan (Fed ID: 06986)<br>
PARKER POE ADAMS & BERNSTEIN LLP<br>
200 Meeting Street, Suite 301<br>
Charleston, SC 29401<br>
(843) 727-2650<br>
robertjordan@parkerpoe.com<br>
<br>
ATTORNEY FOR DEFENDANT

February 15, 2018

Charleston, South Carolina