# EXHIBIT E

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

JAMES MCGLOTHLIN,

    Plaintiff,

v.

KEVIN N. HENNELLY,

    Defendant.

Case No. : 2:17-cv-00519-UA-MRM

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff James McGlothlin voluntarily dismisses this action without prejudice to refiling in South Carolina.

Dated this 12th day of January, 2018.

    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
    200 South Orange Avenue, Suite 2900
    Orlando, Florida  32801
    Telephone:  407-422-6600
    Facsimile:  407-841-0325
    *Co-Counsel for Plaintiff James McGlothlin*

    s/ Hal K. Litchford
    Hal K. Litchford
    Florida Bar No.:  272485
    E-Mail:  *hlitchford@bakerdonelson.com*
    Secondary:  *rgustafson@bakerdonelson.com*
    Secondary:  *fedcts@bakerdonelson.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on January 12, 2018, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to the registered counsel of record:

| | |
|---|---|
| Onier Llopiz, Esq.<br>Lydecker Diaz<br>1221 Brickell Avenue, 19th Floor<br>Miami, FL  33131<br>*ol@lydeckerdiaz.com* | Dennis Gregory Placone, Esq.<br>Nexsen Pruet, LLC<br>PO Drawer 2426<br>Columbia, SC  29302<br>*gplacone@nexsenpruet.com* |

                                      s/ Hal K. Litchford
                                      Hal K. Litchford