# EXHIBIT 7

The Washington Post

**Virginia Politics**

# Virginia governor's wife was paid $36,000 as consultant to coal philanthropy

All Comments

Newest First ▾ Pause live updates

**+ Add to list**

Back to Article

## 1345 Comments

Discussion Policy

The comment section on this story is now closed. All comment sections close after 14 days.

For more on how we manage comments and other feedback, please see our **discussion and submission guidelines** ❯

**runfastandwin**

6/5/2013 4:19 PM EDT

And yet Don Siegelman still sits in prison. There is no justice in America.

Like   Share

**sic_semper_tyrannis**

6/4/2013 8:27 AM EDT

It was only a few days ago that Rubin was all hot on Virginia Governor Bob McDonnell, but now that his wife has shown herself to be taking money from corporate interests AGAIN and using her influence and position as 1st lady, (this time to solicit for a coal industry charity, but previously for a "health supplement" made by a tobacco company)

http://www.washingtonpost.com/local/va-politics/vi...

Thumbs down, Undercut, Blow, Taking Down, Destroy, Rebuke, Undermine? All seem to apply to the VAGOP in this case, especially to Governor Ultrasound's political future. Bye Bye Bob!

1 ·    Like   Share

**blueleadermike**

6/4/2013 10:31 AM EDT

Sponge Bob say, "he want to be the "teflon man" !

22                                                                                    1 ·    Like

# All Comments

~~samoadc~~

When white collar types of criminals go to jail and serve as much as the average person does for fighting there will be many more people less willing to steal from the people. In the meantime it may be a good idea to vote out those who support criminal types of behavior. In this case not guilty until proven so.

Like    Share

**sic_semper_tyrannis**

6/3/2013 9:55 PM EDT

excellent, Toles.

http://www.washingtonpost.com/opinions/toles?hpid=...

Like    Share

**turtle9**

6/3/2013 8:58 PM EDT

Let's see... A right-wing Republican in bed with a rich coal executive; his cheer-leading wife (obviously not as slender as before) gets a nice little bonus. the only surprise is that we found out about it! thanks to the folks who got out the info. Will anything happen? Of course not.

4 ·    Like    Share

**blueleadermike**

6/3/2013 8:11 PM EDT

"Mrs. Sponge Bob" say, "he ain't gonna get ALL the action" !

2 ·    Like    Share

**Skyline1**

6/3/2013 6:23 PM EDT

If I were paid $36,000 by a charitable organization, I'd sure be able to remember if I had worked two hours or three hours for the wad. There must have been a lot of these corrupt deals going on to cloud Maureen's memory so badly.

6 ·    Like    Share

**duchesne**

6/3/2013 7:12 PM EDT

It sounds like most of the "philanthropy" is going to the board members instead of the alleged intended recipients.

7 ·    Like

**sic_semper_tyrannis**

# All Comments

On May 13, 2013 Grover Norquist put the first nail in Bob McDonnell's Presidential aspirations:

Newest First ▾                                                    Pause live updates ❚❚

http://www.atr.org/virginia-governor-bob-mcdonnell...

This story is surely another. How many more will it take before the Hapless Prober is pulled down from all sides, and when does Cuccinelli throw him under the bus...? One wonders what they have on each other, Bolling was Bob's man.

5  ·      Like   Share

---

**Skyline1**

6/3/2013 6:15 PM EDT

I'd like to throw McD under the bus for the tax hike on hybrid vehicles. That's about the dumbest tax I could imagine.

5  ·      Like

---

**sic_semper_tyrannis**

6/3/2013 6:39 PM EDT

Skyline1, the tax on hybrids was the clearest example of pandering to the anti-environmental GOP base I've ever seen.

3  ·      Like

---

**Skyline1**

6/3/2013 7:18 PM EDT

sic_temper, I fully agree with you.

2  ·      Like

---

**sic_semper_tyrannis**

6/3/2013 8:33 PM EDT

well, that makes one of you. thanks...

Like

---

**Kindlerva**

6/3/2013 9:28 PM EDT

Actually, spending two years trying to throw the full weight of the law against a climate scientist at U-VA just for being...a climate scientist, based on rabid conspiracy theories, is to my eyes an even more impressive act of anti-environmental pandering.

But yeah, the hybrid tax was pretty impressive in its own despicableness -- I've give it some credit!

3  ·      Like

44

**sic_semper_tyrannis**

6/3/2013 9:57 PM EDT

**All Comments**

Pause live updates ❚❚

Newest First ▾

Kindlerva, I stand corrected. I was only think of the Prober-in-Chief. Right you are.

1 · Like

---

**ethan**

6/3/2013 5:54 PM EDT

On the federal level, Sandi Jackson makes a nice comparison. Her husband Jesse was paying for all manner of "philanthropic" details.

2 · Like  Share

---

**pelohoki1**

6/3/2013 5:37 PM EDT

We have wolves guarding hen house. We're responsible for electing these crooks who in turn appointed rascal Scalia to create Citizens United, possibly the most damaging piece for our country.

2 · Like  Share

---

**ethan**

6/3/2013 5:53 PM EDT

Nope. Only the citizens of Virginia are responsible for electing politicians in Virginia. Where I come from (IL), we have our own crooked politicians, like Rod Blow-go and wife Patti. Now that's a pair.

You don't see the Virginia governor hitting the main stream talk show circuit like Rod did, do ya?

3 · Like

---

**Kindlerva**

6/3/2013 9:29 PM EDT

Guaranteed Bob McD will get hired by Fox News after he completely flames out. Its the last refuge for right wing scoundrels.

4 · Like

---

**Fattest Cat**

6/3/2013 5:35 PM EDT

This scandal should leave the nation shocked...why are we not impeaching her! Where is the special prosecutor? Where is the inquiry? Why the right wing media covering this up? How high will this corruption go?

2 · Like  Share

---

**ethan**

6/3/2013 5:50 PM EDT

55  The shock is long since past as many governors have already gone this route. Do you not remember Illinois' finest, Rod Blow-go and wife Patti?

## All Comments

Newest First ▾                                                    Pause live updates ⏸ 2 •    Like

---

**Morecomments**

6/3/2013 5:33 PM EDT

Ole reborn Bob needs to get re-reborn.

3 •    Like   Share

---

**ethan**

6/3/2013 5:50 PM EDT

re-tooled, you mean.

2 •    Like

---

**blueleadermike**

6/4/2013 10:36 AM EDT

That's what the Dragon Lady say ?

1 •    Like

---

**KBlit**

6/3/2013 5:25 PM EDT

The only 'philanthropy' here was lining her pockets. If she was a RS cheerleader they should report her to the SPCA!

4 •    Like   Share

---

**Alex70**

6/3/2013 5:34 PM EDT

Dear KB,

I'm not sure I understand your comment. It could be interpreted as being very mean. For what it's worth I've been enormously critical of the governor's policies for many years. Please tone it down and respond in a more mature fashion.

Best wishes.

.

1 •    Like

---

**blueleadermike**

6/4/2013 10:37 AM EDT

She still a "hottie" !

1 · Like

---

# All Comments

MarylandRoyal

Newest First       6/3/2013 5:11 PM EDT                    Pause live updates ⏸

Did she provide $36K's worth of services?

3 ·   Like   Share

---

### Right on

6/3/2013 5:42 PM EDT

Depends on what she charges for her services. Maybe Eliot Spitzer could shed some light on that.

1 ·   Like

---

## cswalker21

6/3/2013 5:04 PM EDT

Sorry, it's just so funny that the same people who are positively outraged by the latest whatever the scandal about Obama is supposed to be (though they can't articulate what the wrongdoing is), are completely shrugging this off.

5 ·   Like   Share

---

### TimeForChange2018

6/3/2013 5:12 PM EDT

This so-called "scandal" should not be compared to what is happening in the Obama administration. Your comment is unwarranted.

1 ·   Like

---

### raywilliams

6/3/2013 5:30 PM EDT

Like McDonnell never stood under an umbrella before.

Based on Mark Sanford's election in SC, Republicans don't care how corrupt their politicians are.

4 ·   Like

---

### Right on

6/3/2013 5:50 PM EDT

Yes we do care how corrupt they are. Clinton and Kennedy proved that the American voters don't care about integrity or moral bearing. Republicans are starting to take after successful unethical democrats.

1 ·   Like

---

### starpopper

6/3/2013 5:59 PM EDT

77  I guess Reagan & W are your ideal!

# All Comments

Like

Newest First ▾

Pause live updates ❚❚

### Kindlerva
6/3/2013 9:42 PM EDT

Right on, you've proven once again that Repubs only care about who politicians are literally screwing, not who they're figuratively screwing (as in, the rest of us).

1 ·    Like

### GramE
6/3/2013 4:49 PM EDT

She should become Democrat and get really big money.

Like    Share

### Joey Fulghum
6/3/2013 5:09 PM EDT

From whom for example, and for what?

Like

### raywilliams
6/3/2013 5:31 PM EDT

Yeah, what is funny is she's killed the Republican Party for peanuts.

1 ·    Like

### bfc1949
6/3/2013 4:45 PM EDT

I don't know why there is such a fuss. After all the people of South Carolina just elected Sanford to Congress. His qualification for Congress was he was an x-hiker, x-familyman, x-Govenor, x-spouse, x-patriot, and full time horn dog. I'd feel sorry for his new squeeze but she was warned about him. They do have newspapers in Argentina and most are in Spanish. She will not look so hot when he is back were lobbiest supply so much prime free stuff.

We all know that Congress is made up of grifters, liars, theives, gamblers and charlatans of every stripe. It looks like now that Sanford is back even the retread riff-raff have arrived. McDonnell should fit right in

1 ·    Like    Share

### J Morgan
6/3/2013 4:37 PM EDT

Wait- isn't that Governor "transvaginal probe"? His wife worked in health-related fields? "Anatbloc" or something? Is this a contradiction that Governor right-to-life gives a rip about any kind of legitimate health

7

products? $36,000 for her services as a party facilitator, a kind of DC Madam for the righteous.

## All Comments

Newest First ▾

5 ·    Like   Share

Pause live updates ❚❚

### Kindlerva

6/3/2013 9:45 PM EDT

Wasn't Lerner trying to catch all those tea party groups trying to get their handout from the taxpayer while engaging in partisan political activity?

Like

### Soulstranger

6/3/2013 4:35 PM EDT

You have to wonder - did she make more than a coal miner makes in a year?

4 ·    Like   Share

### checi

6/3/2013 4:34 PM EDT

Oh please. When did it NOT benefit family to have a relative elected? When I was 19 and in the military I was sweating through my fatigues on the back of a pickup truck in the south Pacific when I read in the newspaper that President Gerald Ford's daughter just graduated high school and was going to work for 30K a year at some company. I think I was making 6K a year. So some of us have known for a LONG LONG TIME that birthright has its privileges.

2 ·    Like   Share

### observer701

6/3/2013 4:20 PM EDT

That was no consultant, that was my wife!

7 ·    Like   Share

### Kindlerva

6/3/2013 9:48 PM EDT

Or, take my wife, please -- for $36,000.

Like

### hyphen_va

6/3/2013 4:14 PM EDT

Well, can't we just forgive her and let this one slide? I mean, that's what a Republican would do right? That's what Jesus would tell us ALL to do right? I mean, they needed the money. They NEEDED the money.

6 ·    Like   Share

### Meritorious-MasoMenos

6/3/2013 4:13 PM EDT

8

I've been a conservative, tax-paying, voting resident of Virginia since 1989.

## All Comments

I well understand how the game is played at state, county and local level, but I was in the international field, and so never had to pay.

Newest First ▾

Pause live updates ❚❚

But all of these recent revelations are too much. I feel like a hog-tied, forced guest at a good-ole-boys Virginny S&M party, on my knees and apple in my mouth, and all the insiders are laughing at me.

2 ·    Like   Share

---

**Blueshift**

6/3/2013 4:06 PM EDT

Nepotism and Capital Cronyism are surprising why? Insider trading on the Hill. Energy consultations with Vice Presidents. CEO's and pols changing jobs like a game of musical chairs. This is the way business has been done for a long time. Now that money is speech, it's only going to get worse.

4 ·    Like   Share

---

**bfc1949**

6/3/2013 3:56 PM EDT

The McBoddles are precisely the people we all warn our kids about.

3 ·    Like   Share

---

    **delunser**

    6/3/2013 3:59 PM EDT

    They certainly appear to be money grubbing low class trash, if not criminals.

Like

---

    **bfc1949**

    6/3/2013 4:03 PM EDT

    McBoodles.

Like

---

**KBlit**

6/3/2013 3:55 PM EDT

So she is registered as lobbyist? But then a bribe, payoff, influence peddling etc. Getting elected is better and safer than robbing a bank. Given the 'cucch' is now running we can all rest easy that the 12th century and 'ole virginnie' will resurface.

5 ·    Like   Share

---

**Tax the Churches**

6/3/2013 4:47 PM EDT

She could have made more than $36K if she were a receptionist at the local rec center. It ain't much, but it made her feel beholden to the fellow and that's what isn't right. Sure it's done everywhere, but

1010 McDonnell claims to be above it all. When you claim to be righteous, it's a good idea to act so.

## All Comments

Like

Newest First ⌄

**IDoCare**

Pause live updates ⏸

6/3/2013 3:48 PM EDT

There is a MAJOR ethics problem among people in-power (incl management in business, politicians, etc). They give the impression that they are above the law.

I know a new graduate (BA-BS) of an east coast university who is returning to California, and has already bought the airline ticket at a cost of about $500. There is a job interview near the home town, and when the company offered to 'fly you out', the response was "I am returning home, and have already bought the ticket. As long as the intervew after my arrival, I dont think I need to be reimbursed."

I just cannot imagine a wealthy/ highly paid person, or a person in 'piublic service' thinking that way. Public service personnel SHOULD be held to a HIGHER STANDARD not the same as the rest of us. The reverse seems to be the case.

4 ·    Like   Share

**ethan**

6/3/2013 3:51 PM EDT

Just out of curiosity, what rock did you just come out under from?

3 ·    Like

**Tax the Churches**

6/3/2013 4:48 PM EDT

the rock of the real world, Ethan.

Like

**Soujourner**

6/3/2013 3:41 PM EDT

So, the defense when you appear on behalf of a snake-oil company selling 'vitamins' and get a wedding catered in return the defense is that this was the same as you'd do for any Virginia business...and he's a good family friend...when you leverage legal terms like consultant and employee distinctions to avoid transparency, it is as a philanthropist...I wonder what's next...

4 ·    Like   Share

**ethan**

6/3/2013 3:47 PM EDT

You help your wife get her RE's license and miraculously she begins to make's "fees" leasing state owned properties, hand over fist. Patti Blow-go made a killing.

4 ·    Like

**gregdr1**

6/3/2013 3:37 PM EDT

## All Comments

I dare say if you scratch any career politician you're going to find stuff like this.

Newest First ▾

Pause live updates ⏸    Like    Share

---

**ethan**

6/3/2013 3:43 PM EDT

And if you scratch them in the wrong spot, you might just find more than you're looking for. GROSS!

1 ·    Like

---

**Morecomments**

6/3/2013 3:36 PM EDT

Sounds like an excuse for the coal industry to give the governor's wife some money. Pay to play you might say.

6 ·    Like    Share

---

**raywilliams**

6/3/2013 3:29 PM EDT

"Maureen McDonnell, the wife of Virginia's governor, was paid $36,000 last year to attend a handful of meetings as a consultant to the philanthropic arm of one of the state's major coal companies .."

Perhaps this is why Governor McDonnell insists that women should not have jobs, but should be home baking pies and waiting to serve hubby when he returns. He thinks they all can rake in $36k as "consulants" on the side.

8 ·    Like    Share

---

**ethan**

6/3/2013 3:35 PM EDT

Ms. McDonnell,

We were thinking of touring some of DC's Gentlemen's Clubs to see where our philanthropic efforts could best be served. Do you have a recommendation?

1 ·    Like

---

**ethan**

6/3/2013 3:27 PM EDT

WaPo,

What's "coal philanthropy"?

2 ·    Like    Share

---

**raywilliams**

11

1212 6/3/2013 3:29 PM EDT

## All Comments

Think "bribe".

Newest First ▾

Pause live updates ❚❚

8 ·     Like

### struth

6/3/2013 3:31 PM EDT

actually the charity donated over $1.4 million just last Christmas. Including paying for much needed medical needs for some folks

1 ·     Like

### ethan

6/3/2013 3:44 PM EDT

Mad,

Nice one.

Like

### JustTheFacts11

6/3/2013 4:11 PM EDT

coal for stockings of democrats, no doubt.

Like

### JuliusSneezer

6/3/2013 3:23 PM EDT

If it was for a legitimate charity, shouldn't she have donated her time?

6 ·     Like     Share

### ethan

6/3/2013 3:25 PM EDT

The term "legitimate" is so loosely defined these days.

2 ·     Like

### VaBroker

6/3/2013 3:22 PM EDT

I don't care if it is legal or not. It look's bad and should never have happened. Who is advising this Governor on his taxes and how he discloses things? Clearly they should be fired.

5 ·     Like     Share

### ethan

1313  6/3/2013 3:39 PM EDT

## All Comments

Newest First ▾

Were you aware that Congress recently passed (about 2 weeks ago) bi-partisan legislation which waived their need to show where their finances come from? The voter cause liberal casted all news outlets missed it.

I find it ironic that no politician is standing up and taking credit for passing such bi-partisan legislation in record breaking time.

1 ·    Like

---

**ethan**

6/3/2013 3:22 PM EDT

Okay. Paid 36K as a consultant, but was she "professional" at it while she was providing services? 36K is some serious coinage for a non-professional.

4 ·    Like   Share

---

**magnifco1000**

6/3/2013 3:25 PM EDT

She looked mighty professional in the cheerleader outfit.

5 ·    Like

---

**ethan**

6/3/2013 3:26 PM EDT

Nice pompoms? I'm a little late getting to the game.

1 ·    Like

---

**ethan**

6/3/2013 3:20 PM EDT

Another cup of pay to play anyone? It has no party allegiance and tastes just as bitter.

3 ·    Like   Share

---

**lupepi49**

6/3/2013 3:13 PM EDT

I know that both parties have some dirty laundry that they hide, but, the Republicans takes about 95% of the 100. Are they more corrupt than the Democrats?

5 ·    Like   Share

---

**ethan**

6/3/2013 3:17 PM EDT

I don't know. In Illinois, there are no Republicans and every Democrat is dirty.

3 ·    Like

1414

**All Comments**

Newest First ▾

**magnifco1000**
6/3/2013 3:18 PM EDT

In Texas there are no Democrats and every Republican is dirty

Pause live updates ⏸

6 · Like

**ethan**
6/3/2013 3:18 PM EDT

What to do, what to do...

2 · Like

**MDT1**
6/3/2013 3:06 PM EDT

This is about as sleazy as it gets......I like to know what she did for the $36,000......and hopefully it wasn't anything that they accused Bob Mendez of getting for free in the Dominican.

3 · Like  Share

**True Observer**
6/3/2013 3:04 PM EDT

Let's see.
Husband is US Senator when they're giving money away at the Capitol.
Wife hired by non- profit to get subsidies and as a bonus to keep the charity cases out of the hospital.
Wife paid $400,000.00 per year.
After she leaves for the White House, the job is not filled as not needed.

Like  Share

**raywilliams**
6/3/2013 3:02 PM EDT

Paying Mrs. McDonnell $36,000 shows how hard up Republican men are since the demise of $arah and Michele.

6 · Like  Share

**FifthLion**
6/3/2013 3:00 PM EDT

viriginia state government--corrupt to the core. 99.9% of the "leaders" are on the take--pathetic.

3 · Like  Share

**zelie1**
6/3/2013 2:58 PM EDT

Just another of the many growing examples of the failed american system of governing..it is starting to make the Romans look honest in comparison.

14

1515

5 ·    Like    Share

## All Comments

**zelie1**

Newest First↓            6/3/2013 2:54 PM EDT                              Pause live updates ‖

CORRUPTION...CORRUPTION...CORRUPTIOON...

4 ·    Like    Share

---

**tbonies**

6/3/2013 2:53 PM EDT

i'm a republican and the first family of virginia is downright embarassing!

7 ·    Like    Share

---

**Desertdiva**

6/3/2013 3:03 PM EDT

I'm a former Republican and I agree. Unlike Democrats who see nothing wrong with the IRS/Benghazi scandals I hope they investigate and prosecute McDonnell. More corruption keeps showing up and it's time to resign or face charges.

Like

---

**dfolk1**

6/3/2013 2:47 PM EDT

"Maureen McDonnell, the wife of Virginia's governor, was paid $36,000 last year to attend a handful of meetings"

I don't see what the problem is, this is how plutocracy is SUPPOSED to work.

The republicans are wrong to suggest our governmental system is broken, this is a shining example of the system working as it is designed to.

4 ·    Like    Share

---

**wadejg**

6/3/2013 2:37 PM EDT

I can guarantee you that if you peek behind the curtain of any business, especially a family owned business, there's at least one employee (or more) who's more of an "employee." Some pay them so they WON'T come in to work, some pay them because that person is incapable of holding a job in a "real" company so they don't want their kids to starve so they're on the rolls, or about a billion other "reasons."

I'd also guess that many of the posters here would take this job (or any job) if their spouse was Governor. It's not like it's a high paying job (not for the area anyway), so it's more of a token job. But if it paid more I'd venture to guess that not many here would say no to a $50,000+ a year job regardless of how one would acquire said job.

The only difference here is that her husband is an elected official.

**All Comments**

Newest First ▾

Pause live updates ⏸

**delunser**

6/3/2013 2:47 PM EDT

An elected official who voted for huge subsidies for the company whose foundation hired his wife, to be exact .

Like

---

**almostbob**

6/3/2013 3:06 PM EDT

Doesn't pay much? Three or four meetings for 36K, a tesimony and party orgainzer for 15K. Thats a lot of money for alomst no work.

Like

---

**Old VA**

6/3/2013 4:43 PM EDT

Since that is almost what I make in an entire year it isn't small potatoes to me, especially for a FEW HOURS!

Like

---

**rossor**

6/3/2013 8:16 PM EDT

So ... you're suggesting it's okay for a government official to mis-represent where his family income originates?

There's a huge disconnect between what the McDonnells say the money is for and what the company said it was for.

Like

---

**Lydia_Louise**

6/3/2013 2:33 PM EDT

Ugh ... just more corruption from this party and this man.

4 ·    Like    Share

---

**untergrund**

6/3/2013 2:13 PM EDT

Just looking at the picture and she has greed, corruption and lying written all over her face.

4 ·    Like    Share

---

**Unibrow**

6/3/2013 2:26 PM EDT

171 She's got bernaise sauce all over that double chin.

# All Comments

1 ·    Like

Newest First ▼

Pause live updates ⏸

**delunser**

6/3/2013 2:26 PM EDT

Why, is Michelle Obama a greedy amoral parasite like Mrs. O'Donnell?

Like

**Ob82TT**

6/3/2013 2:12 PM EDT

Can someone tell me

Where's the beef?

Looks like the Post is grinding their axe again.

2 ·    Like  Share

**Unibrow**

6/3/2013 2:13 PM EDT

If you don't have a problem with graft, then there is no beef.

5 ·    Like

**Ob82TT**

6/3/2013 2:15 PM EDT

I see in the article she didn't request to be paid but the foundation paid her anyway. Again, what's the issue here?

Like

**Unibrow**

6/3/2013 2:18 PM EDT

She took the money for NO work. Just exactly what did the the coal foundation get for her advice? Did you expect the check to read "Payola to Gov." on the note section?

4 ·    Like

**delunser**

6/3/2013 2:28 PM EDT

What an idiot. Did you read the article? the governer and his family are low class money grubbing scum and quite possibly criminals, that's the issue.

Like

1818

**All Comments**

Newest First ▼

**stonecutter**
6/3/2013 2:28 PM EDT

unibrow.....wow...... a whopping $36k.....gee....ain't that thar a lot of big bucks...... geee..... tell us bozo....how much screaming did you do when Rangel ripped the government off for a few hundred thousand???..... oh....what???>..... you only complain if there is something against the republicans....gotcha..... now, tell us, what about due process????....you got the missus already in jail and there hasn't even been anyone indicted or arrested yet........ stick it in your ear, you partisan quack.......

Like

---

**whistling**
6/3/2013 2:30 PM EDT

stonecutter...

yer right, shs'e not in jail...but, by all that's reasonable, she should be soon.

LOVE to see it. About time that kind of thing is noted and dealt with.

1  ·    Like

---

**stonecutter**
6/3/2013 2:31 PM EDT

haaaaa...... well, holder and his idiot boss should be in jail too, by your reasoning....

Like

---

**MiddleoftheRoad**
6/3/2013 3:05 PM EDT

Seems like a lot of money for no work to me. Her resume looks pretty weak for this kind of cash. More like you'd see for the former president of the United Way or IMF. The kind of people who can make a phone call or connections to help you with business. Oh wait....

1  ·    Like

---

**Unibrow**
6/3/2013 2:10 PM EDT

Let's face it the governor's wife was the bag lady for the coal industry payola to the governor. This is as crooked as it gets.

7  ·    Like   Share

---

**Bhawk1**
6/3/2013 2:09 PM EDT

I must admit a mistake--I thought my governor Rick Perry was the biggest crook in the Governors mansions-- heck he is 2nd compared to those folks

18

1919

8 ·    Like    Share

# All Comments

naomi94112

Newest First ▾    6/3/2013 2:25 PM EDT                    Pause live updates ‖‖

Loved it when Perry snorted at that debate that he wouldn't take no piddly $5,000. Damnit, he's a high priced hooker!

2 ·    Like

**RogerRamjet2**

6/3/2013 2:05 PM EDT

Fish gotta swim, birds gotta fly and grifters gotta grift.

6 ·    Like    Share

**Unibrow**

6/3/2013 2:06 PM EDT

Pigs gotta oink.

1 ·    Like

**mangymut**

6/3/2013 2:16 PM EDT

Words like "goober' demonstrate a very limited vocabulary.

Like

**delunser**

6/3/2013 2:29 PM EDT

So why be the only one using it?

Like

**realgrrl1**

6/3/2013 2:04 PM EDT

I thought she was a stay-at-home mom.

4 ·    Like    Share

**FifthLion**

6/3/2013 3:01 PM EDT

that's right--she stays at home and collects lots of money

1 ·    Like

**Nolk22**

6/3/2013 2:04 PM EDT

"Hey Mrs Govenors wife, wanna make a quick buck for helping us get inside your husbands administration?"

## All Comments

Newest First

"Sure, but we can't call it a "job" or a "position" because those pesky disclosure laws say if I have a job I have to report the income, and we don't want anyone knowing I get paid for helping them gain favor in my husbands administration".

"Ok, (coal guy flipping through a thesaurus) we will call it a "consulting trustee", here is your check".

The worst part is, despite how evolved we call ourselves as a nation, and how much we like to look down our noses are outright polital fraud in Russia, Greece, France etc. we do the exact same thing. We are just generally better hiding it.

8 ·    Like   Share

---

**Wildduck1**

6/3/2013 2:04 PM EDT

"Exactly when did the political establishment in this country eclipse the Mafia? I'm having a difficult time settling upon the year."

Good point. I'm thinking it was in the late 60's when some New England States realized that the numbers racket was too good for the traditional organized crime families so various State sponsored lotto and scratch-off ticket games followed. Once this line was crossed the others fell away quite naturally.

3 ·    Like   Share

---

**Unibrow**

6/3/2013 2:01 PM EDT

To which charity did Mrs. Governor donate the $36,000.00? Herself! And I didn't know she even needed charity.

4 ·    Like   Share

---

**RogerRamjet2**

6/3/2013 2:02 PM EDT

Well, her hubby only made $175K last year, and there was all that free food, housing, maid service, weddings and other free stuff to pay for.

6 ·    Like

---

**Unibrow**

6/3/2013 2:04 PM EDT

That really is the outrage: she TOOK money from a CHARITY for HERSELF.

3 ·    Like

---

**realgrrl1**

2121
6/3/2013 2:05 PM EDT

## All Comments

~~Charity begins at home. It is in the Bible.~~

Newest First ▾

Pause live updates ⏸

2 · Like

**struth**

6/3/2013 2:10 PM EDT

people that work for charity organizations have salaries. the charity in question gave away 1.4 million in gifts just last christman, including medical treatments for the poor

Like

**starpopper**

6/3/2013 2:14 PM EDT

The bible also says Jesus had "..skin liken unto the color of Bronze and hair liken unto lamb's wool"...so the blue-eyed hippie on everyone's wall is not an accurate depiction of what the bible teaches us, now is it?!

2 · Like

**laboo**

6/3/2013 2:27 PM EDT

True, he looked more like a Rasta.

1 · Like

**carriegirl**

6/3/2013 2:00 PM EDT

Front page story??
A new low, even for the Post.
Why not update us on Vincent Gray's ethics violations and the Baltimore jail debacle?

1 · Like    Share

**Busterlicious**

6/3/2013 2:01 PM EDT

It's in the Virginia politics section. Don't confuse Front Page with Web Page.

7 · Like

**Phaedrus511**

6/3/2013 2:02 PM EDT

Good one CG. Post may as well declare themselves "Your Dem News Rag".

Like

21

2222

**realgrrl1**

6/3/2013 2:05 PM EDT

**All Comments**

Newest First ▾

Reading comprehension issues?

Pause live updates ❚❚

1 ·    Like

**carriegirl**

6/3/2013 2:08 PM EDT

It's on the FRONT page of the print edition...that's my complaint!

Like

**rdcnynj**

6/3/2013 2:10 PM EDT

seriously
$36,000 probably doesn't even pay for her makeup.

2 ·    Like

**delunser**

6/3/2013 2:30 PM EDT

Obviously not.

Like

**Phaedrus511**

6/3/2013 1:59 PM EDT

That's nothing compared to the big bucks raked in by Susan G. Komen administrators from your generous contributions. And to tell the truth, I've never met a woman, personally, who has benefited from a Komen program. Have you?

2 ·    Like    Share

**dmm1**

6/3/2013 1:58 PM EDT

Some questions I feel are important:
1) How much did the VA governor and his wife GIVE to charities, compared to the amount they GOT from one (well-endowed) charity (run by a personal friend)?
2) Did the VA governor and/or his wife support non-VA businesses (esp. any that compete with VA businesses), or did they only promote VA businesses (such as coal), which one would expect a governor to do?
The answers to these questions would certainly color my perception of their deeds. One set of answers would make me feel they were slimey and dishonest. Another set of answers would make me think this brouhaha is just politically-motivated character assassination (and possibly envy).

1 ·    Like    Share

22

2323

**mercury44**

**All Comments** 6/3/2013 1:56 PM EDT

Newest First ▾

Exactly when did the political establishment in this country eclipse the Mafia? I'm having a difficult time settling upon the year.

Pause live updates ⏸

2 ·      Like    Share

---

**Bhawk1**

6/3/2013 2:04 PM EDT

1972 Bebe Rebozo and RMN--one of those little scandals that make Tricky look better than Obama.

2 ·      Like

---

**struth**

6/3/2013 1:53 PM EDT

again...i'm not sure what the fuss is about ....she was given a job and a salary she never asked for? does anyone have any proof that Union was somehow benefited from this relationship by the Gov? Any sort of proof it was bride as many of you have suggested?

I find it very odd that the ones calling this a bride and pay off etc are the same ones that fail to see $500K payments of excess to the President is a problem, or 100s IRS Commish meetings with the President during an election year when ti's proven the IRS targeted certain groups was a problem, or how Holder lying and stonewalling Congress isn't a problem, or how the IRS blowing millions on some conference isn't a problem, or how HHS is going directly to companies and strong on them for Obamacare funding isn't a problem, or how the White House lying repeatingly, along with the State Dept about a terrorist attack isn't a problem........but McDonnell's wife making $36K a year working with a Southwestern VA charity is somehow the end all be all.....it's amazing really....

2 ·      Like    Share

---

**Busterlicious**

6/3/2013 1:59 PM EDT

I believe the president's salary is set by Congress.

You seem perturbed that "they" want to attack the Guv but not the Prez..

You seem to want to attack the Prez but not the Guv.

Let us know when you have figured out if you're the pot or the kettle and whether you think both sides are right or both sides are wrong. Your premise seems to be heading in one of those two directions.

7 ·      Like

---

**dmm1**

6/3/2013 2:02 PM EDT

2424 @struth: Exactly. Those denying the presence of multiple logs in their eye should not be pointing out the speck in someone else's eye.

## All Comments

Newest First ▾                                              Pause live updates ‖                Like

**struth**

6/3/2013 2:05 PM EDT

yeah, the President's salary is determined by Congress....not sure what your point is. He makes more than that a year though from other ventures. The Gov of Va's salary is determined by the Gen Assembly as well.

I just don't see the connect to an issue here yet....at least it's being investigated.....when's Obama going to appoint a Sp. Prosecutor?

Starpopper....McDonnell was against the "probe" - stated repeatly he would veto a bill that had it in it. I don't know that he lied..according to this story she was told she was a board member, and the company made a unilateral move....but we'll see. Not sure how the 15K couldn't of been a gift...just because he signed the K doesn't mean someone else couldn't pay for it. Just like if my kid has a credit card and signed when she purchases things and I pay the bill, or a cell phone etc....

                                                                                    Like

**Bhawk1**

6/3/2013 2:06 PM EDT

The NCAA punishes colleges for these kinds of jobs--they are called shams

                                                                        1 ·    Like

**OlafGunderson**

6/3/2013 1:50 PM EDT

Washington Compost

                                                                    Like    Share

**Bhawk1**

6/3/2013 2:07 PM EDT

And you continue to read and contribute--does that make you the BS in this

                                                                        1 ·    Like

**Madame_DeFarge**

6/3/2013 1:49 PM EDT

"Coal philanthropy" salary for governor's wife: $36,000

Influence on governor: Priceless

                                                                 5 ·    Like    Share

24

2525

**All Comments**

Newest First ▾

Pause live updates ▐▐

**dmm1**
6/3/2013 2:05 PM EDT

So, you're saying a coal company had to bribe a Republican governor so he'd be supportive of a major industry in his state? Do you know anything about politics?

Like

---

**D-Day**
6/3/2013 1:47 PM EDT

Nothing to see here. Although it will take millions in tax dollars just to prove that it is nothing.

2 ·    Like   Share

---

**dmm1**
6/3/2013 2:07 PM EDT

You don't know that the governor lied. Maybe the rich guy told the wife he was putting her on the board, then later he forgot / changed his mind / realized he'd exceeded his authority. Or maybe the wife just misunderstood.

Like

---

**RogerRamjet2**
6/3/2013 1:47 PM EDT

Side note, but I have never seen a commenter on this board with a flag avatar that wasn't a right wing nut job.

5 ·    Like   Share

---

**RogerRamjet2**
6/3/2013 1:51 PM EDT

Olaf, meet amazd.

2 ·    Like

---

**realgrrl1**
6/3/2013 2:08 PM EDT

Rally 'round the flags, boys!

Like

---

**makealittlesenseplease**
6/3/2013 1:33 PM EDT

Gee $36k/yr for making an invitation list? I'll do it for $25k, no questions asked.

5 ·    Like   Share

---

**sic_semper_tyrannis**

6/3/2013 1:29 PM EDT
2626

# All Comments

Newest First

Try this cream, it'll seem, like your Star can really gleam....

Find some coal, fuel of old, it will really soothe your soul...

Ole McDonnell had some friends e-i-e-i-o

Pause live updates ⏸

2 ·  Like  Share

---

**angrycrat1**

6/3/2013 1:27 PM EDT

TransVag Bob went from 'rising star' to 'clown' in a big hurry, didn't he?

5 ·  Like  Share

---

**1EgoNemo**

6/3/2013 1:25 PM EDT

If allegations are true, then the Guv sold himself cheap.

Perhaps that will be his greatest shame.

5 ·  Like  Share

---

**1EgoNemo**

6/3/2013 1:28 PM EDT

amazd fails to exonerate the VA guv.

2 ·  Like

---

**chowlett1**

6/3/2013 1:38 PM EDT

Obama's wife had her own law degree and career, so her husband didn't need to GET her anything.

3 ·  Like

---

**angrycrat1**

6/3/2013 1:24 PM EDT

Trough.. Hog.. It's going to happen..

2 ·  Like  Share

---

**Ogredaddy**

6/3/2013 1:22 PM EDT

Primaries are June 11th VOTE

1 ·  Like  Share

---

**sic_semper_tyrannis**

6/3/2013 1:25 PM EDT

2727No primaries for the GOP, the party of freedom...

# All Comments

Like

Newest First ▾

**chowlett1**

Pause live updates ⏸

6/3/2013 1:39 PM EDT

Otherwise they couldn't pick the craziest of the possible candidates.

Like

**a_alex_bryant**

6/3/2013 1:21 PM EDT

Redefining the already dubious slogan "Clean Coal."

4 ·    Like    Share

**angrycrat1**

6/3/2013 1:19 PM EDT

Impeach him.

Goobs love impeachments. For some reason.

2 ·    Like    Share

**1EgoNemo**

6/3/2013 1:18 PM EDT

What self-respecting person, governor or not, would allow anyone else to pay for the food at his own daughter's wedding?

12 ·    Like    Share

**sic_semper_tyrannis**

6/3/2013 1:19 PM EDT

Certainly not a man of science...

2 ·    Like

**Donald Fields**

6/3/2013 1:19 PM EDT

Wealthy people are always happy to receive charity. Especially quid-pro-quo charity.

8 ·    Like

**1EgoNemo**

6/3/2013 1:21 PM EDT

Of course, the suggestion is not that emasculated himself for free eats, but that it was a fungible bribe -- food furnished for the groaning wedding tables, and the Guv got to keep $15,000 in his own pocket he had though he would spend.    27

2828

All it seems to have cost him, if allegations are true, is his self-respect, and perhaps his office.

## All Comments

Newest First ▾                                                    Pause live updates ⏸        6 ·      Like

**Easily Amused**

6/3/2013 1:22 PM EDT

So unlike Obama letting Chicago fixer and Obama fund raiser Tony Rezko buy part of his house.

1 ·      Like

**1EgoNemo**

6/3/2013 1:23 PM EDT

If amazd is right, the VA governor is still allegedly wrong.

The weakest, most infantile argument, is "he did it, too!"

Makes them both bad, if facts prove it

6 ·      Like

**Donald Fields**

6/3/2013 1:23 PM EDT

There are laws against bribery, and he could go to jail. Very unlikely, though. You may have noticed that the criminals that get away scott free seem to have a (R) next to their names.

1 ·      Like

**RogerRamjet2**

6/3/2013 1:12 PM EDT

Funny, this started when McDonnell's chef went to the AG's office to complain about the McDonnell family looting the pantry and not disclosing the Star Scientific owner paying for the daughter's wedding, which he catered. Cuccinelli investigated, and decided to have the chef indicted Soviet style for the chef looting the pantry under the belief that an indictment would shut him up. Chef goes public, and Cuccinelli is called out and has to recuse himself and the entire AG's office from the prosecution. Investigations then lead the FBI to jump in and find all manner of false and incomplete disclosures by McDonnell and Cuccinelli, leading us here.

And yet, to our wingnut friends, this is obviously Obama's fault.

16 ·      Like   Share

**Donald Fields**

6/3/2013 1:15 PM EDT

There used to be a sort of honesty among thieves, but even that has gone. Nothing like watching mendacity trump mendacity.

28

3 · Like

## All Comments

**sic_semper_tyrannis**

Newest First ▾          6/3/2013 1:16 PM EDT                    Pause live updates ⏸

They charged the chef with embezzling $200 worth of food... these people live small potatoes...

6 · Like

---

**Donald Fields**

6/3/2013 1:18 PM EDT

I guess when everyone is stealing from the pantry, some questions must arise.

Like

---

**delunser**

6/3/2013 1:22 PM EDT

It's wonderful and great that the Cooch is inadvertently responsible for all of this coming to light. Thanks Cooch!

Like

---

**seawolfR**

6/3/2013 1:11 PM EDT

Look! There's a squirrel ...

3 · Like   Share

---

**lbcingu Too**

6/3/2013 1:06 PM EDT

I didn't even have to look to see what party these people belong to, so no surprise there.

4 · Like   Share

---

**cococo**

6/3/2013 1:10 PM EDT

Unfortunately, this behavior is not limited to one party. I know whereof I speak, since I currently live in Illinois......

3 · Like

---

**cococo**

6/3/2013 1:11 PM EDT

we have two governors in jail.

3 · Like

**baldiloxx**
2030
6/3/2013 1:00 PM EDT

**All Comments**

Newest First ▼                                                          Pause live updates ⏸

@ Sic..the basic necessities of a functioing Civilization...food, energy, shelter, family, faith, n so on ..where does gvmvnt fit in? In our culture, it's achoice. Before America...no one could choise; the world was ruled. Our system is broken, bureaucrats do not fear for their job; why should they change; it's up to us, dude, like it or not. How we get there..the hour is late in the fourth quarter...and , we the people are loosing..

                                                                         Like    Share

---

**sic_semper_tyrannis**
6/3/2013 1:01 PM EDT

I would start by making it illegal for people to buy of our politicians. Virginia law has to change.

                                                                    1 ·    Like

---

**sic_semper_tyrannis**
6/3/2013 1:02 PM EDT

buy off, sorry.

                                                                         Like

---

**sic_semper_tyrannis**
6/3/2013 1:04 PM EDT

The peddling of influence taints everything. How can citizens trust their elected officials if those same elected officials can accept unlimited money from unlimited sources.

Citizens United is the most blatant example of how our system is broken, the two-party duopoly on power is another. The revolving door into lobbying is another. The unfettered accumulation of wealth and property by the people who already have wealth and property is another.

There is nothing fair about how America works. That is what has to change.

                                                                    4 ·    Like

---

**URDEggMen**
6/3/2013 1:06 PM EDT

Imagine how much wealthier Gov Bob would be if the divesting of the State ABC stores had taken place. There were credible rumors that he stood to have profited nicely from Wal-Mart and several other big box retailers if they had gotten a hefty share of the hard liquor sales pie.

                                                                    4 ·    Like

---

**sic_semper_tyrannis**
6/3/2013 1:07 PM EDT

Wal-Mart contributed bug bucks to McDonnell, surprised?

30                                                         3 ·    Like

3131

**All Comments**

**sic_semper_tyrannis**
6/3/2013 1:07 PM EDT

Newest First ▾

big bucks, sorry.. maybe bug bucks is better...

Pause live updates ⏸

2 · Like

**think-out-loud**
6/3/2013 1:08 PM EDT

Rumors? If we convict by rumor most of us would be in jail reading the Locked Door Gazette instead of the post.

1 · Like

**beowulf3**
6/3/2013 1:10 PM EDT

It IS illegal.Enforcement is another issue. Feel free to jump in any time ..... and be as careful as you can.

Like

**baldiloxx**
6/3/2013 1:11 PM EDT

I am not remorseful about CU ruling. I'm just not. I see it differently. Changing our own backyard will be difficult. I want to point fingers over here and yon; it does nothing, but holding those accountable for their actions is a great start; i don't know anything about this VA gvnva. If he's a crook, he should be re-elected. oh wait....but this should be true of any and all elected officils. Those re-elcted for 30 years hold Committees hostage, and they don't even write their own derned Commitee legislation. ..absurdity.

1 · Like

**baldiloxx**
6/3/2013 1:11 PM EDT

..not be..re

Like

**sic_semper_tyrannis**
6/3/2013 1:15 PM EDT

@baldiloxx, He cannot run again, per state statute. Your solution is simple-minded.

Since you admit you know nothing about the man, why are you even commenting here?

Like

**baldiloxx**

3232
6/3/2013 1:20 PM EDT

## All Comments

Newest First ▾

First, it's none of your business where I go or what i do; this being said this article I read; I responded. I didn't like the article and said as much. I like Cuccinelli...Paul slive ver updates al as a good choice to changing Virginia for the better. Want more.

Like

---

**sic_semper_tyrannis**

6/3/2013 1:24 PM EDT

Yeah, it will be great when the GOP AG candidate Obenshain wins. Then he can make women who have miscarriages collect the remains and report it TO THE POLICE, something he has already tried to introduce into law..

Cuccinelli is up to his eyeballs in all of this. Unlike all of the AG candidates before him who ran for governor, he has stayed in office and is in CYA mode for the entire state GOP rather than resign and avoid this conflict of interest..

Try reading the Virginia Statute for Religious Freedom before you cast your vote for Cuccinelli.

Like

---

**baldiloxx**

6/3/2013 1:28 PM EDT

So, you're a PP operative? I figured as much; you're obviously hot about something. Why don't you just go ahead and wave a Hicklarry banner as well. Or what about the bliionaire McDonnell geek...oh wow, great choice for Virginia. 2 Crooks lay in wait and you support both then....Change? More like more of the same...

Like

---

**sic_semper_tyrannis**

6/3/2013 1:31 PM EDT

I'm hot about the Governor of my state abusing his position to enrich his friends and himself. That's it. Your ad hominem retort proves why you're here...

Like

---

**baldiloxx**

6/3/2013 1:34 PM EDT

Yep Florida politics..oh wait, this is Virginia..do not doubt. We wil be here as well.

Like

---

**sic_semper_tyrannis**

6/3/2013 1:53 PM EDT

Sorry, but I couldn't care less about Florida Politics. Have fun!

32

3333

Like

# All Comments

kdarice

6/3/2013 12:58 PM EDT

Pause live updates ⏸

I wonder what the dietary supplement specialist served at the wedding? B complex cocktails a la mode? Maybe some calcium tablets and fish oil for the main course?

Like    Share

---

**observer701**

6/3/2013 12:54 PM EDT

Transvag Bob is just another hack.

1 ·    Like    Share

---

**sic_semper_tyrannis**

6/3/2013 12:55 PM EDT

Be fair, it's a family business...

3 ·    Like

---

**vmbland1**

6/3/2013 12:54 PM EDT

Typical Republican corruption. This is another way for a fat cat political contributor to give money to a politician. Also, what does she know about coal? Nothing, Nothing, Nothing!!

1 ·    Like    Share

---

**think-out-loud**

6/3/2013 12:56 PM EDT

I was busy reading about the IRS, Benghazi and Justice Department deals. Did I miss something about republican corruption?

Like

---

**sic_semper_tyrannis**

6/3/2013 12:59 PM EDT

nothing you'd really care about...

2 ·    Like

---

**think-out-loud**

6/3/2013 1:04 PM EDT

sic you're close to right. It's a lot of talk about almost nothing given everything that's going on.

Like

---

**delunser**

3434 6/3/2013 1:05 PM EDT

# All Comments

Think, did you not read the article you're posting in the comments section of?

Newest First ▾

Pause live updates ⏸

Like

### URDEggMen

6/3/2013 1:07 PM EDT

The difference between IRS, Benghazi, and Justice Department and the Republican influence peddling and money laundering schemes is that the Republican ones are REAL scandals.

Like

### think-out-loud

6/3/2013 1:11 PM EDT

lets' see 36k or IRS election? The scandal is that you said that!

Like

## ARealCitizen

6/3/2013 12:54 PM EDT

This is so not a story, just trying to give the governor a stain. His real stain is his pitiful views on moving the country along. This is not reportable stuff. So, his wife was the beneficiary of funds from a private company/wealthy family. What else is new? His daughter received an expensive wedding gift from well-to-do friends (in return for favor), yeah, what politician, elected official HAS NOT taken advantage of their ELECTED position. Just don't get on your high horse spouting righteous words when your actions speak otherwise. Seems like the $36K salary and $15K wedding gift is withing the bounds of the rules, rules that were made to be broken, circimvented and manipulated by high price attorneys, the likes of which the common citizen cannot afford, thus the reason they cannot pull these things off.

2 ·    Like  Share

### cococo

6/3/2013 12:55 PM EDT

Yep. Look the other way. Pretend that it's fine.

3 ·    Like

### URDEggMen

6/3/2013 1:08 PM EDT

The Republican excuse for everything from Watergate on down... "Everybody's doing it. I just got caught."

1 ·    Like

## kdarice

6/3/2013 12:50 PM EDT

So let's see, the McGlothlins are some of the wealthiest people in the state of VA, but yet they need to pay the governors wife 36,000 to tell them who to invite to a charity lunch?

## All Comments

Newest First ▾

12 ·    Like    Share

Pause live updates ⏸

**think-out-loud**

6/3/2013 1:01 PM EDT

They aren't some of the wealthiest Virginians because they are dumb. Obviously it worked for them and being a charity event maybe it was also tax deductible. Not that it's right but it doesn't make them stupid and it might not be illegal for them to pay it.

Like

**KHW3**

6/3/2013 1:04 PM EDT

Oh well, as long as it might not be illegal I'm sure it's all fine.

Like

**delunser**

6/3/2013 1:17 PM EDT

Sorry, it's plain old wrong. Nice try though.

Like

**OlafGunderson**

6/3/2013 1:53 PM EDT

Why mention that they are wealthy at all? Is that a crime now too? Marxists.

Like

**cococo**

6/3/2013 12:50 PM EDT

2 or 3 meetings and you get paid $36K. how come I can't get anything like this?

4 ·    Like    Share

**trulyblessed1**

6/3/2013 12:51 PM EDT

Now why would you want to??? I mean, it's disgusting to be able to make that kind of money!!!! C'mon get with the Adminstrations program!

Like

**SuburbanCat**

6/3/2013 12:52 PM EDT

Are you a coal charity consultant? There's your answer.

3636                                                                                                4 ·   Like

## All Comments

~~URDEggMen~~

Newest First ▾          6/3/2013 1:09 PM EDT                                    Pause live updates ⏸

Are you in bed with the Governor?

2 ·   Like

**cococo**

6/3/2013 1:14 PM EDT

URD: he is NOT my boyfriend!!!! Ewwwww.

Like

**LeeH1**

6/3/2013 12:50 PM EDT

Once again, Republicans are showing that they want the best government money can buy! And sell it they will!

2 ·   Like   Share

**think-out-loud**

6/3/2013 12:51 PM EDT

The republicans need the money for elections. They don't have the justice department and IRS to help them get elected.

1 ·   Like

**rocky26**

6/3/2013 12:48 PM EDT

Disgusting-- yet routine,

3 ·   Like   Share

**timothyhogan**

6/3/2013 12:41 PM EDT

It is surprising how the governor thought he could evade disclosure requirements so easily discovered. The governor is the courtesy of the Koch brothers interests and the Missus there for the McGlothlins. What a nice matched set of purchases the corporations have made; for such a small investment they got a huge return.

Are these folks too big to jail?

6 ·   Like   Share

**sic_semper_tyrannis**

6/3/2013 12:43 PM EDT

3737The irony is they probably didn't think they did anything wrong... Bob spoke at the RNC, he's gonna be the next Vice President....not.

## All Comments

Newest First ▾                                    Pause live updates ❚❚  4 ·    Like

### RogerRamjet2

6/3/2013 12:45 PM EDT

Well, he has the "vice" part down.

8 ·    Like

### trulyblessed1

6/3/2013 12:46 PM EDT

I guess Geitner and Sharpton thought the same thing when they didn't pay taxes each year?

Like

### sic_semper_tyrannis

6/3/2013 12:47 PM EDT

Oh you're one of those two wrongs make a right people, cool.

3 ·    Like

### trulyblessed1

6/3/2013 12:49 PM EDT

We learned from the best Democrats!

Like

## rryan007

6/3/2013 12:40 PM EDT

Where is the Tea Party's outrage about this issue? Oh that's right their GOP masters probably told them to pipe down in their trailers today.

5 ·    Like  Share

### CenCalMike

6/3/2013 12:41 PM EDT

Another case of profiling, just like the IRS-TP situation..

Like

### kdarice

6/3/2013 12:55 PM EDT

Ah yes, mischanova, all republican illegalities should be ignored at the risk of looking biased.....

1 ·    Like

**3830** **delunser**
6/3/2013 1:20 PM EDT

# All Comments

Newest First ▾

The baggers do what the Koch brothers tell them too and Transvag Bob is in the Koch's back pocket.

Pause live updates ⏸

Like

**RogerRamjet2**
6/3/2013 12:36 PM EDT

She came from no money and is just trying to pull herself up by her boostrapless gown.

4 ·    Like   Share

**RogerRamjet2**
6/3/2013 12:36 PM EDT

"bootstrapless"

Like

**sic_semper_tyrannis**
6/3/2013 12:35 PM EDT

There are less than 5000 workers in the Virginia coal industry, but the Governor has extended millions in annual subsidies to coal producers, claiming that is it about defending jobs.

The Rich always have well-connected friends. The coal industry is dying because of cheap gas. It doesn't need the subsidies to survive, and the money could be better spent helping the citizens of coal country transition to their next economic opportunity.

So much for Republican Free Marketeers.

10 ·    Like   Share

**trulyblessed1**
6/3/2013 12:37 PM EDT

Well Obama has the environmentalists in his back pocket, so what's the difference? Competing $$$'s.

1 ·    Like

**trulyblessed1**
6/3/2013 12:40 PM EDT

Thank you - i take that as a compliment coming from a left wing nut like you.

1 ·    Like

**CenCalMike**
6/3/2013 12:40 PM EDT

3939f they can't blame Obama for everything, what do they have left? Looking in the mirror?

# All Comments

3 ·    Like

Newest First ▾

Pause live updates ⏸

**baldiloxx**

6/3/2013 12:41 PM EDT

Whenever you people use 'rich"; it implies that someone elses success belongs to everyone in this country. To get at their their success and spread their wealth, some entity must be able to legally..take it and give it to everyone..including...YOU. So, in my eyes, you are Rich as well. Should we create more Laws to come steal your food, shelter, clothing, children, land, air, water,...on n on ..because this is what you support. If it turns on, people just like me will be coming to collect. It's inevitable. Lawlessness ensues, your chaos comes to life..everything breaks. So, what's for dinner, oh great absconder of everyone elses wealth?

1 ·    Like

**trulyblessed1**

6/3/2013 12:42 PM EDT

Funny - it was easy for you all to blame Bush for some many years. Now the tables are turned and you don't like it.
What goes around comes around. People in glass houses shouldn't throw stones.

Like

**Bridge3263**

6/3/2013 12:44 PM EDT

Bush's damage will last a generation, you, trulystupid, and it hurt you worse that it did the rest of us because you LET IT HAPPEN.

Like

**sic_semper_tyrannis**

6/3/2013 12:45 PM EDT

@baldiloxx, if they got their success by gaming the system, by intimidating and poisoning workers, by having the people in power write the tax code to give them an advantage, and by sending the poor to fight their wars for them, then, yes, they should spread the wealth.

7 ·    Like

**trulyblessed1**

6/3/2013 12:55 PM EDT

Well we're going to have alot of rich people once the Obama Administration is done.

Like

**sic_semper_tyrannis**

6/3/2013 12:57 PM EDT

4040that glass houses thing, that's good, did you just come up with that?

## All Comments

1 · Like

Newest First ▾

Pause live updates ⏸

**OlafGunderson**

6/3/2013 12:35 PM EDT

Come on WaPo, more of your impartial journalism? This story is really strained. "One of the wealthiest families in the State." And so what?

2 · Like Share

**trulyblessed1**

6/3/2013 12:36 PM EDT

Remember - it's not good to work hard and be successful under this Administration. Unless your hand is out, your a failure

2 · Like

**RogerRamjet2**

6/3/2013 12:38 PM EDT

Yes, truly, Obama made her do it.

3 · Like

**delunser**

6/3/2013 12:38 PM EDT

Always good to see apologists for corrupt politiciams chime in.

Like

**trulyblessed1**

6/3/2013 12:39 PM EDT

Do what? What did she do that was illegal? You honestly don't think if one of your Dem friends had the opportunity to "consult" for $36K they wouldn't? You are such hypocrites with your double standards.

Like

**DefianceThroughKnowledge**

6/3/2013 12:39 PM EDT

Erm, the repub governor's wife is accepting a "hand out" (in every sense of the word)

Basically she's getting paid to do nothing. I thought the cons were opposed to that?

Wierd...

4141                                                                                                    3 ·    Like

## All Comments

**trulyblessed1**

Newest First ▼                                                                    Pause live updates ⏸

6/3/2013 12:43 PM EDT

How is that any different than what most of the democrats in this country promote and do?

Like

**CenCalMike**

6/3/2013 12:44 PM EDT

Come on, DTK, it's not a "hand-out" when it's over a certain dollar threshold.

1 ·    Like

**kelfield**

6/3/2013 1:05 PM EDT

Truly blessed , It is not that she was paid $35000 for doing nothing, it is that her husband lied in his financial report saying she was a trustee on the board, so he wouldn't have to report her income. That is called fraud!

Like

**OlafGunderson**

6/3/2013 1:56 PM EDT

kelfield, lie is pretty strained. The funds were reported, they were just reported in a different column. Its not like the McDonnels took money under the table (which is implied). Wapo should be ashamed of itself. This article is nothing more than excrement

Like

**baldiloxx**

6/3/2013 12:28 PM EDT

So is this a Citizens United issue? or stabdard Corrupt politicians, or a disfunional tax system...what is this article implying?

Like    Share

**baldiloxx**

6/3/2013 12:30 PM EDT

?? all three, huh. Would you care to elaborate? Be brave.

Like

**sic_semper_tyrannis**

6/3/2013 12:36 PM EDT

it's payola, plain and simple. Coal gets subsidies, Governor renews subsidies, wife gets cushy gig, First family fails to report income properly (chose your reason...)

41

5 ·     Like

## All Comments

**baldiloxx**

Newest First ▾
6/3/2013 12:51 PM EDT                                    Pause live updates ⏸

Lookit, Charity used to be the sole propriety of faith and religion. That's it unless a Carnegie type person passes and creates a Foundation..which happens all over this country everyday. But, somewhere the these charities litterally took the reins of charity from the pious, not compltely, and has somehow now Big Gvmvnt is hijacking this title; but Gvmvnt cannot be the Charity because WE are its benefactors..but not all of US. 47% pay nothing into our system...nothing. Defund IRS...create a flat tax; maybe somewhere in our quagnire...reason...might actually take over.

Like

**smeesq**

6/3/2013 12:27 PM EDT

Oh foo to all you Democrats who expect elected officials to report their spouse's income accurately. Not even our Supreme Court Justices do that. Clarence Thomas "forgot" to report the $500,000 that his wife Ginni got from heading up Liberty Central, her anti-Obama, anti-ACA, Koch funded 501c4. And no one even publicaly chided him for it. And certainly no one on the Court suggested that Clarence had breached any judicial ethical canons.
I think its so fascinating that our "free press" are in a tizzy because the AG had the temerity to get a warrant for the phone numbers called by a reporter who probably was a co-conspirator in leaking national security documents, but that same "free press" is hesitant to even look askance at Ginni and Clarence Thomas and their political activity. Now why would that be, I wonder?

7 ·     Like    Share

**LL314**

6/3/2013 12:27 PM EDT

Money is the root of all evil. That is, I heard that.

Like    Share

**Chagasman**

6/3/2013 12:26 PM EDT

It's corruption, plain and simple. No need to call it anything else.

5 ·     Like    Share

**perryneheum**

6/3/2013 12:26 PM EDT

In retrospect, even Mitt Romney's sick-faking wife doesn't seem as odious as Maureen "More" McDonnell.

Wonder if Bible Bob still has presidential aspirations?

4 ·     Like    Share

**American68**

6/3/2013 12:22 PM EDT

## All Comments

Newest First

$36,000 for a "few days' work". Nice "arrangement eh ? Of course there was no thought about her husband's position a Governor and his influence regarding environmental concerns was the ? no, of course she has valuable and specific experience in how to run a charity. AND, by the way, why wouod a "charity" PAY its Board members ? It's a CHARITY , isn't it ?

Was this a "charitable" make work project for a woman that needed a job ?

3 ·    Like    Share

---

**sic_semper_tyrannis**

6/3/2013 12:23 PM EDT

well, she actually wasn't on the board, that's part of the problem....

1 ·    Like

---

**SuburbanCat**

6/3/2013 12:25 PM EDT

American -- that's a great point: how plausible is it that a charity seeking only "advice" from a non-expert would pay $36K for a few days work? One would think that a charity would be more careful with its funds so that it can do its good works...unless, of course, they were buying more than just advice.

Like

---

**glenglish**

6/3/2013 12:17 PM EDT

Coal pollutions are people.

5 ·    Like    Share

---

**jet0001**

6/3/2013 12:23 PM EDT

...my friend.

2 ·    Like

---

**Peter120**

6/3/2013 12:15 PM EDT

What the heck is a "coal charity"?

Is this money allocated for disaster relief?

4 ·    Like    Share

---

**sic_semper_tyrannis**

4444  6/3/2013 12:16 PM EDT

## All Comments

Funny but they don't fund asthma research....

Newest First ▼

Pause live updates ❚❚

4 ·    Like

---

**glenglish**

6/3/2013 12:16 PM EDT

The question still stand: Can y'all spell 501 (C) 4?

2 ·    Like

---

**struth**

6/3/2013 12:17 PM EDT

no but they do fund black lung research and fin. plans.

1 ·    Like

---

**sic_semper_tyrannis**

6/3/2013 12:17 PM EDT

no this is bread and butter self-aggrandizement. Funding new wings of museums that will forever bear your name..

2 ·    Like

---

**struth**

6/3/2013 12:18 PM EDT

actually the charity and company have done a lot of work in Southwest VA.. A people that many in the Washington Post region of VA have long forgotten about

Like

---

**sic_semper_tyrannis**

6/3/2013 12:19 PM EDT

"fin plans" what's that? figuring out why all those fish are growing extra fins?

Like

---

**sic_semper_tyrannis**

6/3/2013 12:19 PM EDT

struth, you should read the highest rated comment on this board and get back to us on that one...

1 ·    Like

---

**Uncle Alt**

6/3/2013 12:20 PM EDT

Forgotten about? Who do you think pays for your schools and roads?

44

4545                                                                     1 ·    Like

## All Comments

**sic_semper_tyrannis**
6/3/2013 12:22 PM EDT                               Pause live updates ❚❚

well, the schools and the roads are no great shakes...

Like

**dotto**
6/3/2013 12:22 PM EDT

sic_semper_tyrannis = another republican defender, no matter what!

just another anti-government shill - with only made-up facts as counter arguemts.

Like

**sic_semper_tyrannis**
6/3/2013 12:23 PM EDT

hahahahaha, you are so funny, obviously you have not read any of my comments until now...

1 ·    Like

**smeesq**
6/3/2013 12:29 PM EDT

Thanks for giving me my daily LOL moment.

Like

**Lucky36**
6/3/2013 12:13 PM EDT

Name ahs a ring to it...A "coal philanthropy advisor"!
That's a new job title!

4 ·    Like    Share

**sic_semper_tyrannis**
6/3/2013 12:13 PM EDT

Mrs. McDonnell stands tall and she's STILL a blond. Fair and balanced material? Whattya think?

1 ·    Like    Share

**Political Junky**
6/3/2013 12:11 PM EDT

She ain't coal miner's daughter, and their daughter ain't married ot a coal miner, and...............aaaaaaaaah forget it.

Just tell me, should we buy the coal miner stocks since they are down by 70%?

4646                                                                                              1 ·    Like   Share

# All Comments

**sic_semper_tyrannis**

Newest First ▾                                                            Pause live updates ⏸

6/3/2013 12:12 PM EDT

Coal is toast. Gas is the new Coal.

1 ·    Like

**jet0001**

6/3/2013 12:13 PM EDT

Until we run out of drinking water, but that won't matter because all of the fracked towns will have caved in by then anyway.

3 ·    Like

**sic_semper_tyrannis**

6/3/2013 12:14 PM EDT

Man-made earthquakes, climate change for the rest of us...

1 ·    Like

**struth**

6/3/2013 12:15 PM EDT

i agree, but i think it's important for Obama to get off the fence with this keystone pipeline than.

Like

**jet0001**

6/3/2013 12:16 PM EDT

Business as usual... drill, baby, drill...

Like

**mrmxb**

6/3/2013 12:11 PM EDT

Right. One cannot have too many transvaginal insertions or consulting contracts for one's wife (or "friends" who pay for one's daughter's wedding). Swell guy, that Bob McDonnell.

7 ·    Like   Share

**struth**

6/3/2013 12:16 PM EDT

McDonnell was very much against the transvaginal ultersound paper of that bill. He promised to veto it if it was in the bill that came across his desk

Like

46

4747

**sic_semper_tyrannis**

6/3/2013 12:21 PM EDT

**All Comments**

Newest First ▾

@struth, that was only after the outcry by women's groups as to what the law would actually entail. In truth he was at best a clueless yes-man to the whacko religious right wing of the VAGOP.

Pause live updates ❚❚

Like

**SuburbanCat**

6/3/2013 12:10 PM EDT

Here are questions not fully answered in the article: What is a coal charity? What kind of advice from a non-expert does it need? How was a value of $36K put on this non-expert advice? How can others with no philanthropic background also get such a gig?

9  ·     Like   Share

**joshlct**

6/3/2013 12:23 PM EDT

"Charity" in the wake of Citizens United means something very different than it once did.

2  ·     Like

**SuburbanCat**

6/3/2013 12:26 PM EDT

Perhaps its a "social welfare" organization in the spirit of Rove's CrossRoads GPS.

Like

**MiddleoftheRoad**

6/3/2013 3:08 PM EDT

I read her bio on the governer's page. Looks like she might have some background in health and non-profits. Not the kind that bring $36K for a couple meetings mind you, but at least a passing knowledge of the subject reputed to be at the crux of United Co.'s charity.

Like

**JBinVA**

6/3/2013 12:08 PM EDT

Yes, but all this money was paid to McDonnell's wife (apparently because she is just SO awesome), and the wedding food and catering was for his daughter, and all the other stuff was for someone else or he didn't even know about it, so it's not like HE benefited from any of this stuff, so it couldn't possibly have anything.with pro-coal-industry policies, now could it?

10  ·     Like   Share

**glenglish**

6/3/2013 12:12 PM EDT

47

4848 ain't you got a single philanthropic bone in y'all's body?

## All Comments

Like

Newest First ▼

Pause live updates ❚❚

**Jeffersonian1**

6/3/2013 12:07 PM EDT

Just rub some of that tobacco cream on it and it'll go away.

6 · Like Share

**glenglish**

6/3/2013 12:09 PM EDT

Does y'hafta chew it firwst or jes' soak it in whiskey?

2 · Like

**jet0001**

6/3/2013 12:10 PM EDT

i likes to keep a can nearby so's i can spit.

3 · Like

**baldiloxx**

6/3/2013 12:06 PM EDT

This is journalistic malpractice. This writer uses wording which makes everything seem nefarious. This article is a coolage of creative goo to twist and distort ..not get at facts. Give us facts, dude, or go write your memoirs; you can lie in it all day--no one will care. I get the premise of this article but its cloudy. This is why I stopped taking the local daily; it's jaded...not to mention barely informative.

Like Share

**sic_semper_tyrannis**

6/3/2013 12:07 PM EDT

"Coolage", nice Freudian slip there, genius, got corrupt republicans on the brain or something....

2 · Like

**JuliusSneezer**

6/3/2013 12:07 PM EDT

Fact is, she took $36K from a "charitable" effort, run by a constituency that her husband could make or break.

4 · Like

**jet0001**

6/3/2013 12:09 PM EDT

4949 What part of the governor did not report correctly on his disclosure form the $36,000 his wife received do you not understand?

## All Comments

Newest First ▼

Pause live updates ‖ 3 ·    Like

**baldiloxx**

6/3/2013 12:10 PM EDT

Really, what's the history behind the agreement, why would she do this..it doesn't make sense. Who what when where why and How...not whoop up a good creative article political junkies can get rabid over.

Here this is a great comparison....annnnd seven years on...we still do not know ..Barry.. or his associations. There happy now?!

Like

**sic_semper_tyrannis**

6/3/2013 12:11 PM EDT

@baldiloxx, the entitled just feel entitled. Accept the fact that there are corrupt people in both parties, and the more sanctimonious they act, the more corrupt they probably are...

you'll be a better American for it.

1 ·    Like

**Louis Nevitt**

6/3/2013 12:11 PM EDT

You cannot reason with stupid; reason requires analytical thought and not just ideological purity.

1 ·    Like

**RogerRamjet2**

6/3/2013 12:12 PM EDT

Fox tells me Barry is a Kenyan Socialist who pals with Bill Ayers to bomb abortion clinics as a false flag for his terrorist Muslim friends. They are named "Dave."

3 ·    Like

**Louis Nevitt**

6/3/2013 12:12 PM EDT

We all know how fair and balanced Fox News is

2 ·    Like

**cucullen0**

6/3/2013 12:13 PM EDT

5050the now traditional right wing attempt at misdirection. Can't say anything to support the current republican politician mired in scandal?

## All Comments

Newest First ▾          "Quick. look over there! Obama!"                    Pause live updates ⏸

Doesn't work. Never did.

1 ·    Like

---

**baldiloxx**

6/3/2013 12:22 PM EDT

My jip is with this writer. I understand wanting to know..these people were elected. His accountant taking liberties on a tax form is just weird. This article is premature and is conveying a motion that ANY Republican, no matter who, is in bed with Cronies. I aint buying it. All politics need change; the days of backroom cloaked meetings is over...more bloggers needed. Our system is broken. To clean it up will take all of us...not we the one's footing the bills for our Gvmntl Leviathom but each and every one of us. How many are exempt from Unaffordable Healthcare? THe list goes on n on concerning exemptions. The IRS, and all of its years of Congressional tinkering LAWS, precipitates this behavior..or don't any of you care. Defund the IRS and create a Flat tax.

1 ·    Like

---

**sic_semper_tyrannis**

6/3/2013 12:41 PM EDT

There are too many instances of the McDonnells, both husband and wife, doing "special favors" for people who give them lots of money for it to be left alone...

Like

---

**glenglish**

6/3/2013 12:05 PM EDT

Whoa Nillie, di'nt the Bride of Romney get 76 grand in tax freebies just for her horse? Kinder makes 360 Franklins look like chicken feed.

3 ·    Like   Share

---

**Political Junky**

6/3/2013 12:07 PM EDT

That was horse power.

Like

---

**Political Junky**

6/3/2013 12:05 PM EDT

How many coal miners she had to please "charitably"? Would her salary be $100000 if she were younger? How did they calculate proper compensation? Inquiring minds want to know.

Like   Share

5151

**All Comments**

**sic_semper_tyrannis**
6/3/2013 12:05 PM EDT

Newest First This barrell just never runs out of fish...time to go outside...    Pause live updates ❚❚

4 ·    Like    Share

---

**anaislynne**
6/3/2013 12:02 PM EDT

This woman was a former Redskins cheerleader? When, during the Civil War?

3 ·    Like    Share

---

**Treadingwater**
6/3/2013 12:08 PM EDT

Ouch!

Like

---

**delunser**
6/3/2013 11:59 AM EDT

Is she a maker or a taker?

Like    Share

---

**bcrawf**
6/3/2013 11:58 AM EDT

So, Gov. McDonnell falsified his disclosure report in order to hide that his wife was paid $36,000 by McGlothlin's coal company.

1 ·    Like    Share

---

**Louis Nevitt**
6/3/2013 12:14 PM EDT

Yup; in a nutshell and based upon facts collected as evidence

Like

---

**fearturtle44**
6/3/2013 11:53 AM EDT

Now I am thinking Marion Barry was not so bad. lol

5 ·    Like    Share

---

**Louis Nevitt**
6/3/2013 12:14 PM EDT

??? Seeing really ugly does not make ugly look better.

Like

51

5252

**mijowe**
6/3/2013 11:53 AM EDT

## All Comments

Newest First    Free work if you can get it                    Pause live updates ⏸

Like   Share

---

**fearturtle44**

6/3/2013 11:52 AM EDT

For folks that you would think were smart, they can make some pretty dumb mistakes.

1 ·   Like   Share

---

**cococo**

6/3/2013 11:52 AM EDT

coal philanthropy. now that is weird......

1 ·   Like   Share

---

**washpost16**

6/3/2013 11:52 AM EDT

"coal charity"

Isn't that an oxymoron?

1 ·   Like   Share

---

**sic_semper_tyrannis**

6/3/2013 11:53 AM EDT

not really, think "Charlie Brown Christmas"...

3 ·   Like

---

**cococo**

6/3/2013 11:53 AM EDT

It's truly bizarre. and 10K per meeting to decide how to distribute coal charity is even weirder.

1 ·   Like

---

**sic_semper_tyrannis**

6/3/2013 11:56 AM EDT

It;s not about distributing money its about soliciting MORE donations for the foundation, and the wondrous self-aggrandizement of high society charity functions that follows... simply marvelous

1 ·   Like

---

**cococo**

6/3/2013 12:11 PM EDT

5353 you would think that this would at least then be a charity where some people volunteer to fundraise.

## All Comments

Like

Newest First ▾

Pause live updates ❚❚

**Louis Nevitt**

6/3/2013 12:15 PM EDT

Military Intelligence

Like

**Uncle Alt**

6/3/2013 12:17 PM EDT

"George Bush Center for Intelligence"

Like

**sic_semper_tyrannis**

6/3/2013 11:48 AM EDT

"Bobby, I'm bored"

"Well, isn't that a coincidence, Sweetums, cause I've got another friend I want you to meet..."

6 ·    Like    Share

**sic_semper_tyrannis**

6/3/2013 11:52 AM EDT

not at all, he's just, you-know, well-connected..

6 ·    Like

**cococo**

6/3/2013 11:47 AM EDT

I guess none of these people ever thinks that someone will find out.

3 ·    Like    Share

**jet0001**

6/3/2013 11:49 AM EDT

They think if they can't see you you can't see them.

1 ·    Like

**glenglish**

6/3/2013 11:57 AM EDT

This is another one them GOP peccadillos. Thirty six G's for a woman doin' charity work when people is dyin' in Benghazi, ObamaCare, IRS is tryin'to find out why these 501(C) 4 political groups should be charities... Uhm

53

5454                                                                                      1 · Like

## All Comments

JAH3

Newest First    5/3/2013 11:45 AM EDT                              Pause live updates ▮▮

This would mean something if WAPO chased down and published Democratic lies, broken promises, political payoffs, and indiscretions with the same eagerness, mean-spirit and investment that it uses to attack Republicans.

2 ·    Like    Share

**delunser**

6/3/2013 11:50 AM EDT

Boy is it fun to watch whiney tea bagger losers whine, thanks.

Like

**clevermoniker**

6/3/2013 11:50 AM EDT

Republicans have to invent scandals, while ignoring the very real ones right under their noses.

2 ·    Like

**cococo**

6/3/2013 11:50 AM EDT

JAH, is that some kind of excuse?

1 ·    Like

**kimrit**

6/3/2013 11:53 AM EDT

Has there been no coverage of the Obama controversies??? Or of the prison scandal in Md??

Cons just can't take the truth about their politicians

1 ·    Like

**JAH3**

6/3/2013 11:54 AM EDT

No at all. What's goof for the goose is good for the gander. But unfortunately, The Washington Post doesn't see it that way and his hurts its writers' credibility.

Like

**cucullen0**

6/3/2013 12:09 PM EDT

How DARE the (Benghazi) Washington Post (Benghazi) report facts (Benghazi) about blatant political (Benghazi) corruption by a (Benghazi) republican governor of a (Benghazi) nearby state (Benghazi)

54

5555 when they could (Benghazi) be contributing to the (Benghazi) right-wing political agenda (Benghazi)?

## All Comments

1 ·    Like

Newest First ▾

Pause live updates ⏸

**reagansuckedbigtime**

6/3/2013 11:43 AM EDT

It's not a bribe if you give the money to my wife, right?

4 ·    Like    Share

**glenglish**

6/3/2013 11:47 AM EDT

Ax Nancy, Ronniesuxsthe biggun.

Like

**sic_semper_tyrannis**

6/3/2013 11:42 AM EDT

$100 million to the Virginia Museum of Fine Arts. Paid for in part by profits from state coal subsidies, reauthorized by Governor Ultrasound.

In the meantime, the Commonwealth cuts funding to programs that serve developmentally disabled children, and continues the slide in per capita state funding for higher education, among other budgetary matters...

13 ·    Like    Share

**jet0001**

6/3/2013 11:42 AM EDT

Another "under the table" deal with a Republican governor's wife.

I wonder if we'll ever know what "services" she actually provided.

3 ·    Like    Share

**glenglish**

6/3/2013 11:39 AM EDT

Now wait a cotton pickin' second wan't Newt the Two (make that Three) Timer gettin' 40 grand fo' his one hour speeches teachin' history in his "not a lobbyist" position?! Makes 36 thou look like peanuts to an elephant.

3 ·    Like    Share

**pierrejc2**

6/3/2013 11:42 AM EDT

Mrs. McDonnell eats her peanuts like a lady elephant.

1 ·    Like

5656

**glenglish**

6/3/2013 11:46 AM EDT

**All Comments**

Newest First ▾

That is 36 G's a year.

Pause live updates ⏸

Like

**Unibrow**

6/3/2013 11:39 AM EDT

The rich never tired of feathering their nests. I bet it never occured to her that she didn't earn the $36,000.00. "People just keep giving me things."

7 ·     Like   Share

**pierrejc2**

6/3/2013 11:39 AM EDT

"the rich" = "the Republicans"

And don't you forget it.

4 ·     Like

**RogerRamjet2**

6/3/2013 11:40 AM EDT

I was thinking "I have always relied upon the kindness of strangers."

4 ·     Like

**theAnswerIs42**

6/3/2013 11:38 AM EDT

It looks like the governor's wife should have taken a free membership to Gold's Gym instead.

2 ·     Like   Share

**duchesne**

6/3/2013 11:37 AM EDT

She actually had to sit through some boring meeting to get her pay? The wife of former IL Gov Blagojevich got paid a "real estate commission" for a house she hadnt even done any work to sell.

Should we worry about this $36,000 or worry more about the other unreported money she received for being a 'consultant' on subjects which she has no expertise?

2 ·     Like   Share

**vigor**

6/3/2013 11:38 AM EDT

I believe Mr. Blagojevich is in jail for that.

56

575 Are you suggesting the same for Mr. McConnell?

## All Comments

4 · Like

Newest First ▾

Pause live updates ⏸

**duchesne**

6/3/2013 11:43 AM EDT

If he 's put his State up for sale in exchange for unreported gifts to his wife and family, then YES. I believe receiving bribes in exchange for political influence, government favors/lucrative State contracts, etc, is still illegal.

1 · Like

**RogerRamjet2**

6/3/2013 11:36 AM EDT

Rah Rah Ree
Hit 'em in the knee
Rah Rah Rhine
I got mine
Go Grifters!

2 · Like  Share

**sic_semper_tyrannis**

6/3/2013 11:36 AM EDT

Goooooo Coal!

2 · Like  Share

**Good2Know**

6/3/2013 11:36 AM EDT

Poor little leftists. Looking for a scandal they can call Republican will just have to keep looking. No scandal here. Crying and whining and gnashing of teeth and name calling and making up stuff just won't give these poor little leftist what they crave, try as they might.

Like  Share

**Treadingwater**

6/3/2013 11:37 AM EDT

You forgot to mention Obama.

1 · Like

**RogerRamjet2**

6/3/2013 11:37 AM EDT

BANGHAAAAZI!!!

1 · Like

57

5858

**Vigor**
6/3/2013 11:37 AM EDT

**All Comments**

Newest First ▾

You're still projecting, Good.

Pause live updates ⏸

2 ·    Like

---

**DarkSideoftheMoon**
6/3/2013 11:38 AM EDT

of course there is no scandal - bribery is part of the republicans cherished policies

4 ·    Like

---

**jet0001**
6/3/2013 11:39 AM EDT

You're protesting too much Good2Know...

6 ·    Like

---

**Catalogical**
6/3/2013 11:35 AM EDT

My advice to the McDonnells. Pay back the ill-gotten gains and negotiate a plea bargain with Cuccinelli's successor.

7 ·    Like   Share

---

**glenglish**
6/3/2013 11:35 AM EDT

Every time I hear that oxymoron "clean coal" I wanna puke.

7 ·    Like   Share

---

**diatomic**
6/3/2013 11:34 AM EDT

I will attend three meetings for only $10,000!

3 ·    Like   Share

---

**glenglish**
6/3/2013 11:42 AM EDT

9,999.99 and you don' gotta report it.

2 ·    Like

---

**topperale**
6/3/2013 11:32 AM EDT

**All Comments**

Newest First

Pause live updates ❚❚

5959

So Virginia's first lady was paid, for a few days of "work," roughly the equivalent of what a Virginia schoolteacher makes in a year. The charity in question said she helped them to set funding priorities. I've got a funding priority for them – how about NOT showering a whole lot of money on the families of already wealthy politicians and start using your money for REAL philanthropy.

Is this a great country or what? I guess it is if you happen to be part of the 1%.

5 · Like Share

---

**vigor**

6/3/2013 11:33 AM EDT

Ms. McConnell will also get a larger piece of "State Pension Pie" through her husband.

Probably more than a Virginian Schoolteacher.

Like

---

**vigor**

6/3/2013 11:34 AM EDT

... for NO work.

Who's the 'moocher' now?

Like

---

**Adam M**

6/3/2013 11:31 AM EDT

I'll gladly accept that advisor position for only $30,000 and like the Gov's wife I won't do a thing for you either.

Like Share

---

**DesMoinesDude**

6/3/2013 11:30 AM EDT

Virginia Is For Grubbers.

3 · Like Share

---

**RogerRamjet2**

6/3/2013 11:30 AM EDT

I hear Sarah Palin is thinking about moving to Virginia. And the shocking part? She was thinking.

8 · Like Share

---

**pierrejc2**

6/3/2013 11:34 AM EDT

59

6060Not possible.

## All Comments

She's a Republican.

Newest First ▼

Pause live updates ❚❚

1 ·    Like

**coolcal**

6/3/2013 11:28 AM EDT

They could have held out for so much more.

3 ·    Like   Share

**Treadingwater**

6/3/2013 11:31 AM EDT

What makes you think they didn't?

Like

**sic_semper_tyrannis**

6/3/2013 11:28 AM EDT

New State Slogan:

Virginia is for Lovers of Fine Art

2 ·    Like   Share

**Good2Know**

6/3/2013 11:28 AM EDT

What seems to be completely ignored here is that there are a large number of Democrats who are outraged at the revealed corruption of Obama and his administration. This little made up bit of baloney by WaPo isn't going to distract them either.

Like   Share

**sic_semper_tyrannis**

6/3/2013 11:29 AM EDT

Mr. Good, I see you've met Miss Direction...

1 ·    Like

**vigor**

6/3/2013 11:29 AM EDT

wha?

You are a very confused person.

Like

6161

**plazapt**
6/3/2013 11:30 AM EDT

## All Comments

Newest First ▾

So any story about corruption by a Republican needs an addendum about the your belief of corruption in the White House. Are you from Venezuela?

Pause live updates ❚❚

2 ·      Like

---

**Good2Know**
6/3/2013 11:31 AM EDT

misdirection, confused? Really? Check out the Democrat statements on the revealed corruption of the IRS in particular and the DOJ.

Like

---

**Good2Know**
6/3/2013 11:33 AM EDT

This so called problem of Mrs. McDonnell's being paid for her services rendered for a charity is just to distract from the real scandals of the Obama administration.

Like

---

**horatio22**
6/3/2013 11:34 AM EDT

I keep trying to figure out what conservatives are talking to in respect to corruption in the Obama administration.

There is virtually NOTHING -- certainly not approaching the corruption with Halliburton, Black Water, ENRON (supposedly being overseen by FERC regulators appointed by Bush), etc.., etc., etc.

2 ·      Like

---

**jet0001**
6/3/2013 11:35 AM EDT

Right, she purposefully took the $36,000 and did not report it only as a distraction to help Obama.

Like

---

**DarkSideoftheMoon**
6/3/2013 11:35 AM EDT

Good2Know just proves ADA is epidemic - stick the tread

Like

---

**archeopteryx**
6/3/2013 11:35 AM EDT

6262Yeah, and Obama's policy speeches are also a distraction, plus the economy getting better is a distraction, plus.....well, pretty much everything is a distraction from the all-important "scandals."

## All Comments

Newest First ▾                                                                Like

Pause live updates ❚❚

**Louis Nevitt**

6/3/2013 11:27 AM EDT

"Good2Know
8:16 AM PDT
As hard as WaPo tries to imply and the leftists here try to outright lie about there is no scandal here. " No scandal here, but we will not rest until the truth about benghazi talking points is fully investigated. Way to go GOP; with emphasis on the "Old".

1  ·    Like   Share

**Morecomments**

6/3/2013 11:29 AM EDT

Petraeus already told you all you need to know. You Repubs wanted to run him for president. Don't you believe him?

2  ·    Like

**Good2Know**

6/3/2013 11:30 AM EDT

It goes far beyond the talking points. There were and Ambassador and three other Americans killed there and their deaths have to be answered to.

Like

**vigor**

6/3/2013 11:31 AM EDT

Don't the deaths of 4,000 dead soldiers in Iraq deserve to be honored with an answer?

3  ·    Like

**plazapt**

6/3/2013 11:32 AM EDT

Two of the guys in Benghazi were killed at a CIA safe house, not the embassy. A really bad decision was made by the people on the ground in Benghazi, need to make the right people responsible.

Like

**archeopteryx**

6/3/2013 11:33 AM EDT

So the more numerous deaths in embassy attacks under W - what was the response to them?

2  ·    Like

6368

**All Comments**

Newest First ▾

**Louis Nevitt**

6/3/2013 11:37 AM EDT

WMD ring any bells? Canseco was investigated for giving false testimony to Congress about steroids, and Condi Rice gets away with "there is no other possible use for the aluminum tubes" when they were anodized, making them unsuitable for centrifuges, according to nuclear scientist, and they were the exact diameter of defensive Kasam rockets which were allowed by the UN.

Pause live updates ❚❚

Like

**Louis Nevitt**

6/3/2013 11:39 AM EDT

Clinton wanted a response to Kenya/Tanzania attacks on embassies and Richard Clark had his hair on fire about Al Qaeda and Bin Ladin. How about we continue Bengazi investigations when Rebubs look into this and Aluminum tube testimony?

Like

**peregrina**

6/3/2013 11:51 AM EDT

And "Bin Laden determined to attack inside the US" being blown off as inconsequential merits no examination at all

1 ·    Like

**Louis Nevitt**

6/3/2013 12:02 PM EDT

She even testified she had no previous evidence that planes would be used as missiles, then had to admit such a warning was in fact included in the Aug 6 PDB. And what about Zakarias Mousawie's laptop and Colleen Rowley's valid FISA warrant request Aug 17, 2001 that was altered and turned down??? By Whom??? David Freska headed the FBI Counterterrorism office in DC and had input into the July 29, 2001 Phoenix memo about Middle Eastern men in flight schools; ignored and NOT investigated. Clinton got a warning, put out an alert and caught some yahoo on his way from Canada to LAX. Condi and GWB and Cheney et all gbot multiple warnings, so they put Bush in a FL classroom the day of? Hum

1 ·    Like

**Louis Nevitt**

6/3/2013 12:07 PM EDT

Hey Big Brother, people are starting to wake up and smell the coffee. This country stinks, even worse in religious or political circles, and in the words of Jack Nicholson's Joker; this city needs an enema.

Like

**DesMoinesDude**

63

# All Comments

Newest First

I'm sure the Virginia technology industry would benefit from hiring the Governor's wife for strategic counsel on how cheerleading skills can aid in developing new network security methodologies. Oh, and they might get some favorable tax perks from the arrangement as well.

Pause live updates

5 ·    Like    Share

---

**JuliusSneezer**

6/3/2013 11:27 AM EDT

Is this woman not ashamed of taking $36K from an organization ostensibly promoting charity?

Apparently, she is completely immune to shame.

3 ·    Like    Share

---

**pierrejc2**

6/3/2013 11:28 AM EDT

She's innocent!

You see, Republicans are too stupid to know what "charity" means.

3 ·    Like

---

**sic_semper_tyrannis**

6/3/2013 11:27 AM EDT

Well, more to come. I'm sure.... Where there's smoke there's coal and tobacco... Welcome to Virginia...

2 ·    Like    Share

---

**horatio22**

6/3/2013 11:27 AM EDT

Look. This was all in the past. We don't need to look backwards, we should be looking forwards. Anyway, this is all old news.

What is amazing to me is how cheaply the governor and his family are willing to sell their favors for. Seriously. $36,000? I am thinking this is pin money for the state's first lady.

Like    Share

---

**pierrejc2**

6/3/2013 11:29 AM EDT

If it's a Republican, no punishment necessary!

Go get stuffed, moron.

2 ·    Like

---

6565

**horatio22**
6/3/2013 11:31 AM EDT

**All Comments**

Sorry for using sarcasm.

Newest First ▾

Pause live updates ⏸

1 ·    Like

---

**met123**

6/3/2013 11:27 AM EDT

At least politicians (and their families) are consistent - across parties they sell themselves at a relatively low price.

If VA's first lady was making education and health care causes she pursued in her role as the state's first lady, it seems she should have been advising donors, or connecting them to potential recipients of their charity for free. Unless of course, she really just wanted to sell the connections she has by virtue of her position as first lady.

Like    Share

---

**vigor**

6/3/2013 11:25 AM EDT

Aren't Virginians embarrassed by any of this?

2 ·    Like    Share

---

**sic_semper_tyrannis**
6/3/2013 11:25 AM EDT

By how cheaply they were bought, yes....

2 ·    Like

---

**grizzer22**
6/3/2013 11:27 AM EDT

He'll be re-elected, in a landslide.

1 ·    Like

---

**ddevito1**
6/3/2013 11:28 AM EDT

Its disgusting, but he is out of office in December, so most shrug their shoulders. This does not help Cuccinelli - not that Cuccinelli can help himself.

1 ·    Like

---

**ddevito1**
6/3/2013 11:29 AM EDT

6666grizzer22: By law he cannot run again.

# All Comments

2  ·    Like

Newest First ▾

Pause live updates ❚❚

**DarkSideoftheMoon**

6/3/2013 11:29 AM EDT

The fascist have arrived !!!!

1  ·    Like

**ghinnova**

6/3/2013 11:29 AM EDT

The Gov has eyes on the White House.

1  ·    Like

**DarkSideoftheMoon**

6/3/2013 11:31 AM EDT

Do you mean the Big House ??
Him and Cuc can be 'best buddies'

Like

**hitpoints**

6/3/2013 11:49 AM EDT

"He'll be re-elected, in a landslide"

Are you the same person who earlier said this was a smear to help McAuliffe win against McDonnell in the upcoming election?

I love it when out-of-staters have no clue but post away!

1  ·    Like

**123libertydng**

6/3/2013 11:25 AM EDT

Scalia is a fool. No doubt.

1  ·    Like    Share

**Good2Know**

6/3/2013 11:25 AM EDT

OMG. The left is so hungry for a scandal they can latch onto they are manufacturing them out of nothing. Poor little leftists with such a corrupt Obama on their hands being revealed for what he is.

Like    Share

**RogerRamjet2**

# All Comments

"Repugs"

Newest First ▾

Pause live updates ⏸

Like

**vigor**

6/3/2013 11:25 AM EDT

that is called 'Projection', Good.

2 ·    Like

**Good2Know**

6/3/2013 11:25 AM EDT

Ignore

Like

**ladodgers**

6/3/2013 11:26 AM EDT

Pot - meet kettle

Like

**Morecomments**

6/3/2013 11:26 AM EDT

I believe this information is a result of the investigation initiated by the Tea Party darling, Ken Cuccinelli.

1 ·    Like

**pierrejc2**

6/3/2013 11:27 AM EDT

Apparently Republicans wouldn't know obvious corruption if it big them on the butt.

What a bunch of idiots!

1 ·    Like

**vigor**

6/3/2013 11:30 AM EDT

stick your head in the sand, Good

Like

**pierrejc2**

6/3/2013 11:24 AM EDT

McConnell should change the subject by using the classic Republican misdirection tactic of redefining rape.

## All Comments

That's fix his problems.

Newest First ▾

Pause live updates ⏸    1 ·    Like    Share

---

**DarkSideoftheMoon**

6/3/2013 11:25 AM EDT

Raping the voters for taking advantage of the office ???

1 ·    Like

---

**glenglish**

6/3/2013 11:25 AM EDT

By the time this investigation is over they may have.

Like

---

**grizzer22**

6/3/2013 11:26 AM EDT

Or blaming it on Obama, after all, this sitting President is the reason everything goes wrong.

1 ·    Like

---

**DarkSideoftheMoon**

6/3/2013 11:24 AM EDT

The depth of corruption and 'bribes' for influence knows no bounds within our political system and the number of scumbags who relish taking advantage of it.

McDoofus and others have no shame. Virginia is not alone but between Cuc and Mac they are poster children for influence for hire.

2 ·    Like    Share

---

**sic_semper_tyrannis**

6/3/2013 11:23 AM EDT

Ole McDonnell had a fram e-i-e-i-o
and on that farm he had some coal e-i-e-i-o
with some fine art there and some dirty air
meet my wife, she's real nice, for 36k she'll call them twice
Ole McDonnell had a farm e-i-e-i-o

3 ·    Like    Share

---

**glenglish**

6/3/2013 11:23 AM EDT

I gots t'love these GOP charities. Can y'all spell 501 (C) 4?

4 ·     Like   Share

# All Comments

**pierrejc2**

Newest First ▾     6/3/2013 11:22 AM EDT                    Pause live updates ⏸

If it's Christian and Republican, then it's corrupt.

Only stupid people don't know this.

5 ·     Like   Share

**Good2Know**

6/3/2013 11:23 AM EDT

Only a stupid person would post this.

1 ·     Like

**RogerRamjet2**

6/3/2013 11:24 AM EDT

"Repugs"

Like

**pierrejc2**

6/3/2013 11:25 AM EDT

Good2Know, you're a typical Christian, Republican moron with nothing intelligent to say.

Now go talk to your imaginary Jesus friend!

2 ·     Like

**Morecomments**

6/3/2013 11:20 AM EDT

Moral born again Bob strikes again.

3 ·     Like   Share

**daved1**

6/3/2013 11:21 AM EDT

Jim and Tammy Faye McDonnell

8 ·     Like

**JuliusSneezer**

6/3/2013 11:19 AM EDT

Whatever the charity, I'm sure they could use the $36K.

2 ·     Like   Share

**Far East LA**

6/3/2013 11:19 AM EDT

## All Comments

Typical bought Repugs.

Newest First ▼

Pause live updates ⏸

6 ·    Like    Share

---

**Good2Know**

6/3/2013 11:21 AM EDT

Take your repugs crp and shove it.

Like

---

**vigor**

6/3/2013 11:22 AM EDT

niiiice!

You're embarrassed and getting angry.

Like

---

**RogerRamjet2**

6/3/2013 11:24 AM EDT

"Repugs" presses good's buttons.

"Repugs" "Repugs""Repugs""Repugs" "Repugs"

1 ·    Like

---

**RogerRamjet2**

6/3/2013 11:17 AM EDT

"I know this is painful for the ladies to hear, but if you get married, you have accepted the headship of a man, your husband. Christ is the head of the household and the husband is the head of the wife, and that's the way it is, period." So sayeth Pat Robertson, Gov. Sponge Bob's oracle.

10 ·    Like    Share

---

**Good2Know**

6/3/2013 11:18 AM EDT

Certainly that is what this Democrat rag WaPo is telling women.

Like

---

**vigor**

6/3/2013 11:18 AM EDT

You spun yourself in a knot that time, Good.

70

3 ·    Like

7171

**All Comments**

Newest First ▾

**Good2Know**
6/3/2013 11:19 AM EDT

Nope WaPo did that. Read again.

Pause live updates ❚❚

Like

**Good2Know**

6/3/2013 11:16 AM EDT

As hard as WaPo tries to imply and the leftists here try to outright lie about there is no scandal here. Money was paid for services actually rendered. Taxes were paid on it. If one wants true scandals they must just check out the activities of the Obama administration. Obama himself lying about Benghazi being caused by a video for political cover up reasons during his campaign is just one, then we have the IRS targeting, the invasions of the press by the DOJ and the constant cover ups, cover ups, cover ups. Good grief, Scandals galore. Real Scandals revealed about Obama and his administration. Scandal Hell.

2  ·  Like  Share

**vigor**

6/3/2013 11:17 AM EDT

blowin' smoke!

4  ·  Like

**JuliusSneezer**

6/3/2013 11:17 AM EDT

Sounds like an argument organized crime could use. "Money paid for services, and claimed on taxes."

4  ·  Like

**DesMoinesDude**

6/3/2013 11:18 AM EDT

i don't see any circus hearings on this being held by the Dems, unlike the GOTea, which wants a hearing every time Obama changes his underwear.

GOTea has nothing to offer the country. Nothing. That is why they work full time of deflection, fabrication and grandstanding...like Good to Know is doing now.

5  ·  Like

**PinkGin99**

6/3/2013 11:18 AM EDT

Where are we on Holder today, Post?

Like

71

7272

**87-04-7**

6/3/2013 11:21 AM EDT

# All Comments

Holder is still black.

Newest First ▾

Pause live updates ⏸

1 ·    Like

---

**DesMoinesDude**

6/3/2013 11:16 AM EDT

We GOTea'er hate....and i mean hate....big gummint. Other than when we need some favors. Then we create a foundation, set up a board, hire on political spouses, funnel money to her, and then that big gummint is just fine...even thought we still hate it.

3 ·    Like   Share

---

**rossor**

6/3/2013 11:14 AM EDT

As troubling as the $36K is the mis-characterization by McDonnell. That's consistent with the way the wedding reception "gift" was mischaracterized.

There's a patten here, folks. These God-fearin' Christians in the Governor's mansion seem to have a problem with the truth.

3 ·    Like   Share

---

**glenglish**

6/3/2013 11:14 AM EDT

Oh c'mon now. at least the wife is being progressive by gettin' a job.

2 ·    Like   Share

---

**glenglish**

6/3/2013 11:20 AM EDT

That babe's gotta git somma dem high heels. Don' give me nonna dat barefoot an' preggo crap f'dis woman.

Like

---

**vigor**

6/3/2013 11:11 AM EDT

so who are the real 'Moochers'?!

4 ·    Like   Share

---

**vigor**

6/3/2013 11:16 AM EDT

It's really just simple, classic 'Cronyism'.

72

1 ·    Like

**All Comments**

**sic_semper_tyrannis**

6/3/2013 11:10 AM EDT

Newest First

So's all this hubbub supposed to make us forget about Star Scientific? Transvaginal ultrasounds, State defunding of social programs, and our serious lag in funding for higher education, and failure to implement the Affordable Care Act?

Pause live updates

Not working, Bob...

7 ·    Like   Share

---

**DesMoinesDude**

6/3/2013 11:11 AM EDT

Not to mention the Rector Dragas fiasco.

1 ·    Like

---

**sic_semper_tyrannis**

6/3/2013 11:21 AM EDT

I ALMOST forgot about her...almost worked...

Like

---

**florentine**

6/3/2013 11:09 AM EDT

For all those who don't see the big deal....instead of donating money to a politician's campaign to influence them; you can put money right in his bank account by hiring the wife. Makes a much bigger impact. And even though it may be quite common, it is also quite unethical.

8 ·    Like   Share

---

**DesMoinesDude**

6/3/2013 11:09 AM EDT

Wedding cake with bituminous coal icing. Whodda thunk they go so well together? (As published in the "Under The Table Money Cookbook.")

5 ·    Like   Share

---

**JuliusSneezer**

6/3/2013 11:08 AM EDT

theAnswerIs42

11:05 AM EDT

Good2Know: What about Linsey Lohan? She's pretty messed up. And Bill Bellicheck when he cheated on the signals and filming?

_____

Really? This is all you've got?

73

Like  Share

## All Comments

**reverino**

Newest First ▾

6/3/2013 11:09 AM EDT

Pause live updates ⏸

yes it is

Like

---

**Good2Know**

6/3/2013 11:07 AM EDT

WaPo and Sleaze one and the same since they gave up reporting news for articles like this.

Like  Share

---

**vigor**

6/3/2013 11:09 AM EDT

Your just embarrassed by what the McDonnell's did and you're projecting your anger.

3 ·  Like

---

**JuliusSneezer**

6/3/2013 11:09 AM EDT

They are not reporting sleaze, they are reporting ON sleaze.

3 ·  Like

---

**ratbag**

6/3/2013 11:15 AM EDT

Are you a chapter president of the Shoot the Messenger Club?

Like

---

**ratbag**

6/3/2013 11:07 AM EDT

But, surely all these payments are mitigated against the "kind favor" that McDonnell did for his "friend/lobbyist" by housesitting his expensive vacation home and driving his Ferrari and Range Rover to keep the dust from settling.

Like  Share

---

**Good2Know**

6/3/2013 11:09 AM EDT

Imagine that. Oh you just did show us what your imagination can do.

Like

---

**Good2Know**

6/3/2013 11:05 AM EDT

Every75y in every way WaPo is trying to outdo the sleaze mags.

## All Comments

Like    Share

Newest First ▾

**RogerRamjet2**

Pause live updates ⏸

6/3/2013 11:05 AM EDT

Truth hurts, doesn't it?

12 ·    Like

**vigor**

6/3/2013 11:06 AM EDT

Nobody outdoes Fox for Fiction.

4 ·    Like

**Good2Know**

6/3/2013 11:06 AM EDT

Truth? Distortion of truth is not truth. This is a distortion of the truth and an effort to destroy reputation. Very Sleazy of WaPo.

Like

**carriegirl**

6/3/2013 11:07 AM EDT

No reporting on scandals in other jurisdictions...what about the Baltimore jail scandal and O'Malley? Oh that's right...he's a liberal.

1 ·    Like

**ghinnova**

6/3/2013 11:08 AM EDT

What truth has been distorted?

I know wingnuts think every news organization should be all slam democrats, all day, but you are just gonna have to get use to the fact that every news corp isn't Fox, and not everyone is a soap box for Daryl Issa.

Like

**ghinnova**

6/3/2013 11:10 AM EDT

"No reporting on scandals in other jurisdictions...what about the Baltimore jail scandal and O'Malley?"

http://www.washingtonpost.com/local/md-politics/go...

7676                                                                          1 ·    Like

## All Comments

~~RogerRamjet2~~

Newest First ▾        6/3/2013 11:13 AM EDT                    Pause live updates ⏸

Gosh, carrie, if you'd quit barfing pea soup you would have read about the jail.

Like

---

**hitpoints**

6/3/2013 11:13 AM EDT

Yes, what about that Baltimore prison scandal?
Gov. O'Malley's inaction on Baltimore jail scandal
http://articles.washingtonpost.com/2013-05-27/opin...

Baltimore jail case depicts a corrupt culture driven by drugs, money and sex
http://articles.washingtonpost.com/2013-05-04/loca...

A Baltimore jail scandal aided by union politics
http://articles.washingtonpost.com/2013-05-06/opin...

That's just a sample of over 10 articles the WaPo has done. Here's a hint: google "Baltimore jail"
site:washingtonpost.com to see page after page of results.

1 ·    Like

---

**ratbag**

6/3/2013 11:17 AM EDT

You should probably go back to Fox where it's GOP good/Democrats bad all day.

Like

---

**Hendershott**

6/3/2013 11:04 AM EDT

Cue Redstate: "Leave Mrs. McDonnell aloooooooooooooooooooooooooooooooooone! All you libs know how
to do is hate! Benghazibenghazibenghazibenghazibenghazibenghazibenghazibenghazibenghazi!"

Then the author returns to writing something insulting about Michelle Obama or Chelsea Clinton or [insert
name of Dem here].

3 ·    Like   Share

---

**vigor**

6/3/2013 11:03 AM EDT

Tom DeLay (R-TX):

You have to pay to play.

7777

4 ·    Like    Share

## All Comments

elwd2726

Newest First ▾                                                    Pause live updates ❚❚

6/3/2013 11:03 AM EDT

Post cotinues macaca movement against VA Republicans.

Did the Post report that "Weiner's Wife Didn't Disclose Consulting Work She Did While Serving in State Dept" like the NYTimes did? Just wondering. Hint: Not according to Google.

Like    Share

**JuliusSneezer**

6/3/2013 11:04 AM EDT

Whatever happened to ol' George Allen?

2 ·    Like

**Hendershott**

6/3/2013 11:11 AM EDT

>>Whatever happened to ol' George Allen?

I hope that cowboy-booted jerk is still crying in his beer about losing to Tom Kaine.

Like

**theAnswerIs42**

6/3/2013 11:00 AM EDT

"Peace sells, but who'se buying?" - Metallica

Nothing wrong with having the government for sale as long as you have the bucks to buy it. Some left wing company needs to fork over more bucks to buy off the governor is what the problem was. It's part of the perks of the job.

Like    Share

**JuliusSneezer**

6/3/2013 11:01 AM EDT

Corruption is a Republican perk.

6 ·    Like

**Good2Know**

6/3/2013 11:03 AM EDT

There was nothing corrupt here. You have to look at the Obamas and the Obama administration for true corruption.

Like

787 **theAnswerIs42**
6/3/2013 11:05 AM EDT

# All Comments

Good2Know: What about Linsey Lohan? She's pretty messed up. And Bill Bellicheck when he cheated on the signals and filming?

Newest First ▾                                                          Pause live updates ❚❚

Like

**vigor**

6/3/2013 11:00 AM EDT

niiiiiiiice!

she probably didn't have to show up somewhere for 40 hours a week either, right?

This is a different form of 'mooching'.

1  ·      Like   Share

**pswift00**

6/3/2013 11:00 AM EDT

Wow, what a non-issue. Thanks, Post. These things are incredibly common. I believe Michelle Obama served on a board of advisors at a hospital in Chicago for more than $100,00 a year. So what?

1  ·      Like   Share

**JuliusSneezer**

6/3/2013 11:02 AM EDT

A hospital is not a charity.

3  ·      Like

**pswift00**

6/3/2013 11:05 AM EDT

exactly- they're for-profit organizations. it would seem there'd be far more opportunity for improper political influence there than at some charity. My point was also that Obama was paid more than 4x as much, but larger yet, that there's no indications of foul play in either case, except that it's all fodder for partisan mud-slingers. If the coal company got some kind of sweet contracts as a result of their relationship, then by all means, let's go further.

1  ·      Like

**topdog004**

6/3/2013 11:44 AM EDT

Michelle was EMPLOYED by the hospital ... work for pay ...

Gawd, you're IGNORANT.

78

7979                                                                                    1 ·    Like

## All Comments

**SuburbanCat**

Newest First ▾     6/3/2013 12:03 PM EDT                                    Pause live updates ⏸

First, please offer evidence to support your claim, as it's quite possible that she was asked to leave the position when her husband assumed the office of the presidency.
Second, does this hospital have business before the White House? If not, it is not comparable because the "charity" (coal company) the employed the governor's wife as a "consultant" on philanthropy (a field in which she is without training) does have business and legislative interests in the state of Virginia.
it is easy to make claims. It might be harder to back them up.

Like

**joshlct**

6/3/2013 12:26 PM EDT

Charity is different from hospital. A hospital is a building with patients. A charity is an organization that pours money into political campaigns and pretends that this is a non-partisan activity.

2 ·    Like

**joe15211**

6/3/2013 3:18 PM EDT

pswift....I believe my congressman is from Mars. Sadly I have no basis for my belief. Do you have a basis for your belief about Michelle Obama?

Like

**Cabell**

6/3/2013 3:59 PM EDT

"McDonnell (R) indicated on his annual financial disclosure forms for 2011 and 2012 that his wife served as a paid trustee of a family charity[.]"

Those now seem like false disclosures.

Like

**mijowe**

6/3/2013 10:56 AM EDT

I love how these "philanthropic" organizations, become cash centers for the top organizers. Somebody made a tax free donation so that the 36G went to a "charity". I wonder what percentage of the donations go to the intended recipients.

4 ·    Like   Share

**Good2Know**

6/3/2013 10:59 AM EDT

8080Wonder what percentage of tax monies is spent on freebies.

# All Comments

Like

Newest First ▼

Pause live updates ❚❚

### kanebrandon
6/3/2013 11:00 AM EDT

says right in the article that the company paid her and not the charity.

2 ·    Like

### vigor
6/3/2013 11:08 AM EDT

More is spent on Defense than 'freebies'

Like

### JuliusSneezer
6/3/2013 10:56 AM EDT

The Republicans are still all about Benghazi. They're willing to waste more time and money on it, and that will only hurt them.

Every time a Republican beats the Benghazi drum, their poll numbers go down by a fraction of a point, and they're beating the drum fast and furiously.

McDonnell's has real graft and real money attached to it. Not smoke, mirrors, and irrational hatred.

6 ·    Like    Share

### RogerRamjet2
6/3/2013 10:58 AM EDT

I dunno. They still have another 87 votes to repeal the ACA before the midterm elections.

3 ·    Like

### JuliusSneezer
6/3/2013 10:58 AM EDT

True.

Like

### YadaYada1
6/3/2013 11:03 AM EDT

Bengazi and "Obamacare". I think the Repukes and tried to vote out Obamacare about 87 times. What a waste.

Like

**justkiddingdc**
6/3/2013 10:54 AM EDT

## All Comments

Newest First ▾

Pause live updates ⏸

Great reporting, Ros. Keep it up. There's a lot that smells bad here.

Hard to tell which is worse: If this is illegal he should be convicted. If all of these payoffs are legal, then the entire system is guilty.

5 ·    Like    Share

**Good2Know**
6/3/2013 10:55 AM EDT

If you think this is smelly just put a clip on your nose before you read the corruption of the Obama administration.

1 ·    Like

**pswift00**
6/3/2013 11:02 AM EDT

I didn't read any allegations of impropriety in this story. Did this company receive some special perks as a result of their relationship with her? Did she? (free coal for a year?).

Like

**sic_semper_tyrannis**
6/3/2013 10:53 AM EDT

McDonnell's contributors from 2009-2013:

$2,694,428 Republican Party of Virginia
$2,250,000 Republican National Committee
$1,961,312 Republican Governors Assn
$972,877 US Chamber of Commerce
$357,010 Consol Energy Inc
$350,000 Richard Baxter Gilliam
$300,000 Randal J Kirk
$252,465 Altria
$205,000 Alpha Natural Resources
$202,999 Dominion
$200,000 Bob J Perry
$197,500 William H Goodwin, Jr
$194,644 Smithfield Foods
$190,000 Dwight C Schar
$175,000 William A Royall, Jr
$170,000 Marvin W Gilliam, Jr
$150,000 Doylene Perry
$150,000 R Ted Weschler
$128,499 USAA

81

$125,000 G Gilmer Minor, III
$125,000 Paul Singer

## All Comments

See More

Newest First ▾

Pause live updates ❚❚

4 ·     Like     Share

**carriegirl**

6/3/2013 10:54 AM EDT

Will you let us know what McAuliffe's are?

1 ·     Like

**Good2Know**

6/3/2013 10:54 AM EDT

Now that is transparency that one never ever gets from Obama or his administration.

1 ·     Like

**DesMoinesDude**

6/3/2013 10:52 AM EDT

Did she pay taxes on this income? That's what I want to know.

3 ·     Like     Share

**Good2Know**

6/3/2013 10:56 AM EDT

Evidently yes. Taxes were paid. It's the Republican thing to pay the taxes and the Democrat thing to never ever pay taxes.

2 ·     Like

**DesMoinesDude**

6/3/2013 11:03 AM EDT

Yep. Just like Mitt.

Like

**rfsjms**

6/3/2013 11:04 AM EDT

Yeah, that's why the red states are net takers of federal funds. I'm no fan of either party, but your comment is inane.

1 ·     Like

**Caseyjonesed**

6/3/2013 10:51 AM EDT

83 83
Good work if you can get it.... if you can get it tell me how!!

## All Comments

Let us not cast dispersions on all former or current Redskins cheerleaders.

Newest First ▾                                        Pause live updates ⏸  Like    Share

---

**Good2Know**

6/3/2013 10:51 AM EDT

Yipes. Like this is of any importance? Oh yeah its distraction season for WaPo the Obama propaganda machine.

1 ·    Like   Share

---

**RogerRamjet2**

6/3/2013 10:52 AM EDT

And yet, here you are.

Like

---

**carriegirl**

6/3/2013 10:53 AM EDT

Yep, gotta know what you lefties are up to.

Like

---

**Good2Know**

6/3/2013 10:53 AM EDT

Yup. Front and Center.

Like

---

**rfsjms**

6/3/2013 11:06 AM EDT

Hardly the center, but that would be a start.

1 ·    Like

---

**Schwartz1**

6/3/2013 10:49 AM EDT

Someone who takes to heard the old adage that "charity begns at home." How quaint.

2 ·    Like   Share

---

**Good2Know**

6/3/2013 10:50 AM EDT

Every Democrat learns that before the age of four.

Like

848

**Schwartz1**

6/3/2013 10:51 AM EDT

# All Comments

Newest First ▾

Ronald Reagan was a Democrat at age four. He learned it well.

Pause live updates ❚❚

4 ·          Like

---

**Good2Know**

6/3/2013 10:52 AM EDT

Ah but Reagan forsook the Democrat ways.

Like

---

**daved1**

6/3/2013 10:54 AM EDT

Only after exhibiting symptoms of Alzhiemers.

Like

---

**jasonmason**

6/3/2013 10:46 AM EDT

I will place my trust in this story as soon as Senator Obama's wife's bankroll from agencies who gained support from Senator Obama is investigated by the WaPo. Until then it is blatant politics. Given that MO's compensation had an additional 0 before the decimal point.

1 ·          Like   Share

---

**theObserver31**

6/3/2013 10:46 AM EDT

let's talk about the McDonnell family in an article about them

Not Obama

9 ·          Like

---

**coolcal**

6/3/2013 10:47 AM EDT

Which agencies?

Like

---

**theObserver31**

6/3/2013 10:43 AM EDT

She had $36,000 worth of things to say; after all money is now speech

3 ·          Like   Share

---

**coolcal**

8585 6/3/2013 10:44 AM EDT

# All Comments

And corporations are people.

Newest First ▾

Pause live updates ⏸

4 ·    Like

**Good2Know**

6/3/2013 10:45 AM EDT

Obama knows that very well. Which he is campaigning all over the country almost every day that he is not playing golf or basketball or throwing parties.

Like

**theObserver31**

6/3/2013 10:45 AM EDT

This was an article about the McDonnell family corruption; why are you whining about the President?

3 ·    Like

**vfazio**

6/3/2013 10:45 AM EDT

Don't forget winning elections, Good2know. He does that regularly and quite easily.

1 ·    Like

**Good2Know**

6/3/2013 10:48 AM EDT

Winning this last election has done Obama no good. His hands are tied by his corruption which started with Benghazi and is multiplying like bunnies.

Like

**MERGEDELETED-Sun May 20 21:54:11 EDT 2018-tchaka**

6/3/2013 10:49 AM EDT

No, his hands are tied by the idiots on the other side of the aisle. And a bunch of dummies who actually think Benghazi is some form of corruption.

1 ·    Like

**theObserver31**

6/3/2013 10:50 AM EDT

The multiplying is from the virus known as Obama Derangement Syndrone

You're suffering from an acute case.

1 ·    Like

8686

**RogerRamjet2**
6/3/2013 10:50 AM EDT

**All Comments**

Newest First ▾

Darrell and his Other Brother Darrell will investigate forever!

Pause live updates ⏸

Like

**Hookandsinker**
6/3/2013 10:43 AM EDT

"it is not clear how the McGlothlins and McDonnells became close, although McDonnell has been supportive of the coal industry in the past".

As Andy DuPhrane said to the warden in "The Shawshank Redemption", "how can you be so obtuse?"

5 ·    Like    Share

**RogerRamjet2**
6/3/2013 10:43 AM EDT

I need more Zihuatenejo in my life.

1 ·    Like

**Hookandsinker**
6/3/2013 10:44 AM EDT

RRJ2: I hope the ocean is as blue as it has been in your dreams.

1 ·    Like

**RogerRamjet2**
6/3/2013 10:49 AM EDT

MP2-That was such a lyrical line that I had to go to Zihuat. It was more beautiful than the Virgin Islands shot that was used in the movie. Thank you for reminding me of something beautiful in all these harsh comments.

Like

**lgregory2**
6/3/2013 10:42 AM EDT

She gave all the pension money to someone that paid her off

Like    Share

**Good2Know**
6/3/2013 10:46 AM EDT

Who She?

Like

86

8787

**jimk8mr**

6/3/2013 9:42 AM EDT

**All Comments**

Newest First ▾

The people paying the McDonnell's $36K for doing basically nothing are the same people who complain about overpaid, underworked unionized workers.

Pause live updates ❚❚

9 ·    Like    Share

**Good2Know**

6/3/2013 10:44 AM EDT

And their complaints are valid.

1 ·    Like

**theObserver31**

6/3/2013 10:45 AM EDT

good2know is a mouth breather

2 ·    Like

**coolcal**

6/3/2013 10:45 AM EDT

Obviously not.

Like

**Good2Know**

6/3/2013 10:41 AM EDT

When it comes to money Republicans like it as much a Democrats. There is not a single Democrat who does not do the same thing and most likely for much more money. It is not illegal. But the Democrats also add a bunch of illegal stuff when it comes to politics.

Like    Share

**Captains2012**

6/3/2013 10:42 AM EDT

idiot

3 ·    Like

**Good2Know**

6/3/2013 10:43 AM EDT

Same to you Captain.

Like

**Good2Know**

6/3/2013 10:46 AM EDT

8888he charges are on the way. Just watch your TV once in a while.

## All Comments

Like

Newest First ▾

Pause live updates ❚❚

### Wakehead
6/3/2013 10:47 AM EDT

The "everyone does it" excuse is only valid if your too young for elementary school.

Like

### theObserver31
6/3/2013 10:41 AM EDT

State's Rights = cheaper payoffs

3 ·    Like    Share

### theAnswerIs42
6/3/2013 10:39 AM EDT

The government is at fault here. Why does the government need to regulate bribes/black mail? Some would call these perks that come with the job. The government needs to stop regulating government. Let the free market take over so that it can function more like the too big to fail corporatins in Wall St. If things go bad, then the private sector can rescue the government but they won't because once the government starts functioning more like a corporation, the profits will be amazing.

2 ·    Like    Share

### Wakehead
6/3/2013 10:48 AM EDT

Your right. There's a blurry line in our society between lobbying and bribes.

Like

### theAnswerIs42
6/3/2013 10:58 AM EDT

Nothing wrong with having the government for sale as long as you have the bucks to buy it.

Like

### Good2Know
6/3/2013 10:38 AM EDT

Someone who has the icon Captain keeps bringing up Bush and his trips to his Texas WH. That is in no way equal to Obama's consistent absences from the Oval Office for vacations, golf, campaigning, more vacations. It appears as though Obama doesn't want to be with his Michelle. Would you? Yipes. They even take separate planes. Bush stayed at his own home not some lavish hotel or rented mansion. And what is any of that doing here under this subject at all any way.

Like    Share

8989

**Captains2012**
6/3/2013 10:40 AM EDT

**All Comments**

Newest First ▾

Pause live updates ⏸

you are delusional to not see the damage W did handing our reins over to Cheney and his money grubbing war mongering mess

Have a nice future cause it wont be in the White House any time soon dear.... Captains 2012 is a college team RUBE........

1 ·    Like

---

**spentecost60**
6/3/2013 10:37 AM EDT

Traditionally, the father of the bride pays for the wedding. Maybe the father did, who knows with this bunch. Regardless of who the father is, it is obvious that McConnell was more than willing to taint his own daughter's wedding in lieu of payment no matter how he spins it. As for the cheerleader and her charity, how can a person collect 36,000 smackers for a few hours work and call it charity. Good charity if you can get it . Philanthropy at the Va. governor's mansion is quite lucrative. Salute!

6 ·    Like    Share

---

**Good2Know**
6/3/2013 10:40 AM EDT

He also shared his daughter in service of this nation with her Iraq tour. Funny you hear nothing about that.

Like

---

**PoliticalPenguin**
6/3/2013 10:43 AM EDT

I'm pretty sure she volunteered for her service, i doubt dad signed her up!

Like

---

**sic_semper_tyrannis**
6/3/2013 10:34 AM EDT

"Go Coal!,
you can do it,
go coal!
save the planet,
go coal!
fund some art now,
go coal!

there, was that good?"

2 ·    Like    Share

---

**ghostak**

89

6/3/2013 10:32 AM EDT

## All Comments

Hey, if their neighboring state can elect a philanderer and liar, whats wrong with a small $36K to a poor girl.

Newest First business as usual, they all have their price, and they all get re-elected.    Pause live updates ❚❚

Like    Share

---

### hitpoints

6/3/2013 10:34 AM EDT

SC is not a neighboring state to Virginia. Please, we at least have NC as a buffer!

3 ·    Like

---

### Good2Know

6/3/2013 10:31 AM EDT

Obama and his administration and the corruption there make our heads spin with disgust. But with this there is no there there.

Like    Share

---

### Captains2012

6/3/2013 10:31 AM EDT

FUNNY NO ONE seemed to mind When W was out of office ....ALL THOSE TIMES OR When Cheney stole all that WMD money....

3 ·    Like

---

### sic_semper_tyrannis

6/3/2013 10:32 AM EDT

actually, in this case, the "there" is even countable....

3 ·    Like

---

### Captains2012

6/3/2013 10:33 AM EDT

or let those men fly planes in to NYC and DC or started those two wars or never found those WMDS....but they did read MY PET GOAT....

Like

---

### Good2Know

6/3/2013 10:33 AM EDT

Hey Captain. Bush only went home to his other WH in Texas.

Like

---

### Captains2012

6/3/2013 10:37 AM EDT

919How often and how many other houses did they have to protect for the Bushes Dude ? READ something ANYTHING

## All Comments

Newest First ▾

Pause live updates ⅲ·                    Like

**Manray9**

6/3/2013 10:31 AM EDT

This is the reality of politics in America -- corruption and cronyism rules. This is how pols get the money to perpetuate their careers and further their ambitions. If we did not have a class of professional paid politicians, who see public office as a salaried job and a stepladder to even higher position, this wouldn't happen.

1 ·    Like    Share

**Captains2012**

6/3/2013 10:31 AM EDT

NO NO IT IS NOT ......

Like

**Good2Know**

6/3/2013 10:32 AM EDT

And just what was the quid pro quo here. Michelle McDonnell made appearances she was paid for.

Like

**Captains2012**

6/3/2013 10:35 AM EDT

no no she didn't really and you know it .....

Like

**Manray9**

6/3/2013 10:35 AM EDT

It is known as influence peddling. Perhaps not a direct quid quo pro, but it is the means by which the well-heeled buy the attention of politicians.

Like

**Captains2012**

6/3/2013 10:30 AM EDT

LETS ASK ANNE WHAT SHE THINKS. SHE GETS IT ......

Like    Share

**fredweb**

6/3/2013 10:30 AM EDT

9292

The McDonnells will fit right in with the Washington establishments where various forms of legal bribery are practiced. Even among Supreme Court justices.

## All Comments

Newest First ▾

1 ·     Like     Share

Pause live updates ❚❚

**KBlit**

6/3/2013 10:26 AM EDT

One need only look at the family members of the congress and the Supreme Court who have been hired by lobby firms. Meanwhile it seems that the main purpose of getting elected is to enrich oneself, family and friends. The current members of the local boards of supervisors (Northen Va, MD) are full of elected officials getting rich off the public trust.

2 ·     Like     Share

**RogerRamjet2**

6/3/2013 10:27 AM EDT

Ginny Thomas works hard for her grift.

4 ·     Like

**FullDeal**

6/3/2013 10:25 AM EDT

she looks pretty hot for her age---how about some better pics???

Like     Share

**Jjmcmah1**

6/3/2013 10:24 AM EDT

Wonder what grade McDonnell got in his ethics class at Pat Robertson's we-are-oh-so-holy-Christian Regents University?

6 ·     Like     Share

**JuliusSneezer**

6/3/2013 10:23 AM EDT

JoeDBrown:

May the hatred in your mind infect your heart, too. You are a toxic dump.

1 ·     Like     Share

**eroteme1**

6/3/2013 10:22 AM EDT

The governor obviously launched his government elected career to board the government gravy train and in the process paved the way for his wife to 'earn' financial gain. He does not deserve to hold public office, he and his wife should hold their heads in shame. They will not.

Like     Share

9393

**Captains2012**

**All Comments**

6/3/2013 10:20 AM EDT

Newest First ▾

Thank god... W is painting poodles......

Pause live updates ❚❚

4 ·    Like    Share

---

**Captains2012**

6/3/2013 10:21 AM EDT

i know. But he does finish them....no?

Like

---

**Treadingwater**

6/3/2013 10:23 AM EDT

If you stare long enough at the painting you might see WMDs.

2 ·    Like

---

**public opinion is manufactured**

6/3/2013 10:24 AM EDT

I speak like a Frenchman... no?

Like

---

**Good2Know**

6/3/2013 10:19 AM EDT

WaPo the Obama propaganda machine is trying its best to distract from how Obama is running this country into the ground financially, morally, economically..... Lying cheating and stealing has reached a new high as the Obama administration line dances on and on.

1 ·    Like    Share

---

**Captains2012**

6/3/2013 10:20 AM EDT

WMDS and two unfunded wars
But Cheney got rich ...that s ok then.....

4 ·    Like

---

**RogerRamjet2**

6/3/2013 10:22 AM EDT

Yeah, my stocks are down 112%, unemployment is up to 112%, and transvaginal probe sales down 112%.

4 ·    Like

---

**Captains2012**

9494  6/3/2013 10:24 AM EDT

## All Comments

stocks down?

Newest First ▾                                                    Pause live updates ❚❚

Like

### Good2Know

6/3/2013 10:24 AM EDT

The Iraq war cost just a smidge more than Obama's $800 Billion Stimulus. Less than $900 Billion.

Like

### Captains2012

6/3/2013 10:25 AM EDT

but it is still costing us.........

Like

### PoliticalPenguin

6/3/2013 10:39 AM EDT

Good- And China is reaping the oli benefits from our forray into Iraq. What a great investment!

Like

### PoliticalPenguin

6/3/2013 10:40 AM EDT

Oil that is

Like

### Ripvanwinkle

6/3/2013 10:43 AM EDT

stop watching Fox news.

Like

## justworld1

6/3/2013 10:15 AM EDT

If Gov. McDonnell and his family have done irregular or improper things, then there is no reason why the Post should not report it. However, the Post has repeatedly recounted McDonnell/Star Scientific matter to the point of, well, irregularity. I mean, it is getting embarrassing to keep reading about the governor getting free samples of Star's product, which I'll be are sitting in deep storage somewhere. So, the Post needed some fresh hell, and they got it with this coal philanthropy deal. Now, how many times are we going to hear about this again as each little jot of new information becomes available. I did not vote for McDonnell, and I will note vote for his party's gubernatorial candidate. But the Post's attention, bordering on fixation (in terms of the

94

same repeated content in follow-up stories, stories that wouldn't hold more than a couple of lines if they weren't larded with all the old news) is taking on the shape of a witch hunt.

# All Comments

Newest First ▾

1 ·    Like    Share

Pause live updates ❚❚

### DubStep

6/3/2013 10:17 AM EDT

It's an election year, so I think we'll see a lot of stories about each of the candidates all the way to November.

1 ·    Like

### Jjmcmah1

6/3/2013 10:17 AM EDT

Do you have the same problem with Jennifer Rubin and Benghazi?

4 ·    Like

### Captains2012

6/3/2013 10:18 AM EDT

Ben what?

Like

### sic_semper_tyrannis

6/3/2013 10:19 AM EDT

He also received free vacations, over $100,000 in campaign contributions, his wife's endorsement at a product launch in the Governor's mansion and in Florida, and $15,000 to cover the cost of his daughter's wedding reception catering bill...

So, not exactly small potatoes. I'm sure many Virginians would like t have the Governor's blessing for their products, but most of us don't have over $100,000 to buy the privilege.

1 ·    Like

### sic_semper_tyrannis

6/3/2013 10:19 AM EDT

DubStep, McDonnell isn't a candidate...

1 ·    Like

### Traveler112

6/3/2013 10:21 AM EDT

Well, if a reader came upon this story and had not read earlier stories, they would need to know the context. They are not writing this story in any way different than journalists have written stories for hundreds of years.

9696

If McDonnell doesn't want a repetition of his corruption, perhaps he could simply open up about it.

## All Comments

Newest First ▾

Pause live updates ❚❚        1 ·    Like

**justworld1**

6/3/2013 10:46 AM EDT

Yes, Traveler112, it would be helpful if the Governor would be more proactive about this. I think this has been his weakest point as CEO of the state. His insularity has hurt him, whether we're talking about his new administration's support of Confederate History Month (blech) or other cases where he had promised to be a common-sense, pragmatic moderate governor.

Like

**RogerRamjet2**

6/3/2013 10:14 AM EDT

Republicans are just steamed that a handsome black guy got elected president. Twice.

8 ·    Like   Share

**Captains2012**

6/3/2013 10:16 AM EDT

ditto

4 ·    Like

**bethg1841**

6/3/2013 10:18 AM EDT

Nauseating comment, Roger.

Like

**RogerRamjet2**

6/3/2013 10:24 AM EDT

Gosh, Beth, hope you don't barf. Maybe a transvaginal magic wand will wash away your blues.

Like

**Captains2012**

6/3/2013 10:11 AM EDT

oh what tangled webs........................

Like   Share

**Good2Know**

6/3/2013 10:11 AM EDT

9797
Since we are speaking of taxes, Obama is asking for everyone else to pay their fair share yet Obama used every deduction he could find so that he only paid a much smaller percentage than most Americans.

## All Comments

Newest First ▾

2 ·    Like    Share

Pause live updates ❚❚

**Captains2012**

6/3/2013 10:12 AM EDT

booo hoooooo hooooo
how much does the War Criminal Dick Cheney owe? War profiteer.....

5 ·    Like

**Good2Know**

6/3/2013 10:12 AM EDT

Democrats are poor losers.

1 ·    Like

**RogerRamjet2**

6/3/2013 10:12 AM EDT

He also took a $1,000,000 medical deduction for a dancing pony for his wife's MS.

5 ·    Like

**Captains2012**

6/3/2013 10:13 AM EDT

I dont know Obama wins with pretty good style...

Like

**rwm20878**

6/3/2013 10:09 AM EDT

Corrupt system...

1 ·    Like    Share

**Good2Know**

6/3/2013 10:11 AM EDT

Corruption is drilled into Democrats from an early age.

Like

**rwm20878**

6/3/2013 10:12 AM EDT

drindl you are an idiot.

Like

9898

**Captains2012**
6/3/2013 10:14 AM EDT

**All Comments**

wait?? isn't this a repub Gov?

Newest First ▾                                    Pause live updates ❚❚

1 ·      Like

---

**jimb**
6/3/2013 10:06 AM EDT

Where there is the smoke of concealment, there's the fire of the misconduct of serving private rather than the public interest.

6 ·      Like    Share

---

**sic_semper_tyrannis**
6/3/2013 10:05 AM EDT

gotta love all the goobs who want to identify with McDonnell and his wife...

7 ·      Like    Share

---

**coolcal**
6/3/2013 10:06 AM EDT

It's must that trailer park mentality.

2 ·      Like

---

**Stella Guluchi**
6/3/2013 10:04 AM EDT

Wow! The intransigent GOP/Tea party hypocrites are all for CUT, CUT , CUT spending but find convenient ways to ensure that all the deep cuts do not, will not, shall not adversely impact them.

I guess the obstructionist GOP/Tea party lunatics preach one thing and do another. Where is scandal obsessed Chairman Issa when you need him to investigate?????

Well, no need to rush to judgment. We just have to wait and see how this shakes out for Governor Ultrasound McDonnell.

3 ·      Like    Share

---

**Good2Know**
6/3/2013 10:05 AM EDT

There is no greater hypocrite than a Democrat.

Like

---

**KHM1956**
6/3/2013 10:02 AM EDT

What gets me is how cheaply these two can be bought.

Like    Share

# All Comments

KHM1956

Newest First ▾

6/3/2013 10:04 AM EDT

Pause live updates ⏸

"See my earlier post chump and the Chicago Tribune archives."

No time for that. Have to take the trash out front.

Like

### Good2Know

6/3/2013 10:04 AM EDT

Yeah a Democrat would have gotten and usually does get three times this.

Like

### BobinVa

6/3/2013 10:09 AM EDT

McAuliffe stole $18 million from investors in the Global crossing scam, and the Post calls him a "succesfull business entrepeneur"....

Like

## rmkraus

6/3/2013 10:02 AM EDT

the governor's wife needed the money . . . . the cupboard at the governor's mansion was bare

1 ·    Like    Share

### MillieBea

6/3/2013 10:05 AM EDT

That's because she had already given all the pots and pans and dishes and food to her friends and relatives.

Like

## JW75

6/3/2013 10:01 AM EDT

They claim that the wife didn't have to ask for the job, but I'm wondering if that is because the other party already knew of her reputation and her past performance of selling influence and connections as the governor's wife, and so when they went to dinner, it was just assumed there was going to be some sort of lucrative deal being made. People enter politics for all the wrong reasons these days--personal greed and corruption, and there is little virtue or selfless service these days.

1 ·    Like    Share

## Good2Know

100100 6/3/2013 10:02 AM EDT

## All Comments

~~Both parties please.~~

Newest First ▾

Pause live updates ⏸

Like

---

**RogerRamjet2**

6/3/2013 10:01 AM EDT

Now that Gov. Sponge Bob is down and out for 1016, the GOP front runners are Donald Trump, Ken Cuccinelli, and a monkey flinging poo at the zoo. My money is on the monkey.

4 ·     Like    Share

---

**pitts1776**

6/3/2013 10:00 AM EDT

Anatabloc and the fact that the Va. Gov's wife is essentially hustling it is a story unto itself, Rosalind. Odd that you didn't mention here that this non-FDA-approved drug is chemically identical to nicotine - yet it's sold at GNC's and other pill shops in shiny red bottles as a cure to pain and inflammation. Searching for the company that manufactures Anatabloc leads you to the physical address of Star Tobacco. This makes sense, considinger Anatabloc's main ingredient, Anatabine, is found in tobacco. No story there, right?

Like    Share

---

**rmkraus**

6/3/2013 9:52 AM EDT

THIS IS THE WAY THAT IT WORKS . . . . . . YOU GET A PRESTIGIOUS POSITION (NFL cheer leader), YOU MAKE A LOT OF WEALTHY FRIENDS, YOU LIVE THE LIFE OF REILLY, YOU MAKE A LOT OF MONEY, YOU GIVE SOME OF IT AWAY . . . to folks that 'YOU' think need it . . . . and you sit back and say . . . . AIN'T THAT THE RIGHT WAY?

Like    Share

---

**sugarplum491**

6/3/2013 9:49 AM EDT

While I am deeply disgusted with the Governor's wedding payment behavior, the writer may have inflated this new episode to some degree. It's a "gotcha" at the very least. While it now appears that she was a paid employee or consultant rather than a formal Board member, the writer totally neglected to close the loop. Namely, the writer failed to identify any real benefit of not disclosing the income even when inviting scrutiny by revealing her relationship to the family business. What Mrs. McDonnell did is markedly different from broadly failing to disclose that she was financially connected to her family business. There is no evidence of any quid pro quo politically -- and no evidence that she failed to report the money for tax purposes. It looks stinky, but in the fast and superficial sense -- rather than the thievery sense. She should take heat, for sure. Reality check: the upshot of this thing is that her husband's future political prospects are taking the fallout. This woman does not want to be First Lady of the United States. What a way for her husband to find out. Who knew?

Like    Share

---

101101

**Good2Know**

6/3/2013 10:01 AM EDT

## All Comments

Newest First ▾

Lot of assumptions there. But that's what Democrats do. You must assume they are ok but Republicans are not. They are not the same at all. The Democrats are worse. But WaPo works for Obama.

Pause live updates ⏸

Like

**JuliusSneezer**

6/3/2013 9:49 AM EDT

Good2Know

9:48 AM EDT

It is a great one. There is not a single Democrat who had not done the same thing.

——————

Joe Biden?

Like    Share

**Good2Know**

6/3/2013 9:56 AM EDT

Yup

Like

**curious3**

6/3/2013 9:49 AM EDT

This is the Left working hard to take out any GOP they assume might be a presidential candidate. Sadly, Gov McDonnell and his wife took the bait and it looks like they played the political game that both sides do and have been found out. If the Left didn't think McDonnell was a threat for 2016, this probably would never have come to light.

Like    Share

**JuliusSneezer**

6/3/2013 9:50 AM EDT

You'd love another Republican crook as President, wouldn't you?

2 ·    Like

**Former_young_person**

6/3/2013 9:55 AM EDT

Or maybe it's the hard right, that wants to discredit a "moderate" Republican, if there is such a thing?

Like

102102

**All Comments**

**Good2Know**
6/3/2013 9:57 AM EDT

Newest First ▾

Anything is better than the Democrat crooks in office now.

Pause live updates ❚❚

Like

---

**RidgemontObserver**
6/3/2013 9:48 AM EDT

There go the Lamestream Media again, reporting on a bona fide Republican scandal. Why can't they just focus on fake, trumped-up scandals like Fox and the boys on rant-wing radio?

6 ·     Like     Share

---

**Good2Know**
6/3/2013 9:54 AM EDT

This is no scandal. You have to watch the Democrats. That's where the true scandals are. Like Benghazi lying, IRS targeting, and treating the press as criminals.

Like

---

**DrDemocracy**
6/3/2013 9:48 AM EDT

Get used to the image.....Maureen caught with her hand in the corporate cookie jar....

There's surely more to come.

1 ·     Like     Share

---

**Good2Know**
6/3/2013 9:57 AM EDT

No hand in cookie jar. No theft here. That's what the Democrats do and it is why they think this is theft. It ain't.

Like

---

**MikeMcLamara**
6/3/2013 9:47 AM EDT

What an interesting article. It's probably going to be overshadowed by the Obama - Democrat investigations that are approaching. I'm sure the Post will provide intense and detailed coverdrage. We'll see what the Special Prosecutor finds out, Patrick Fitzgerald would make a great selection.

1 ·     Like     Share

---

**Dadrick**
6/3/2013 9:47 AM EDT

Well, no, it's not. But you can hope, can't you?

Like

## All Comments

Newest First ▾

Pause live updates ⏸

### Good2Know
6/3/2013 9:52 AM EDT

This is such a silly bit of gossip. But Democrats are very silly.

Like

### RogerRamjet2
6/3/2013 9:54 AM EDT

Maybe Darrell Issa can set up a few dozen hearings if he is not too busy burning down the House.

1 ·    Like

### JuliusSneezer
6/3/2013 9:46 AM EDT

With republicans, it's all about plausible deniability. Even an ultra thin veil over the corruption will be used to try to shield the wearer from charges of corruption. Except for Dick Cheney — he wore burka, not a veil.

Like    Share

### Good2Know
6/3/2013 9:51 AM EDT

Actually the Democrats have memory problems. They just don't know anything. I don't know is all they say when asked a question.

Like

### Good2Know
6/3/2013 9:45 AM EDT

Wow. WaPo must see McDonnell as a threat to the Democrats in Virginia. It is trying big time to smear the reputation of his family but one notices they do not mention his daughter's service in Iraq. This is no big deal and is not illegal. WaPo does not include that it is an accounting firm which makes these decisions and that perhaps it was mentioned that the position would be on the Board but then decided otherwise. Oh WaPo chief propaganda machine for Obama and Republican smear base. WaPo went to Holder's off the record meeting. That says it all.

Like    Share

### DrDemocracy
6/3/2013 9:47 AM EDT

"It is trying big time to smear the reputation of his family ..."

Are you serious?

The McDonnells created their own "reputation," and it's not a good one.

3 ·    Like

104 **Former_young_person**
6/3/2013 9:47 AM EDT

## All Comments

Is that the daughter whose wedding reception was "gifted"? Probably a fine young woman.

Newest First ▾

Pause live updates ⏸

2 ·    Like

---

**RogerRamjet2**
6/3/2013 9:48 AM EDT

Gosh, and they forgot to talk about Gov. Sponge Bob's long affiliation with Pat Robertson and his thesis that women should be barefoot and pregnant, because duh-women!

3 ·    Like

---

**Dadrick**
6/3/2013 9:48 AM EDT

WaPo simply reported news. YOu have an opinion, or are you just going to try to make it go away?

1 ·    Like

---

**ghinnova**
6/3/2013 9:48 AM EDT

His daughter's service in Iraq isn't questionably illegal.

But I'm guessing you're a Daryl Issa fan, though.

1 ·    Like

---

**Good2Know**
6/3/2013 9:48 AM EDT

It is a great one. There is not a single Democrat who had not done the same thing.

Like

---

**ghinnova**
6/3/2013 9:49 AM EDT

How many democrats are governor of Virginia at the moment?

1 ·    Like

---

**Good2Know**
6/3/2013 9:49 AM EDT

WaPo does not report the news. WaPo is a gossip rag and a propaganda machine for Obama.

Like

---

**ghinnova**

105105 6/3/2013 9:50 AM EDT

# All Comments

You obviously don't read the WaPo then.

Newest First ▾

Pause live updates ⏸

Like

### Good2Know

6/3/2013 9:50 AM EDT

Democrats are everywhere and especially in my state and the stuff they get involved in would curl your hair.

Like

### ghinnova

6/3/2013 9:53 AM EDT

I live in Virginia, which is in the WaPo's geographical range and part of it's local readership. The state happens to have a rather heavy handed Republican government at the moment, up to some controversial things. Are asking the WaPo to ignore the biggest stories it's local readership is interested in, simply because you don't like facts that don't fit your preferred narrative?

Like

## bigmac1810

6/3/2013 9:44 AM EDT

This is not funny.....so why can't I stop laughing?

1 ·     Like   Share

### DrDemocracy

6/3/2013 9:46 AM EDT

Get used to the image.....Maureen caught with her hand in the corporate cookie jar....

Like

### Good2Know

6/3/2013 9:47 AM EDT

Baloney. There was nothing wrong with what Maureen did. Just anything anything at all to distract from the actual criminal behavior of the Obama administration.

Like

### SuburbanCat

6/3/2013 12:05 PM EDT

Good2Know -- it is good to know that the right wing sees buying influence as only a "distraction" from the business of maligning the president. Alas, I'm not sure that voters see the exchange of money for access as such a trivial thing.

Like

106106

**All Comments**

**cmckeonjr**
6/3/2013 9:43 AM EDT

Newest First you ever wonder why your vote seems to have no effect? You forgot to tip the governor's who's $36,000. Pause live updates JE

6 ·    Like    Share

---

**reagansuckedbigtime**
6/3/2013 9:41 AM EDT

crooked, crooked, crooked

1 ·    Like    Share

---

**MikeMcLamara**
6/3/2013 9:40 AM EDT

Wow! Say, if she has a real estate license, she could bid for the Federal government Postal office sales contract. Wait, I forgot, Senator Dianne Feinstein's husband already received that contract.

Like    Share

---

**RogerRamjet2**
6/3/2013 9:41 AM EDT

Look-BENGAAAAZI!!! And for old time's sake, WHITEWATER!!!!

5 ·    Like

---

**reagansuckedbigtime**
6/3/2013 9:41 AM EDT

it's so funny when wingnuts try to deflect

2 ·    Like

---

**dotto**
6/3/2013 9:44 AM EDT

Standard Republican-conservative rejoinder - a false equivalency!

One of their two favorite argumentation tactics - right after distract and confuse!

1 ·    Like

---

**Dadrick**
6/3/2013 9:48 AM EDT

It really is their favorate tactic, isn't it? Over and over.

1 ·    Like

---

**RogerRamjet2**

# All Comments

And to think only a few months ago, McDonnell was being touted as a GOP presidential candidate.

Newest First ▾

Pause live updates ‖

2 ·    Like    Share

---

**Dadrick**

6/3/2013 9:49 AM EDT

Virginia governors have a way of being mentioned that way just before they screw up.

1 ·    Like

---

**BobLoblaws**

6/3/2013 9:34 AM EDT

KA-CHING!

2 ·    Like    Share

---

**SuburbanCat**

6/3/2013 9:33 AM EDT

The lack of integrity of politicians from both major parties is stunning and sad. Is it truly not clear to the governor that having his wife, who has no professional credentials or capital in philanthropy, "advise" a company with financial interests in his state on philanthropic activities gives the impression of impropriety? Moreover, it is not just an impression -- in fact, it clearly creates a conflict of interest. The very fact that she was paid $36,000 for "advice" given in just a couple of meetings in a field in which she has no background speaks volumes about the way that American politics operates today. A system in which money is the golden key to access is really a democracy in name only.

14 ·    Like    Share

---

**Former_young_person**

6/3/2013 9:32 AM EDT

Give a workin' gal a break. She might be an expert on coal industry charitable foundations.

2 ·    Like    Share

---

**hitpoints**

6/3/2013 9:36 AM EDT

"If you want to invite a bunch of people to something, she's able to do that," McGlothlin said.

See, she's really talented at inviting people!

"She has lots of ideas about how to help with kids and education."

Marvelous! So talented!

Nothing to do with her being wife of the governor. It's all those great ideas she's valued for!

108108                                                                              1 ·   Like

## All Comments

scb77

Newest First 6/3/2013 9:27 AM EDT                              Pause live updates ⏸

BOO to McDonnell for getting his wife and daughter in on the bribery.

4 ·   Like   Share

**RogerRamjet2**

6/3/2013 9:29 AM EDT

New, from Milton Bradley. The Game of Grifting. Why work for your money?

4 ·   Like

**jadegold2000**

6/3/2013 9:26 AM EDT

A former Redskins Cheerleader?

Well...John McCain would pick her as his VP running mate for sure!

Seriously, this is just a bribe.

15 ·   Like   Share

**RogerRamjet2**

6/3/2013 9:26 AM EDT

Can you blame her? Hubby only makes $175,000 a year, lives rent free, chef in house (unless under indictment) with free food and free booze, free gas in the free car with the free chauffeur, free maid/butler service, and a free $15,000 wedding for a daughter, but no one was giving her free Manonlo Blahniks.

why can't we remember the little people?

12 ·   Like   Share

**pontneuf**

6/3/2013 9:24 AM EDT

What is wrong with these people? Really?

Like   Share

**codexjust1**

6/3/2013 9:23 AM EDT

The best government money can buy...

5 ·   Like   Share

**sic_semper_tyrannis**

6/3/2013 9:24 AM EDT

109 I wouldn't say it's the best...

# All Comments

3 ·    Like

Newest First ▾

Pause live updates ⏸

**struth**

6/3/2013 9:26 AM EDT

how so? how was the Non-profit organization at Citizens United somehow at fault here?

Like

**djhtex**

6/3/2013 9:21 AM EDT

It never ends does it?

Like    Share

**1433plc**

6/3/2013 9:20 AM EDT

What about it at this point in time? McDonnell is a lame duck and Ms. Helderman seems to have an axe to grind and gets real personal, like who cares if Mrs. McDonnell was a Redskins cheerleader and what does that have to do with anything? It's all water under the bridge, Rosalind, move on.

Like    Share

**JuliusSneezer**

6/3/2013 9:22 AM EDT

Look! A bird!

1 ·    Like

**GoWest2**

6/3/2013 9:26 AM EDT

Her credentials do matter. Rah, rah.

Like

**GoWest2**

6/3/2013 9:17 AM EDT

Unreported income? It's time for someone's head to roll. We're not talking about a small sum. Some people actually live on $36,000. per year and pay taxes on it. Gov. McDonnell omitted his wife's income. I guess he'll plead ignorance.

3 ·    Like    Share

**scb77**

6/3/2013 9:30 AM EDT

I cannot believe that his wife decided to accept that much money for a job that basically did nothing (attending a few meetings a year is nothing, I do it all the time as an executive assistant, and our

109

110 board is unpaid other than the food and coffee we give them) without thinking how it could reflect badly on her husband's financials. If it were really a nothing job she wouldn't have taken any money for it. This was a position created just for her over dinner, not anything that was essential to the company.

**All Comments**

Newest First ▾

Pause live updates ⏸

1 ·    Like

---

**JuliusSneezer**

6/3/2013 9:16 AM EDT

Maybe she'll up and donate the $36K to a charity, in order to try to throw the hounds off her scent. I doubt it, though. Many charities are scams, and no one knows that better than someone involved in the scam.

These folks are dirty.

2 ·    Like   Share

---

**1986JD**

6/3/2013 9:16 AM EDT

Not to sound like a McDonnell defender, which, I guess, I am, what I'm wondering is why these issues -- coal consultant, wedding reception -- are being trumpeted as such a big deal. My understanding of Virginia politics, which is secondhand but from a very good source, is that this is the way it goes. It pays to be the friend of the governor and, accordingly, the governor -- or his family -- typically gets good deals that are not illegal but are something the average citizen may not get. I imagine there were similar generosities when Mark Warner and Tim Kaine were governor, but for some reason those weren't interesting to WaPo at the time. I'm not necessarily excusing the "influence-buying" which these perks seem to represent, but I do find it disingenuous to make such a big deal of them when they are actually just par for the course. Governors frequently appoint friends and/or big contributors to state positions, or their friends play off their connections to the governor to gain plum positions both inside and outside state government. The key is making sure that none of this crosses the line into illegal behavior. If Mrs. McDonnell actually did spend several days doing something for McGlothlin, then what he chooses to pay her for that work seems legitimate, if not generous.

Like   Share

---

**JuliusSneezer**

6/3/2013 9:18 AM EDT

Hmmm . . . according to your source, Virginia politics are based on corruption, so that makes it okay?

6 ·    Like

---

**GoWest2**

6/3/2013 9:18 AM EDT

Unreported income.

1 ·    Like

---


111111

**All Comments**

**RogerRamjet2**
6/3/2013 9:20 AM EDT

Newest First ▾

Pause live updates ❚❚

Facts are tricky, like research. Kaine's biggest contribution was a week at the beach, which was reported. Warner was and is rich as Midas, and never took anything. Trying the "everybody does it" just doesn't work on this one.

1 · Like

---

**sic_semper_tyrannis**
6/3/2013 9:22 AM EDT

"It pays to be the friend of the governor"

--

No, "one pays to be a friend of the Governor is more like it..."

Like

---

**1986JD**
6/3/2013 9:28 AM EDT

Actually, sic semper, I think it's both.

Like

---

**you people**
6/3/2013 9:16 AM EDT

When you compare the wealth of a politician before he entered office, to his wealth when he leaves office, you will see the true measure of his integrity.

5 · Like  Share

---

**struth**
6/3/2013 9:17 AM EDT

for example President Obama

Like

---

**JuliusSneezer**
6/3/2013 9:19 AM EDT

So, I guess you're a Joe Biden fan?

Like

---

**GoWest2**
6/3/2013 9:19 AM EDT

Examples to back your claim, struth?

## All Comments

**JuliusSneezer**

Newest First ▾          6/3/2013 9:20 AM EDT          Pause live updates ⏸

Dick Cheney.

Like

**1986JD**
6/3/2013 9:32 AM EDT

Bill Clinton.

Like

**RogerRamjet2**
6/3/2013 9:14 AM EDT

Maybe the Mrs. needs a "Virginia probe."

4 ·     Like    Share

**lobo404**
6/3/2013 9:14 AM EDT

Illegal or not these revelations regarding McDonnell and his family have the stink of underhandedness permeating from them. Obviously we can chalk this governor up as just another craven money grubber willing to operated on the fringes of illegality if the money is right.

2 ·     Like    Share

**DrDemocracy**
6/3/2013 9:13 AM EDT

Once again, it's clear that Lil Bob McDonnell has a very hard time with the truth.

And it's clear that Maureen keeps cashing in....

Now, will they be able to weasel their way out of their "personal responsibility?"

'Cause they sure will try to.

6 ·     Like    Share

**RogerRamjet2**
6/3/2013 9:16 AM EDT

Yeah, that Michelle, all kids health and help the military families, she is so evil.

5 ·     Like

**DrDemocracy**

## All Comments

Yeah, poor Red Line......

Newest First ▾                                                    Pause live updates ❚❚

Who would defend what Lil Bob and Maureen do, but rabid ideologues?

Bet Red Line is in the bag for Ken Cuccinelli.

Like

---

**Dadrick**

6/3/2013 9:13 AM EDT

BTW, the people who are yammering about Citizens United don't know what they're talking about. This has nothing to do with that.

Like    Share

---

**Dadrick**

6/3/2013 9:12 AM EDT

Hey, Bob, I thought you said in your thesis back in 1989 that working women were "detrimental" to families. Guess you changed your mind.

What else were your wrong about?

3 ·    Like    Share

---

**DrDemocracy**

6/3/2013 9:14 AM EDT

how about everything?

3 ·    Like

---

**AMERICANCITIZENSFIRST**

6/3/2013 9:11 AM EDT

All in the family. Who is kidding who?

Like    Share

---

**MarriedMann**

6/3/2013 9:06 AM EDT

"talking about how the McGlothlins' charitable interests in education and health care aligned with those Maureen McDonnell has pursued as first lady."

Typically, if you are paying someone to screw someone, as in the firm paying McDonnell to screw us out of unbiased representation, she is not called "first lady."

I hope in the end the good people of Virginia and the US as a whole see the McDonnells for what they are . . .

low lifescum sucking the taxpayers dry.

# All Comments

Newest First ▾

4 ·    Like    Share

Pause live updates ⏸

### eed017
6/3/2013 9:25 AM EDT

First Gold-digger, then?

Like

### eed017
6/3/2013 9:26 AM EDT

Ooh, how about First Lady-of-the-night, since that's basically what she's doing. We could call Bob, Governor Pimp-Daddy.

Like

## bobfbell
6/3/2013 9:04 AM EDT

Just another working mom struggling to make ends meet. Wonder how many different consulting gigs and part time jobs she has worked at over the years for charities and well connected energy firm owners?

The wedding reception is the tip of the icerberg.

8 ·    Like    Share

## samlebosch
6/3/2013 9:02 AM EDT

Wonder if anyone can direct me to the article in WaPo about Sen. Feinstein's deal for her hubby's real estate firm to sell off unused post offices, netting him millions in commissions? Can't seem to find it.

Like    Share

### coolcal
6/3/2013 9:03 AM EDT

Good idea. Try and change the subject. Real original.

6 ·    Like

### sic_semper_tyrannis
6/3/2013 9:03 AM EDT

try faux news...

4 ·    Like

### samlebosch
6/3/2013 9:05 AM EDT

115 Yeah, perish the thought that the WaPo would ever report on Democrat cronyism.

# All Comments

Like

Newest First ▼

Pause live updates ❚❚

**Sulphurdunn**

6/3/2013 9:02 AM EDT

Pay to Play is the root of all political evil in a republic. It spawns titled grifters and cheap corporate hustlers who masquerade as representatives of the people. Our governor's malfesance is not unqiue. He's just another political commodity.

2 ·    Like  Share

**Bob_lavish_gifts_McDonnell**

6/3/2013 8:57 AM EDT

And to think we have the temerity to label the governments of other countries "corrupt"; I guess it takes one to know one.

3 ·    Like  Share

**jheath53**

6/3/2013 8:55 AM EDT

As I recall, Tom DeLay used to collect bribes by getting "consulting" jobs for his wife, too.

Bob's been collecting money for his presidential aspirations. Doubt he'll get very far.

10 ·    Like  Share

**sic_semper_tyrannis**

6/3/2013 8:56 AM EDT

He'll make a great prober-in-chief...

5 ·    Like

**jheath53**

6/3/2013 8:57 AM EDT

No, Ken the Kook wants that job.

4 ·    Like

**sic_semper_tyrannis**

6/3/2013 8:54 AM EDT

How is it that the "charity" in question has an extra $100 million to give to the Virginia Museum of Fine Arts, but we have to pay a subsidy to coal companies, while at the same time underfunding higher education at the state level?

7 ·    Like  Share

BKane32

6/3/2013 8:51 AM EDT

## All Comments

Ya keep electing republicant's to office and they will tell you one thing and do another. While she had her

Newest First hand in the coal company's pocket, they have their hand in yours.                    Pause live updates ❚❚

4  ·     Like   Share

---

**FRS**

6/3/2013 8:48 AM EDT

Coal Philanthropy? Is that like the asbestos relief fund. What a joke. Are the voters in Va. that blind.

6  ·     Like   Share

---

### coolcal

6/3/2013 8:51 AM EDT

Yes.

2  ·     Like

---

### rhc52

6/3/2013 8:52 AM EDT

The Koch brothers are also major philanthropists.

2  ·     Like

---

### jheath53

6/3/2013 8:56 AM EDT

And Bob hopes to get some of their "philanthropy".

1  ·     Like

---

## Hermitian Operator

6/3/2013 8:46 AM EDT

What else is new?

Former Indiana Governor Evan Bayh's wife Susan is a middling attorney yet was somehow appointed to a plethora of corporate boards where she made over a million bucks a year flitting from board meeting to board meeting (probably playing the potted plant.)

Crony rot is wrecking America.

1  ·     Like   Share

---

### rhc52

6/3/2013 8:50 AM EDT

But at least Ms. Bayh properly disclosed her sources of income so the voters could make up their minds. Ms. McDonnell's job is not illegal but her failure to properly and honestly disclose it may be.

117117

2 ·    Like

## All Comments

**powercarver**

6/3/2013 8:51 AM EDT

Pause live updates ⏸

it used to be you only got your expenses for being on boards now they pay up to $250,000 for few meetings a year, with that type of money the whole board thing is ripe for corruption

2 ·    Like

**swan_502**

6/3/2013 8:53 AM EDT

You need to check Susan Bayh's background a little more carefully. She could have been a really bad attorney and still bee on the board of Lilly. Evan married well.

Like

**portiaperu**

6/3/2013 8:46 AM EDT

The payments to the Governor's family, ,whatever form they have taken, are very thinly disguised investments for favors.

The McDonnells must think the voters are stupid, or too disinterested to notice the Governor's pursuit of the dollar above the pursuit of unbiased governing.

Wake up Virginina. These people are hustlers. Tawdry hustlers.

16 ·    Like   Share

**toolman281**

6/3/2013 8:50 AM EDT

Voters are stupid

3 ·    Like

**powercarver**

6/3/2013 8:52 AM EDT

wasn't his approval unaffcted by these scandals it's amazing

1 ·    Like

**portiaperu**

6/3/2013 8:56 AM EDT

toolman281,

Speak for yourself. There are many citizens that are informed, and active, in their government and their community.

118118

If you put in some effort you generally get a better result. Or, you can have the McDonnells . . .

## All Comments

Newest First ▾                                              Pause live updates ⏸ ₃      Like

### bernielatham
6/3/2013 8:41 AM EDT

Virginia's McConnell and wife on the take...

"Maureen McDonnell, the wife of Virginia's governor, was paid $36,000 last year to attend a handful of meetings as a consultant to the philanthropic arm of one of the state's major coal companies, a top coal company official said.

...For a few days of work, Maureen McDonnell picked up a salary nearly equivalent to the average starting pay of a Virginia teacher. As governor, Robert McDonnell is paid $175,000 a year." http://wapo.st/18M7mgw

Fine so long as they aren't fornicators.

                                                   12 ·     Like    Share

### justanotherdog2
6/3/2013 9:08 AM EDT

These are the kinds of things that got Connecticut's former governor, John Rowland, sent to a federal prison camp for 16 months.

                                                    5 ·     Like

### RogerRamjet2
6/3/2013 8:33 AM EDT

A philanthropy created by tax breaks then generates profits that are not taxed and then pays off a politician's wife. Did Gov. Sponge Bob go to the Palin school of Grifting?

                                                   28 ·     Like    Share

### bethg1841
6/3/2013 8:33 AM EDT

The Richmond US attorney said that the McDonnell case "will be tried in court and not in the media." Guess he hasn't been following the trial and conviction by The Washington Post/DNC. And, if he's not talking and the FBI is refusing to comment, where are they receiving their information?

                                                          Like    Share

### washpost1818
6/3/2013 8:37 AM EDT

You put way to much weight on the comments of random people on internet forums. That said, would it make you feel better or worse to know that we're all also in the back channel pointing at you and laughing?

5 ·   Like

# All Comments

~~rhc52~~

Newest First ▾                                                    Pause live updates ⏸

They always say that and yet every public figure who is under investigation gets tried in the media--often by Fox News.

3 ·   Like

---

**Daedulus**

6/3/2013 8:44 AM EDT

Ummm, what the hell does the US Attorney know? This is a state statute and probably the FBI was brought in at the behest of the Commonwealth's Attorney...

1 ·   Like

---

**bethg1841**

6/3/2013 8:52 AM EDT

Curious comment, Washpost 1818. Does that mean that you are a Post staff writer who specializes in insults rather than issues?

Like

---

**washpost1818**

6/3/2013 10:22 AM EDT

Yes. That's **exactly** it. Well spotted. But not half so curious as the complete and utter inability of the conservative to answer even the simplest of questions with anything other than another question. It's like they don't have answers for anything.

1 ·   Like

---

**RidgemontObserver**

6/3/2013 8:32 AM EDT

So that explains the For Sale sign on the lawn of the governor's mansion.

8 ·   Like   Share

---

**struth**

6/3/2013 8:32 AM EDT

Curious, is there a law that says that the VA first lady can't have a job? one working for a charity at that?

What about Obama's $500K access meetings? http://dailycaller.com/2013/02/25/white-house-wont...

Like   Share

---

**RidgemontObserver**

120 6/3/2013 8:33 AM EDT

# All Comments

Citing the Daily Caller as a source? Thanks for the belly laugh.

Newest First ▾

Pause live updates ❚❚

10 ·          Like

**struth**

6/3/2013 8:36 AM EDT

it was the first that popped up....you can find many more when you google it....I first heard about it on MSNBC a few weeks ago

Like

**pjjacobs**

6/3/2013 8:37 AM EDT

It is not about her having or not having a job. It is about manipulating the circumstances to avoid having to publicly report her salary

5 ·          Like

**LovingLife1**

6/3/2013 8:57 AM EDT

Amazing how EVERYTHING and I DO MEAN EVERYTHING somehow comes back to the Obama's....

Three more years folks and you wont have to see a black president for a while....

2 ·          Like

**struth**

6/3/2013 9:20 AM EDT

well he is the president....i just find it odd that you all don't hold him to the same level as the Gov

Like

**FergusonFoont**

6/3/2013 8:31 AM EDT

There is a name for this: "Bribery."

33 ·          Like    Share

**dbtinc2**

6/3/2013 8:32 AM EDT

boy are you ever the cynic - just politics as usual. consider it a cost of doing business with your government.

1 ·          Like

**121** 121

**portiaperu**

6/3/2013 8:48 AM EDT

## All Comments

Newest First ▾

It isn't politics as usual for many other states that require full disclosure of any and all gifts to elected officials, down to a cup of coffee.

Pause live updates ⏸

13 ·    Like

---

**starling1**

6/3/2013 8:48 AM EDT

In other words, "Bribery".

1 ·    Like

---

**portiaperu**

6/3/2013 8:48 AM EDT

And, to their family members as well.

8 ·    Like

---

**pickngrin**

6/3/2013 8:24 AM EDT

Well, Bob. Things are getting curiouser and curiouser....

8 ·    Like   Share

---

**cadogr**

6/3/2013 8:12 AM EDT

Since when does knowing rich people make someone a consultant?

I really don't think advising people on their fundraiser guest list rises to the level of strategic, long term decision making.

6 ·    Like   Share

---

**williamsburgpatriot**

6/3/2013 8:10 AM EDT

Another article illustrating the corruption, decadence and incompetence of the two party monopoly of professional politicians.

Yawn....

It's amazing to read comments from Democrats and Republicans whining about these daily occurrences of the people they put in office. Rank-and-file Republicans and Democrats are responsible for the two party monopoly's culture intellectual dishonesty, sound-byte sophistry, glib cowardice and deceipt . To paraphrase the Book of Timothy, you can know the character of rank-and-file Democrats and Republicans by looking at the political fruits they elect to office. This is just another reason why 40% of Americans have become

121

independent voters and candidates.

## All Comments

Newest First ▾

Every Republican and Democrat in America should look in the mirror today, point at himself/herself, and say "I am responsible for this mess. I am disloyal to my nation and my people. I have betrayed the futures of my children and grandchildren."

Pause live updates

3 ·      Like    Share

---

**williamsburgpatriot**

6/3/2013 8:12 AM EDT

Served in the military overseas in combat zones while you were sleeping safe in your bed. And now I'm working for the independents movement in America to make the two party monopoly of professional politicians extinct.

3 ·      Like

---

**williamsburgpatriot**

6/3/2013 8:28 AM EDT

Hoorah. Thank you for your service!

Please read George Washington's Farewell Address to our nation. As a reading of President Washington warnings about the corruption and incompetence inherent in political parties makes clear (1) the independents movement aims not to create a "third party" but instead to change to political dialogue to a non-partisan decision-making process that places sacrificial service to the American people above party; (2) the fact that the two halves of a monopoly differ doesn't mean that the two parties aren't a monopoly who have used gerrymandering; taxpayer-subsidized closed primaries; censorship laws preventing independent candidates from being called "independents" on electoral ballots; and other artifices to keep themselves in power and prevent free and fair elections of the American people; and (3) there is a big difference between being a "flawed" leader and a corrupt professional politician the Democratic and Republican parties.

3 ·      Like

---

**dbtinc2**

6/3/2013 8:35 AM EDT

Right on - we are a nation of sheeple being lead by the nose by all the pols of either stripe. Democracy? The only time the pols want our "approval" is at the polls the rest of the time they are licking the boots of their real masters - the special interests.

3 ·      Like

---

**richterp9**

6/3/2013 8:55 AM EDT

williamsburgpatriot,

What is the vehicle you're riding to bring a third party alive. I pushed Americans Elect in 2012 and it died because no one would step up as an independent candidate.

Like

# All Comments

williamsburgpatriot

**Newest First ▼**    6/3/2013 10:34 AM EDT

Pause live updates ⏸

Richter,

There are a number of independent organizations, e.g. Independent Voters of America.

Like

---

**DallasDFW**

6/3/2013 8:09 AM EDT

I doubt this will come to anything. Hell, I doubt it would come to anything if McDonnell, his wife and Ken Cuccinelli all robbed a bank and then swore allegiance to the Taliban on live television.

Doesn't anyone remember what IOKIYAR stands for?

4 ·    Like   Share

---

**dbtinc2**

6/3/2013 8:36 AM EDT

No I don't - what's it mean?

Like

---

**moiraeve1**

6/3/2013 8:38 AM EDT

It's OK if You're A Republican.
I'll forgive the Republicans if they get rid of Citizens United.

2 ·    Like

---

**palmer1619**

6/3/2013 8:07 AM EDT

McConnell doesn't seem to be at all interested in the future of Virginia. She wants hers now. And the governor is merely skewing information so that it doesn't need to be disclosed. If you looked up charlatan in the dictionary, it would be accompanied by pictures of both of them.

7 ·    Like   Share

---

**Glad I Got To Be Me**

6/3/2013 8:02 AM EDT

I wonder if McDonnell is any good at trading cattle futures?

Like   Share

---

**raywilliams**

6/3/2013 8:03 AM EDT

124|124

# All Comments

What is sad is Bob McDonnell is the more honest of the two highest elected Republicans in the state.

Newest First ▼

Pause live updates ❚❚

Ken Cuccinelli should resign as AG and step away from the governors race. He is a disgrace to his native New Jersey and Virginians alike.

17 ·     Like     Share

---

### Glad I Got To Be Me

6/3/2013 8:03 AM EDT

He's more honest than any Democrat.

Like

---

### raywilliams

6/3/2013 8:05 AM EDT

Well, except you never heard of such a scandal involving Tim Kaine or Mark Warner - two of our best governors ever.

No, the tag team of McDonnell and Cuccinelli will sink the Republican ship.

18 ·     Like

---

### FrontierWoman

6/3/2013 8:01 AM EDT

I can only say that the McDonnell's should look to the tale of Caesar's wife. When will politicians ever learn?

1 ·     Like     Share

---

### raywilliams

6/3/2013 7:59 AM EDT

"Maureen McDonnell, the wife of Virginia's governor, was paid $36,000 last year to attend a handful of meetings as a consultant to the philanthropic arm of one of the state's major coal companies .."

Perhaps this is why Governor McDonnell insists that women should not have jobs, but should be home baking pies and waiting to serve hubby when he returns. He thinks they all can rake in $36k as "consulants" on the side.

14 ·     Like     Share

---

### Glad I Got To Be Me

6/3/2013 7:55 AM EDT

Did you know Barack Obama passed $Billions in taxpayer money back to his campaign donors, and gave them favors for such campaign donations?

Like     Share

---

125125

**sfc_semper_tyrannis**
6/3/2013 8:08 AM EDT

## All Comments

Newest First ▾

@hemantgandhi, best of the day so far....

Pause live updates ⏸

2 ·        Like

---

**hammeresq**

6/3/2013 7:54 AM EDT

That's really a big deal compared to the trillions the Obama administration is stealing from us isn't it?

1 ·     Like   Share

---

**raywilliams**

6/3/2013 7:55 AM EDT

When you're putting in your own pocket ... yes.

8 ·     Like

---

**hammeresq**

6/3/2013 7:55 AM EDT

Don't ever let the facts cloud your thinking.

2 ·     Like

---

**SCRIBE3**

6/3/2013 8:03 AM EDT

Yeah but? Come on right wingers, he, it, they did it too, is a cop-out. Deflections will not erase the facts. Not that 'the facts' ever stood in the way of right wing crazy before! WMDs, Death Panels,Socialism etc...comes to mind....

8 ·     Like

---

**rhc52**

6/3/2013 8:32 AM EDT

If the Republicans have the evidence that Obama is stealing then they should make it public and start impeachment procedures. But they don't because he isn't. The topic today is the uncomfortable details that are emerging about Governor and Mrs. McDonnell.

1 ·     Like

---

**spottervb**

6/3/2013 7:54 AM EDT

The horror!

Maureen McDonnell WORKS?!!!

125

In his 2009 master's thesis at Pat Robertson's Regent University (then Christian Broadcasting Network School of Law), Governor McDonnell "described working women and feminists as 'detrimental' to the family."

# All Comments

Newest First ▾

Pause live updates ⏸

Oh, wait. I guess it's not nearly as 'detrimental' if the working woman/feminist does no work for that money. Then cover it up.

16  ·     Like   Share

**sic_semper_tyrannis**

6/3/2013 8:09 AM EDT

it's not work, work is what the thousands of state employees McDonnell laid off through budget cuts used to do...

5  ·     Like

**Stevejhx**

6/3/2013 7:51 AM EDT

In case you have any doubt ... that Jenny is a hack:

"Virginia governor's wife was paid $36,000 as consultant to coal philanthropy"

http://www.washingtonpost.com/local/va-politics/vi...

Not a word from J.R. on that - but if it had been Rahm Emmanuel....

9  ·     Like   Share

**jadegold2000**

6/3/2013 7:51 AM EDT

What next for the McDonnell Family of Grifters?

Could Bob the Probe resign his office ala Snowbilly Snooki Palin? How about a reality show where the McDonnell clan show how to live like millionaires without ever paying for anything themselves? Or a turn on Dancing With the Stars?

3  ·     Like   Share

**Ogredaddy**

6/3/2013 7:50 AM EDT

I think we should start a Virginia Voter Initiative
Requiring any candidate to pass the same Security & Ethics Background Investigation Required of Any Federal Worker or First Responder.

Lead By Example Ethics Initiative

3  ·     Like   Share

127127

**lifelongdemocrat**

**All Comments**  6/3/2013 7:50 AM EDT

Newest First ▾     Receive live updates **ll**

McDonnell positions himself as God-chosen and above everyone else. He's a pretty one artist. The poofy haired, transvaginal ultrasound inspector perv will no doubt land at Bob Jones University as president or on Fox News or both.

28  ·     Like   Share

---

**minorthread**

6/3/2013 7:47 AM EDT

This is my favorite bit: "We said to ourselves: 'Hey, I wonder if she would help us with this? It'd be really ideal to have someone of her stature involved.'"

4  ·     Like   Share

---

**beatoven**

6/3/2013 7:42 AM EDT

McDonnell's reputation is ruined. For a small sum of money.

1  ·     Like   Share

---

**Glad I Got To Be Me**

6/3/2013 7:41 AM EDT

Nothing illegal occurred. Typical politics of personal destruction by the leftists at play.

Like   Share

---

**minorthread**

6/3/2013 7:46 AM EDT

Right. So if Michelle Obama had taken $36,000 from a solar panel company for virtually no work you'd be fine with it.

8  ·     Like

---

**Glad I Got To Be Me**

6/3/2013 7:48 AM EDT

Michelle Obama did just, but a hospital system crony rather than a green energy crony, back when Barack was in the Illinois legislature. $300,000/year. Nothing happened.

Like

---

**Jayne**

6/3/2013 7:54 AM EDT

Michelle Obama, an attorney, was employed by the hospital system and worked for a living. Are you telling me that Maureen McDonnell's 36K gift is the same thing? What exactly were Mrs. McDonnell's qualifications for this position? She seems to get paid for an awful lot of "jobs" for which she has no qualifications at all.

127

128128

7 ·    Like

## All Comments

~~Rupert4~~

Newest First ▼                                                      Pause live updates ❚❚

6/3/2013 7:54 AM EDT

Really? The multiple activities were not, in and of themselves, illegal. But the repeated, and as i said below, "ham handed" attempts to cover up the activities and failure to properly disclose them are "illegal." Also, petty and stupid. And no, Ms Obama's job, fully and properly disclosed at the time, has not anything to do with the topic at hand. Nice try, but a wholly inadequate attempt at distraction.

5 ·    Like

### Glad I Got To Be Me

6/3/2013 7:59 AM EDT

Michelle Obama got a "raise" when her husband was elected and then He Obama worked to direct funds to Michelle's employer. I guess that was a little more sphosticated graft. I guess the Obama learned from the Rezko graft as home purchase pay down they had to be more careful.

Like

### hemantgandhi

6/3/2013 8:07 AM EDT

"raise"? you mean that $393,303.38 she got the very next day and the 50 million dollar contract to that Michelle's employer, err, what was the employer's name again?

Like

### Ogredaddy

6/3/2013 7:40 AM EDT

Deep down every last one of us is sick to death of the corruption that has taken over this congress.

These pathetic, greed driven industrial shills in congress proclaim to serve the people, but only serve themselves and their well connected friends with the deepest pockets.

It turns my stomach.

4 ·    Like   Share

### Glad I Got To Be Me

6/3/2013 7:46 AM EDT

I'm sick of the Obama regime crime and corruption. It's right there for all to see and fear and it remains right there for all to see and fear.

Like

**stollt67**

# All Comments

Newest First ▾

6/3/2013 7:59 AM EDT

Whoa, this is an article about the Va. gov and wife. It is totally illogical to jump to Pres. Obama and wife. Stick to the task. On the other hand, it seems to me that the Cin Reds will win the American League title, and Elvis was sighted coming out of a 7 Eleven in Fargo, SD.

5 ·     Like

---

**curwood**

6/3/2013 7:39 AM EDT

Guessing McDonald is giving up on national office ... when you can't mention his name and the job of VP without snickers ..

and now this .... in addition to selling the office for a chicken dinner ..

VA trying to take over the title of most crazy republican state?

7 ·     Like   Share

---

**beatoven**

6/3/2013 7:38 AM EDT

if it were not for graft you could not attract a better class of people to politics (the boss in the Great McGinty)

3 ·     Like   Share

---

**struth**

6/3/2013 7:35 AM EDT

sounds like the charity got a great deal, bet she was worth a lot more.

2 ·     Like   Share

---

**moemongo**

6/3/2013 7:34 AM EDT

It's okay VA. You voted him in and this is what you all deserve. Another hypocrite of a crook selling Jesus and religion for his own avarice and all of you Virginians eating up the BS like so much candy.

8 ·     Like   Share

---

**Flabergasted**

6/3/2013 7:44 AM EDT

Careful with the term "all". We didn't "all" vote for this.

2 ·     Like

---

**bh60201**

6/3/2013 8:06 AM EDT

Bible Belt. All the crooks are Christians.

Like

## All Comments

**Ogredaddy**

Newest First ▾                                                                    Pause live updates ⏸

6/3/2013 7:34 AM EDT

The next time you go to a town meeting ask the candidate if they are willing to submit to the same in-depth Security & Ethics Screen that is required of any Federal Worker & Any First Responder.

If you say you are worthy to lead these people, prove it.

2 ·     Like   Share

---

**Ogredaddy**

6/3/2013 7:31 AM EDT

Virginia deserves better than this.

We must insist on a more meaningful way to make sure candidates are worthy of the public trust.

That they are not shills for industry.

That their ethics are undeniable

This mess is our fault for blind loyalties and a failure to make fer damn sure people show up at primaries and local elections.

This is where it counts the most.

6 ·     Like   Share

---

**shorebird234**

6/3/2013 7:30 AM EDT

Will McDonnell become part of the Great Republican Primary Clown Show 2016 Edition? We have lots of entertainment coming up, possibly even funnier than 2011/2012. Rughead Trump will be there, as might "Blah People" Santorum, Rand Paul, and let's hope Legend in his Own Mind Joe McCarthy (oops, I mean Ted Cruz).

9 ·     Like   Share

---

**anyway1**

6/3/2013 7:29 AM EDT

Yesterday many media outlets reported that McDonnell's legacy will be transportation. Wrong! Corruption and hopefully prison time. How many free illegal passes does he get. If Cuccinelli was doing his job instead of also taking unethical gifts from lobbyist firms that he now just returned or going after professors that research global warning this might not have happened. All these top Republicans are so corrupt in Virginia we must clean house. We will become like Illinois where corruption by Dems and Republicans are rampant. Shame on you McDonnel. Your wife making $5000.00 to 7000.00 an hour as a consultant. Teachers, police, first responders etc make less than 30 an hour and you complain about that. You gave a 2 percent raise.

That averages to 800.00 a year or 50 cents an hour. Your wife made over 5000.00 an hour. How do you both sleep at night

## All Comments

4 ·   Like   Share

Newest First ▾

Pause live updates ⏸

### sic_semper_tyrannis
6/3/2013 7:35 AM EDT

Cuccinelli bucked tradition and did not resign as previous Attorneys General have when running for governor. Perhaps CYA is why...

1 ·   Like

### Glad I Got To Be Me
6/3/2013 7:28 AM EDT

Michelle Obama -- $300,000/year hospital system job not requiring her presence when Barack Obama was Illinois legislature giving favors to that hospital system -- okay.

Barack Obama $500,000 donation buys a personal meeting and favors -- okay.

Diane Feinstein husband gets hundreds of millions in lucrative government contracts -- okay.

Who could have guessed the Obama FBI would be doing partisan political attacks like the Obama IRS?

Like   Share

### sic_semper_tyrannis
6/3/2013 7:34 AM EDT

This is also being investigated at the state level. but good try...

2 ·   Like

### curwood
6/3/2013 7:36 AM EDT

oh! Look! Over there! It's Democrat!

Failed republican distraction attempts .... and your links? prove your data ... and right-wing blogs don't count!

4 ·   Like

### 500AD
6/3/2013 7:37 AM EDT

M.Obama is a Yale trained lawyer who worked.

3 ·   Like

132132

**sic_semper_tyrannis**
6/3/2013 7:52 AM EDT

# All Comments

Newest First ▾

Harvard?

Pause live updates ⏸

Like

---

**shorebird234**
6/3/2013 7:26 AM EDT

People like McDonnell believe THEY are the entitled ones.

5 ·    Like   Share

---

**Ogredaddy**
6/3/2013 7:24 AM EDT

America is falling behind and actually becoming the country our founding fathers were hoping to escape.

It has come to....

A Congressionally Controlled Kleptocracy

Thieves Controlling Allocating & Distributing tax payer funds for private financial gain, generally at the expense of the tax payer's quality of life.

2 ·    Like   Share

---

**shorebird234**
6/3/2013 7:25 AM EDT

We're also becoming a Plutocracy, if we haven't already.

1 ·    Like

---

**sic_semper_tyrannis**
6/3/2013 7:25 AM EDT

A government run by cartoon dogs?

(sorry, couldn't resist...)

2 ·    Like

---

**Ogredaddy**
6/3/2013 7:26 AM EDT

And because of their greed & incompetence

A Global Mediocracy

132

Like

133133

**shorebird234**

## All Comments
6/3/2013 7:23 AM EDT

Newest First

Republicans see politics as one big con game - designed to line their pockets at the expense of the public interest.

Pause live updates

1 ·    Like   Share

---

**peterroach**

6/3/2013 7:30 AM EDT

And Bill Clinton and Company don't ??

Like

---

**sic_semper_tyrannis**

6/3/2013 7:33 AM EDT

Who's in power in Viginia? The GOP....

1 ·    Like

---

**struth**

6/3/2013 7:43 AM EDT

yep and the state of the Commonwealth is strong compared to the Fed and many other states.

Like

---

**sic_semper_tyrannis**

6/3/2013 7:21 AM EDT

How many thousands of state employees lost their jobs thanks to the budgets of McDonnell and the VAGOP General Assembly?

The way these people feather their own nests makes me sick.

8 ·    Like   Share

---

**shorebird234**

6/3/2013 7:22 AM EDT

It's called "Being Republican" - or more accurately "Being RepugniCON"

2 ·    Like

---

**struth**

6/3/2013 7:40 AM EDT

well they could work in the private sector...Bob's for Jobs and keep the Commonwealth's economy moving in the face of the Progressive (regressive) economic policies coming out of Washington.

1 ·    Like

**Rupert4**

134 134

**All Comments**

Newest First ▾

Tick, tick, tick . . .

Pause live updates ❚❚

Vag Probe Bob and his AG sidekick and would-be Gov Cuuch have both engaged in petty infractions that indicate, in their totality, both a feeling of entitlement - "The rules are for Little People, not folks like us" - a cavalier disregard for the already weak ethics laws of VA, or, perhaps, just a collosal dose of stupidity. Cuuch would hardly raised an eyebrow had he properly listed his ownership of Williams' company stock. Same for Vag Probe had he properly disclosed the $15K gift to his daughter's wedding, along with the plane rides, car freebies, etc, etc. And no one would have really cared that the Ms had a cushy "job" with United Coal. But by ham-handedly trying to hide these - and one has to assume other - slightly smelly financial deals, Bob and Cuuch provide, by their own actions, evidence that the multiple dealings were, in fact, very smelly. And illegal.

3 ·    Like  Share

---

**shorebird234**

6/3/2013 7:21 AM EDT

One think I would have to take issue with - government-enforced rape of women is not a petty infracton if it were ever passed into law, as McDonnell wanted.

1 ·    Like

---

**Rupert4**

6/3/2013 7:25 AM EDT

Shore - I limited my comments to Vag Probe's and Cuuch's smary ethical violations not their smary idleology masking as politics.

Like

---

**Glad I Got To Be Me**

6/3/2013 8:01 AM EDT

Rape? Consensual medical testing is rape? That's a dumb notion.

Like

---

**shorebird234**

6/3/2013 7:19 AM EDT

Reminds me of "Justice" Thomas.

1 ·    Like  Share

---

**shorebird234**

6/3/2013 7:17 AM EDT

Read "The Wrecking Crew" by Thomas Frank. Lays out Republican corruption in full view. McDonnell fits in perfectly.

1 ·    Like  Share

135135

**shorebird234**
6/3/2013 7:15 AM EDT

**All Comments**

What do you expect from the governor that proposed government-enforced rape with Transvaginal Ultrasound.

Newest First ▼                                                    Pause live updates ❚❚

4 ·    Like    Share

---

**struth**

6/3/2013 7:41 AM EDT

no he didn't he actually came out against that part of the bill and said he'd veto it if it came on his desk.

Like

---

**Ogredaddy**

6/3/2013 7:12 AM EDT

Local & State Elections are the once place where the people actually do have some control over who is truly qualified and ethically worthy of working in the public trust.

Where is the majority of their support coming from - pick an industry you can bet there's big money behind every one.

Lean HARD on the party leaders to expose corruption where ever the chips fall.

Like    Share

---

**shorebird234**

6/3/2013 7:13 AM EDT

Uhhhh, so do national electoins. I suppose you think Obama isn't legitimate, right? Hahaha.

Like

---

**Ogredaddy**

6/3/2013 7:15 AM EDT

I voted for our president to make fer damn sure the neocons would not return to power.

2 ·    Like

---

**shorebird234**

6/3/2013 7:16 AM EDT

My mistake ogre for assuming anything.

Like

---

**Ogredaddy**

6/3/2013 7:16 AM EDT

136 Of corruption I have ZERO Tolerance Both Sides Of The Isle

# All Comments

If they're dirty they should be expelled and forever banned from serving in the public trust in any capacity.

Newest First ▾

Pause live updates ⏸

1 ·    Like

**Chuck brown**

6/3/2013 7:18 AM EDT

Then you should be delighted the IRS investigation.

Like

**mkieffer**

6/3/2013 7:12 AM EDT

Fox News likes to repeatedly, and loudly, screech about "scandals". They'll probably miss this one in their quest to be fair and balanced and to avoid touching Ken & co. in this one.

6 ·    Like   Share

**shorebird234**

6/3/2013 7:11 AM EDT

McDonnell once actually entertained notions of running for President. Hahaha. Imagine the campaign when his rampant corruption and extremism (government-forced rape with Transvaginal Ultrasound, chairing the vile Republican Platform creation for examples). What a joke.

11 ·    Like   Share

**Chuck brown**

6/3/2013 7:10 AM EDT

OMG, a Post hit piece on a republican., OMG. What happened to the real democrat scandals that should be front page.?. Hypocrits .

1 ·    Like   Share

**needpeanutbutter**

6/3/2013 7:10 AM EDT

What could a Redskins cheerleader possibly advise on? Pom pom twirling and hairdos?

6 ·    Like   Share

**shorebird234**

6/3/2013 7:09 AM EDT

McDonnell reeks of corruption - just another cynical Republican who thinks the rules and laws don't apply to him.

12 ·    Like   Share

**yellowro21**

6/3/2013 7:06 AM EDT

**All Comments**

Newest First ▾

Pause live updates ⏸

This is the first in this long line of stories that appears to actually violate the law - accepting payment but excepting it from being declared, falsely claiming it was a board appointment.

The wedding dinner" gift" to his daughter seemed in accord with Virginia's (comically generous) laws and policies on private sector gifts to government officials - esp. problematic from a business regulated by the State.

Ugh.

4 ·    Like    Share

---

**Ogredaddy**

6/3/2013 7:06 AM EDT

Security Background Check all candidate who proclaim they wish to work in the public trust.
No Exceptions, No Immunity, Both Sides Of The Isle

315 Million+ people have entrusted our nation to a congress where a majority could not qualify for the security clearance to scrub the toilets in the congressional bathrooms.

1 ·    Like    Share

---

**500AD**

6/3/2013 7:01 AM EDT

Perfect example of influence buying.....

4 ·    Like    Share

---

**ISeeWhatTheyAreDoing**

6/3/2013 6:58 AM EDT

wapo goes out of the way to attack Republicans and their families yet silent on the dems and their attack on people's constitutional rights.
and they expect people to pay for their services, yeah right, sure we will.

2 ·    Like    Share

---

**pogs**

6/3/2013 7:00 AM EDT

Nobody's attacking my constitutional rights. Don't have a clue on what you're talking about.

4 ·    Like

---

**candle1**

6/3/2013 7:01 AM EDT

Doing: So if it's not free, you won't be here? Sounds like you're a taker to me.

138138                                                                                3 ·    Like

## All Comments

**goodnessknowz**

Newest First ▾                                                        Pause live updates ⏸

6/3/2013 7:02 AM EDT

The lunatic fringe is awake...and he sees himself...

4 ·    Like

**SimbaLover**

6/3/2013 7:15 AM EDT

Hey - ISeeWhatTheyAreDoing...the ONLY people taking away my constitutional rights are the GOP and their archaic views of women. I want the ERA, pay equality and bodily autonomy....

2 ·    Like

**goodnessknowz**

6/3/2013 6:58 AM EDT

Talk about entitlements!!

She is her own greatest charitable interest.

Love those Republican family values in which health care and protection of the environment is nothing more than largesse from the richest people - when they want to give it.

Federal tax breaks should not be a way for the rich to set up a "charitable" non-profit as a way to enrich themselves and their friends.

6 ·    Like    Share

**shorebird234**

6/3/2013 6:57 AM EDT

Big surprise - McDonnell is corrupt. He's a RepubliCON, remember?

8 ·    Like    Share

**JAH3**

6/3/2013 6:50 AM EDT

A blatant DNC inspired hit piece fed to WAPO, transparently masquerading as news.

3 ·    Like    Share

**vigor**

6/3/2013 6:53 AM EDT

Yeah right, the DNC's fault.

own yer terdz

138

139139                                                                    5 · Like

## All Comments

~~shorebird234~~

Newest First ▾                                    Pause live updates ⏸
6/3/2013 6:57 AM EDT

Hahaha - can't handle the facts, righ jah?

5 · Like

**shorebird234**

6/3/2013 6:59 AM EDT

I guess you don't think WaPo's obsession with Benghazi wasn't a hit job, right jah?

3 · Like

**goodnessknowz**

6/3/2013 6:59 AM EDT

What a loser...your implication is that the DNC controls the governor's wife. HAHAHAHAHAHA!

3 · Like

**Sponk**

6/3/2013 6:49 AM EDT

No "not-yet-written" book deal?

What are we in power for?

Blatant corruption is the new normal for this country.

1 · Like  Share

**goodnessknowz**

6/3/2013 7:00 AM EDT

As is feasting off the scraps put out for the poor.

Like

**VastRightWingConspirator**

6/3/2013 6:48 AM EDT

When there is a Republican involved, the Post leaves no stone unturned is pursuit of a scandal. Democrats? Not so much.....

Like  Share

**candle1**

6/3/2013 7:02 AM EDT

I take it you haven't been reading the Post in the last few weeks.

140140                                                                                            3 ·    Like

## All Comments

**Skyline1**

Newest First ▾   6/3/2013 7:14 AM EDT                                    Pause live updates ⏸

I'm sure there are plenty of unturned stones in Bob and Maureen's corruption.

2 ·    Like

**sic_semper_tyrannis**

6/3/2013 7:28 AM EDT

turn over a stone, find a Republican...

2 ·    Like

**vigor**

6/3/2013 6:48 AM EDT

So That's how Republicanism works!!

2 ·    Like    Share

**evanescent_panoply**

6/3/2013 6:48 AM EDT

Penny-ante corruption, tacky Republican style. The ex-cheerleader governor's wife turned educational/nutritional 'consultant' cracks me up. As does the $15K wedding catering gift claimed to be given to the daughter rather than the governor/father of the bride who would've had to pay for it otherwise.

1 ·    Like    Share

**public opinion is manufactured**

6/3/2013 6:38 AM EDT

I really wish Americans would figure this out. Pretty much our entire gorvernment is corrupt, from top to bottom and left and right. Neither political part cares about the people. It is a business... or more accurately a criminal enterprise. If it's not outright theft, then it's inflated salaries and contracts. The only solution is less government control and more responsibility by the people. Sadly, Americans don't care or they find ways to rationalize the thievery.

Like    Share

**public opinion is manufactured**

6/3/2013 6:39 AM EDT

It's early, so please pardon the typos.

Like

**FRS**

6/3/2013 6:49 AM EDT

141 The main driving force of the majority of the people seeking political office is their own self interest.
One in office that becomes clear as the graft and payola accrue.

## All Comments

Newest First ▾                                                        Pause live updates ❚❚ ·        Like

### Hoya4692

6/3/2013 6:34 AM EDT

Let's see, we've experienced vulture capitalism, now the Commonwealth has given us vulture government!!

1 ·     Like     Share

### vanceod

6/3/2013 6:33 AM EDT

Money has no shame

1 ·     Like     Share

### Hoya4692

6/3/2013 6:33 AM EDT

"Greed, in a word, is good."

-- Gordon Gekko

1 ·     Like     Share

### OlderandWiser1

6/3/2013 6:31 AM EDT

She couldn't have donated this "fee," I suppose. The McDonnells apparently need every dollar they can scrounge up, and I do mean scrounge.

2 ·     Like     Share

### 44fx2901

6/3/2013 6:28 AM EDT

In many states this would be grounds to call for the governors resignation. In Virginia it's met with on a shrug. So much for being a government of the people and by the people, now it's government for the governor by the governor.

3 ·     Like     Share

### raywilliams

6/3/2013 6:19 AM EDT

With Bob McDonnell and Ken Cuccinelli representing the Republican Party, does the GOP have ANYONE with morals and integrity?

I guess Bill Bolling got thrown under the bus because he wasn't willing to take bribes and couldn't be trusted by the GOP Taliban masters.

141

2 ·     Like     Share

142142

**All Comments**

Newest First

Pause live updates

**raywilliams**
6/3/2013 6:16 AM EDT

"Maureen McDonnell, the wife of Virginia's governor, was paid $36,000 last year to attend a handful of meetings as a consultant to the philanthropic arm of one of the state's major coal companies .."

Perhaps this is why Governor McDonnell insists that women should not have jobs, but should be home baking pies and waiting to serve hubby when he returns. He thinks they all can rake in $36k as "consulants" on the side.

4  ·    Like   Share

---

**Leigh Oats**
6/3/2013 6:08 AM EDT

Charity ends at home.

2  ·    Like   Share

---

**Jeepers Creepers**
6/3/2013 6:08 AM EDT

As my mom used to say to me, "Always tell the truth. That way, you only have one story to remember."

Aren't moms great?

5  ·    Like   Share

---

**Ogredaddy**
6/3/2013 6:06 AM EDT

The Governor's Primary is June 11th 2013

If we want this kind of corruption to stop, VA deserves to insist that any candidate who wishes to work in the public trust, must submit to the same in depth security background check required of any Federal worker or First Responder

3  ·    Like   Share

---

**Gresh Kuso**
6/3/2013 6:32 AM EDT

How will Republicans get jobs?

4  ·    Like

---

**Ogredaddy**
6/3/2013 7:00 AM EDT

Prove they are worthy of working truly in the public trust, that goes for any candidate, party level of government in my book.

142

143143

Right now we have congressional reps who could not qualify for the security clearance to scrub the toilets in the congressional bathrooms.

## All Comments

Newest First ▾

Pause live updates ⏸

Like

**FedupinNH2**

6/3/2013 5:48 AM EDT

Didn't Jesus say something about not stealing? corruption? Is this where Jesus weeps? I'm expecting the governor to have his "I have sinned" teary press conference any day now. What an a@@hole

7 ·     Like   Share

**JBGJRESQ**

6/3/2013 6:13 AM EDT

The Guv and wife, being the good conservative christians they portend to be, simply has to publicly confess that they have sinned, ask forgiveness from the lemming-like conservatives, or in the alternative claim this is yet another example of "big guvament impeding the progress of our free enterprise system". Well, Praise the Lord and Pass the vaseline (for the voters).

6 ·     Like

**John1263**

6/3/2013 5:39 AM EDT

Good old fashioned guilded age graft......ahhhh...the good old days return, whe big business does not even try to pretend they are not purchasing the republicons they want for office.....Mark Hanna is smiling up from hell right now.......

3 ·     Like   Share

**yellowroz1**

6/3/2013 7:00 AM EDT

"gilded" - this is not a union issue - guilds.....

Like

**VirginianforFreedom**

6/3/2013 5:35 AM EDT

"Taxpayer Bill for Obama's Hawaii Vacations: $20 Million"--
http://www.whitehousedossier.com/2013/01/04/taxpay...

Like   Share

**Gresh Kuso**

6/3/2013 5:41 AM EDT

Virginian for freedom, but OK with crooked Governor!

5 ·     Like

**candle1**

6/3/2013 5:41 AM EDT

## All Comments

Newest First ▾

Pause live updates ❚❚

While Obama's vacation is expensive, it doesn't potentially break laws. See the difference?

7 ·     Like

---

**Gresh Kuso**

6/3/2013 5:42 AM EDT

Some people just need FOX News to explain it to them.

5 ·     Like

---

**John1263**

6/3/2013 5:43 AM EDT

Citing a right wing blog whose sole purpose is to infuriate rubes lile you.......par for the course.

You might as well just make things up. Coting someone else who is just making them up is a waste of tome....cut out the middle man.....

Here, you could start with, "Obama using taxpayer funds to finance al qaeda sensitivity training seminar." Then you could claim " Obama puts taxpayers on the hook for CPUSA funding deficit" then move on to "Obama secretly using FAA funds to pay for carering pf gay weddings." Then for a coup de grace...."Obama using IRS to sell stolen Bibiles to finance American Athiest Association"

Go ahead......you can cite this blog as your source.........it is on the internet so it has to be true.

4 ·     Like

---

**Gresh Kuso**

6/3/2013 5:29 AM EDT

If it's alright for corporate cronies to give the Governor's daughter $15,000 for his daughter, what's wrong with another $36,000 to his wife. After all, it's not like the money is going to the Governor - he's got integrity!

7 ·     Like    Share

---

**Wootton1**

6/3/2013 5:27 AM EDT

"McGlothlin said that Maureen McDonnell never asked to be paid but that the company decided to compensate her for her advice. "

Just a token of McGlothin's appreciation I suppose. Here Maureen, go buy yourself a nice Rolex.

4 ·     Like    Share

---

**Hoya4692**

6/3/2013 6:37 AM EDT

145149at's exactly how the Mob works. The silent communication, the unexpected gift, the quid pro quo, and nobody gets hurt, and there is no solid evidence.

## All Comments

---

Newest First ▾

Pause live updates ⏸

Like

### rockyboy1

6/3/2013 5:19 AM EDT

Well, all I have to say is that Bob McDonnell clearly wasn't presidential material after all... too low-rent.

3 ·    Like    Share

---

### allenridge

6/3/2013 5:12 AM EDT

Virginia governor's wife was paid $36,000 as consultant to coal philanthropy
.......Who cares?

The poor Leftists at the POST are out with yet another installment of .........."smear Bob McDonnell" series.

Meanwhile the Leftists are completely censoring the corruption and criminal activity by their boy, Barack Obama and Eric Holder.

POST = zero credibility

1 ·    Like    Share

---

### Gresh Kuso

6/3/2013 5:30 AM EDT

Bob McDonnell smears himself as he wallows with pigs.

6 ·    Like

---

### candle1

6/3/2013 5:43 AM EDT

Allen: The Obama/Holder stories have dominated the news of late. Maybe you simply haven't been reading?

Oh, and Obama isn't our 'boy.' He's the President of the US.

4 ·    Like

---

### johnst1001a

6/3/2013 6:13 AM EDT

So, you want to smear Obama instead. Nice try. I am not impressed.

1 ·    Like

---

### JBGJRESQ

# All Comments

If you don't care for the WaPo, go read the Washington Times or National Enquirer.

Newest First ▾

Pause live updates ❚❚

1 ·    Like

**VirginianforFreedom**

6/3/2013 4:51 AM EDT

"IRS spent $50 Million on conferences for employees"--
http://www.bostonglobe.com/news/nation/2013/06/02/...

Like    Share

**BurtReynolds**

6/3/2013 5:04 AM EDT

Ah yes, the spending of a federal agency is clearly relevant to this story about potential corruption in the governor's mansion in Richmond.

Here I got one for you too. Just as relevant. "Nationals dip below .500"
http://www.washingtonpost.com/sports/nationals/nat...

4 ·    Like

**allenridge**

6/3/2013 5:14 AM EDT

That's because the White House is engaged in much bigger corruption and criminal activity.

VirgininaforFreedom is correct to point that out.

And it's wrong for the radical Leftists running the POST to continue to CENSOR these real scandals, Regressives.

Like

**Gresh Kuso**

6/3/2013 5:33 AM EDT

Agencies spend money for conferences all the time dopey. IRS has offices throughout the country. With over 100,000K employees, that's $500 per employee per year. McDonald's probably spends more.

5 ·    Like

**Gresh Kuso**

6/3/2013 5:34 AM EDT

. . . and, by the way, I love how Republican's (or conservative wonks) feel the need to misdirect to away from the real crime.

7 ·    Like

## All Comments

**samscram**

Newest First ▾    6/3/2013 6:17 AM EDT                                    Pause live updates ❚❚

Fascinating to see the Marxist Engels folks criticizing Republicans, yet Kow Tow to a president who is gutting the First Amendment, the cornerstone of our liberties.

Like

**candle1**

6/3/2013 7:03 AM EDT

sam: What country do you live in?

Like

**WowWeeeeee**

6/3/2013 4:15 AM EDT

There was an article just a few days ago about McDonnell wanting to give rights (including VOTING) to felons. This wouldn't be a coincidence right? He might just be the next Marion Berry-the crooks beloved

Like    Share

**Wootton1**

6/3/2013 5:34 AM EDT

Voting rights should be extended to felons, they've paid their dues.

2 ·    Like

**Jack_Armstrong**

6/3/2013 3:43 AM EDT

As McDonnell and Cuccinelli both amply demonstrate, conservatives don't consider holding political office to be public service, but rather a tool to maximize their own profit and to push their personal agendas.

Their mantra, "Less government is better government" apparently only applies to others: for them, it's a cash cow.

18 ·    Like    Share

**rscott251**

6/3/2013 3:45 AM EDT

Maximize profit, . $36k over 3 years. Wow.

1 ·    Like

**Jack_Armstrong**

6/3/2013 3:47 AM EDT

148148 of the iceberg, rscott - you clearly haven't been following (or have chosen to ignore) the ongoing series of gifts and payola that's surfacing.

# All Comments

Newest First ▾                                                Pause live updates ▮▮    10 ·    Like

---

**rscott251**

6/3/2013 3:47 AM EDT

Conservatives went to the Supreme Court to prevent this nonsense, Dems and Liberals fought and won to open these doors. And now you want to argue they can't take advantage of the rules the Libs wrote? Libs are a sick sick breed.

Like

---

**rscott251**

6/3/2013 3:48 AM EDT

I have been following. Have you not paid attention what is going with the IRS. This is a typical WAPO diversion from the bigger scandals .

Like

---

**Jack_Armstrong**

6/3/2013 3:49 AM EDT

Amazing how conservatives claim to be against it, yet are the ones who do it constantly - it's more than a sickness with them - it's unabashed greed.

9 ·    Like

---

**rscott251**

6/3/2013 3:52 AM EDT

LMAO, you are delusional Jack Armstrong. You rank up there with Al Gore, who rants about people behind global warming, but has a massive carbon signiture from his own home and invests in oil stocks. Yet Bush has one of the most eco-friendly homes of any elected official. You are a card Jack.

Like

---

**Ob82TT**

6/3/2013 4:07 AM EDT

As Democrats like to say:

This is a big Nothing Burger

Like

---

**heynow211**

6/3/2013 4:25 AM EDT

Rscott - "IRS! Benghazi! Solyndra! Al Gore's house has a large carbon footprint!"

149149

6 ·    Like

# All Comments

~~BurtReynolds~~

Newest First ▾            6/3/2013 5:02 AM EDT                    Pause live updates ❚❚

I'm sure he is looking for the birth certificate too, and wants answers on how this Muslim from Kenya became President.

6 ·    Like

**rockyboy1**

6/3/2013 5:33 AM EDT

It's "public-serviced."

Like

**Bushwhacked1**

6/3/2013 5:35 AM EDT

Hey Scotty, someone needs to beam you up from Republinazi fastasyland. Y'all got a rats nest of corruption in Virginia. Par for the course with "you people" though.

2 ·    Like

**JBGJRESQ**

6/3/2013 6:20 AM EDT

Once again, a perfect example of Big Guvament interfering with the free enterprise system and every individual's right to increase one's wealth, unfettered by regulation, and at the expense of others.

1 ·    Like

**joe15211**

6/3/2013 8:19 AM EDT

Rscott, the correct math is not $36K over three years. It is $36K over 3 meetings. Wow, indeed.

3 ·    Like

**rscott251**

6/3/2013 3:34 AM EDT

Am I missing something here? $36k over 3 years? It was disclosed, though official titles and positions might not be correct. This reeks of a WAPO fishing expedition where they didn't find anything of substance, but some dweeb had to rush something to press? How about the crimes going on in the IRS?

1 ·    Like    Share

**JBGJRESQ**

6/3/2013 6:25 AM EDT

149

150 You are right. There should be a safe harbor provision in the law allowing for a deminimis frequency of violations above the reporting threshold. Lets say, every public official should be allowed one pay-off in violation of the law once every . . . let's say 3 years? But, how would this be policed since the whole point iof the law is DISCLOSING the payments to assure transparency?

**All Comments**

Newest First ▾

Pause live updates ⏸

3 ·      Like

---

**georgiaguy**

6/3/2013 2:55 AM EDT

I keep hoping for some sex scandal to topple the current Republican candidate for governor with his holier than thou disposition.

The Republicans will try to change the story if old MacDonald gets indicted and convicted. I don't see Darrell Issa running to investigate this.

5 ·      Like    Share

---

**cautious**

6/3/2013 2:50 AM EDT

Just another reason to end charity tax deductions.

2 ·      Like    Share

---

**clg238**

6/3/2013 2:27 AM EDT

Sorry to say, this is why public financing of campaigns will not work to avoid corruption. The money from special interests simply will go to family members, business partners, et al.

2 ·      Like    Share

---

**Islandoll**

6/3/2013 2:11 AM EDT

Exactly what kind of philanthropy does a coal company engage in?

6 ·      Like    Share

---

**rockyboy1**

6/3/2013 5:34 AM EDT

Job creation!

Like

---

**1scruffy1**

6/3/2013 1:56 AM EDT

With apologies to G. Stein, "A Politician is a politician is a politician" - doesn't matter if Demofartic or Republican - they can all smell the pork.

2 ·      Like    Share

151 **rockyboy1**
6/3/2013 5:23 AM EDT

# All Comments

Amen, a pox on both sides of the aisle. Single-term and singe-payer!

Newest First ▾

Pause live updates ⏸

1 ·          Like

---

**taxpayer2**
6/3/2013 1:50 AM EDT

These were the pious Religious Right, perfectly comfortable telling the rest of us what God wants us to do.. No religion I know condones this behavior in office or out. No wonder young people are rejecting religion.

11 ·     Like   Share

---

**rockyboy1**
6/3/2013 5:26 AM EDT

Oh, c'mon - this is just prosperity theology at work. Christyun bidness. I'd bet the McLothlins attend one of the showier palaces in Bristol come Sunnay mornin', big hair, big bling and big checkbook and all...

1 ·          Like

---

**j_alfred_prufrock**
6/3/2013 1:38 AM EDT

This is just too much. Maureen McDonnel, methinks, is no genius and hardly merits $36,000 for a few meetings. If this isn't an undisclosed bribe, I don't know what is. And clearly the governor broke the law in mis-reporting his wife's role and income. Are the people in Virginia morons for having disclosure laws that essentially legalize their politicians being on the take?

16 ·     Like   Share

---

**rscott251**
6/3/2013 3:44 AM EDT

$36k over three years. Pelosi goes out and defends a LA politician with $100k in his freezer from "donors" overseas in which he granted taxpayer contracts to. Let's keep perspective. This is a fishing trip.

Like

---

**j_alfred_prufrock**
6/3/2013 4:02 AM EDT

Yes, let's keep this in perspective. The politician you refer to, William Jefferson, was sentenced to 13 years in prison for his crimes, and rightfully so. This isn't about red vs blue, this is about crooks in government. So I guess you believe 13 years in prison for Jefferson is getting away with crime, but $36k for Maureen McDonnel for doing nothing is OK. Get your facts straight if you want to argue the moral high ground.

10 ·     Like

151

152152

**jimdim**

6/3/2013 1:37 AM EDT

**All Comments**

Newest First

Pause live updates

Ah, the same old story: the scum floats to the top of the GOP, then the filth claims endlessly to be morally superior to everyone else. So if someone has their job outsourced and applies for food stamps or welfare, all the little GOPiggy mouths spew at once "personal responsibility." And the newly poor dude is indeed personally responsible for not being able to steal as much as his GOPiggy betters.

13 ·     Like    Share

**tone2**

6/3/2013 1:22 AM EDT

...and all these corporations claim that the minimum wages is an unsustainable imposition on private businesses yet they spend money on the governors wife for the sole purpose of inviting people to parties go figure.

21 ·     Like    Share

**bfc1949**

6/3/2013 12:39 PM EDT

They want to make sure that nobody who is making minimum wage is invited to these parties. That is why the needed the Gov's wife to check the list becasue she does not know anyone who makes minimum wage.

1 ·     Like

**FordPrefect**

6/3/2013 1:20 AM EDT

One has to love those Republicans - if there's not q scam and illegal benefit - what's the point of being elected?

5 ·     Like    Share

**t2123**

6/3/2013 1:02 AM EDT

The real "entitlement" problem is not people on unemployment or food stamps, its the McDonalds of the country.

49 ·     Like    Share

**shiningview**

6/3/2013 12:36 PM EDT

I wonder how much the Obamas will take in once they leave office.

If you're wondering about crooked politicians, see the Clintons. Their connections to wealthy businessmen are well documented.

153 See: Marc Rich.

## All Comments

Newest First ▼

Pause live updates ⏸

Like

### dofc

6/3/2013 2:09 PM EDT

Ah deflection. Can't take the truth, so deflect.

Republicans are great at lying and deflection.

6 ·    Like

### esch

6/3/2013 12:58 AM EDT

I don't know whether McDonnell is politically dead. I does seem though that he and Ms. McDonnell take turns pounding nails into his coffin

5 ·    Like    Share

### topdog004

6/3/2013 11:41 AM EDT

He may be "politically dead" but his net worth is significantly higher because of the manner in which he old out Virginia citizens for his own private gain.
"Family values", "religious" ... what a pair of scum suckers they are

Like

### vsingh0501

6/3/2013 12:44 AM EDT

As they say: Good help is hard to find!

4 meetings at $9000 per meeting - sounds about right.

4 ·    Like    Share

### tperry1

6/3/2013 3:47 PM EDT

Article said 2 or 3 meetings.

Like

### KDPLSP

6/3/2013 12:41 AM EDT

States rights in action.

2 ·    Like    Share

154154

**theAnswerIs42**

All Comments

Newest First ▾                                                                          Pause live updates ⏸

We need to stop regulating money going in and out of government. This business is just making a solid investment into the government. It's a good perk to attracted talented and greedy people.

Ultimately we need to get the government out of government and privatize it all so that money drives it completely so it gets run efficiently like Wall St.

1 ·      Like   Share

---

**philly76**

6/3/2013 12:35 AM EDT

Now this is a probing that makes sense in Virginia

47 ·     Like   Share

---

**WildBillHickok**

6/3/2013 12:32 AM EDT

Sounds like they compete with Newt Gingrich, wasn't his about $200K/year for being a history consultant to some company though? Keep it up media, this is the type of scandal America needs to know about too - the sleazy ways that powermongers and corporations deal with pulling off graft and corruption for influence. Oh sure, the coal company did not expect to influence the governor or politics in VA helping their charity give her enough to buy a small house in a small VA rural town that half the states people wish they could do.

12 ·     Like   Share

---

**OldRedneck**

6/3/2013 12:13 AM EDT

I lived in Bristol for eight years during which time I was executive director of a non-profit that worked in 20-25 counties of NE TN, SW VA, SE KY, S WV building and repairing houses for low- and very -low income families.

It's a long story, but, the short version is: The McGlothin family and The United Co. are crooks and liars of the highest order. Which may explain why they are so attractive to the McDonnell's.

54 ·     Like   Share

---

**sic_semper_tyrannis**

6/3/2013 12:16 AM EDT

But they donated $100 million to the Virginia Museum of Fine Arts, clearly they are the noblest sorts of people imaginable....

8 ·      Like

---

**route234**

6/3/2013 12:09 AM EDT

155155

What still amazes me is what cheap prostitutes our Governor and his family are. Id expect that with this level of corruption that they would set the asking price much higher.

**All Comments**

Newest First ▾

21 ·    Like    Share

Pause live updates ⏸

**route234**

6/3/2013 12:12 AM EDT

Yea, at least then I might be able to understand. Selling out your fellow man for chump change, in their world, does make it even worse and beleive me its bad enough to begin with.

6 ·    Like

**sic_semper_tyrannis**

6/3/2013 12:17 AM EDT

It's hard work, shilling for your corporate donors...

8 ·    Like

**rstone2**

6/3/2013 12:57 AM EDT

An English member of parliament just got taking a 2 grand (sterling) bribe, this seems quite generous.

2 ·    Like

**starpopper**

6/3/2013 1:40 AM EDT

"...set the asking price much higher.". his is just the tip of the iceberg, there's no need to set a high price for ONE firm when you can set a mid-range price for MANY firms!

"Baby bull says to poppa bull: hey dad, let's run down their and screw one of those heifers. Poppa bull says: no son, let's walk down and screw them all!"

4 ·    Like

**starpopper**

6/3/2013 2:41 AM EDT

"there", not their

Like

**bfc1949**

6/3/2013 12:44 PM EDT

Starr, So you are saying that there was a volume discount. Perhaps the IRS should have thrown a much larger net. Also there must be laws in VA. that have penalties for falsifying disclosure forms.

Like

**Obamarama1**
156156
6/2/2013 11:55 PM EDT

**All Comments**

Newest First ▾

It is safe to say this is not going well for the Governor, his party, his legacy and is family.... You would think Governor McDonnell would have been too sharp to let this kind of thing to happen to him....

Pause live updates ❚❚

5 ·    Like    Share

---

**sic_semper_tyrannis**
6/2/2013 11:58 PM EDT

I always knew he didn't have it....

4 ·    Like

---

**OldRedneck**
6/3/2013 12:15 AM EDT

The words "sharp" and "McDonnell" don't belong in the same paragraph.

He's a bit slow.

After all, he has a Master's Degree from Pat Robertson University . . . not exactly a hotbed of intellect.

10 ·    Like

---

**Ob82TT**
6/3/2013 12:25 AM EDT

As Democrats like to say, "Where's the beef?" I see absolutely nothing wrong with her compensation, in fact she didn't request to be paid at all but the foundation paid her anyway.

Like

---

**vsingh0501**
6/3/2013 12:46 AM EDT

Kind of like force feeding a hog - have you ever seen that happen?
Strange - I never asked to be paid either and guess what : Nobody ever pays me

Must be something wrong with my stars!

2 ·    Like

---

**kabej**
6/3/2013 1:30 AM EDT

ty:
You misread the article, which states that McGlothin, the individual and not the foundation, paid Ms.

157 Gov. You also miss that the article emphasizes that this income was not reported, as required by law -- and what WAS reported by the Gov. (that she was a trustee of the charity) is false.

## All Comments

Newest First ▼

Pause live updates ⏸ 8 ·                Like

### kabej

6/2/2013 11:49 PM EDT

The repeated errors on the governor's disclosure forms are mounting up to the point that they can not be credibly explained as being innocent mistakes. To state that someone was a trustee, when in fact they were only paid as a consultant is an egregious error -- and it sounds more like an outright fabrication.

All this money flowing in, and so many errors in reporting what is required. Either he's inept or a willful liar.

42 ·     Like   Share

### sic_semper_tyrannis

6/2/2013 11:52 PM EDT

"Either he's inept or a willful liar."

--

How about both?

25 ·     Like

### sic_semper_tyrannis

6/2/2013 11:54 PM EDT

You've already convicted Obama on the IRS, so nice try...

27 ·     Like

### croaker69

6/3/2013 1:35 PM EDT

Are you disputing the facts or the verdict Duke?

1 ·     Like

### changeisconsatnt

6/2/2013 11:46 PM EDT

Nice all American innocent looking couple....same old stuff. Follow the money and watch the favors passed along to the companies.

5 ·     Like   Share

### quicksilverer

6/2/2013 11:40 PM EDT

Most 158 snoots in Richmond couldn't find Bristol on a map.

## All Comments

And, they sure as hell wouldn't admit it if they could.

Newest First ▾

Pause live updates ⏸
5 ·    Like    Share

---

### Trying_2B_Objective

6/2/2013 11:40 PM EDT

Shame that McDonnell was doing this. I did not support him but thought he was ethical and reasonable for a Republican - apparently I was wrong

6 ·    Like  Share

---

### tianyisun

6/2/2013 11:44 PM EDT

If you limit it by Republican standards, he at the top of the heap.

4 ·    Like

---

### esch

6/3/2013 12:45 AM EDT

He's a common crook.

1 ·    Like

---

### croaker69

6/3/2013 1:35 PM EDT

Another Republican politician revealed as an open wallet with a nice hairdo.

Like

---

### Real1

6/2/2013 11:36 PM EDT

With six months left in office he was almost in the clear.

7 ·    Like  Share

---

### sic_semper_tyrannis

6/2/2013 11:37 PM EDT

all the way to the 2016 GOP VP nomination...not anymore...

11 ·    Like

---

### honuworld

6/2/2013 11:39 PM EDT

LOL! Missed it by THAT much!

158

7 ·    Like

159159

**sic_semper_tyrannis**
6/2/2013 11:50 PM EDT

**All Comments**

Newest First ▾    It's not about the returns, but you can spin it that way if it makes you feel better. Pause live updates ❚❚

Every law that passed the general assembly that favored the coal industry that he signed is now suspect.

10 ·    Like

---

**Potter11**
6/2/2013 11:54 PM EDT

sic distemper: Only if you are pathologically suspicious. Do those laws not benefit nearly everyone in the state of WV?

Like

---

**sic_semper_tyrannis**
6/2/2013 11:55 PM EDT

Well, we're talking about the state of Virginia, so since you're not from here, you might want to sidle on out the back way....

9 ·    Like

---

**sic_semper_tyrannis**
6/2/2013 11:57 PM EDT

If a law allows a coal company greater latitude to pollute a river or the air, then no, they don't benefit nearly everyone...

9 ·    Like

---

**SteveCO**
6/3/2013 2:44 AM EDT

You can tell ol' Duke is in master Tea spin mode. Quid pro quo? He's a paid off crook just on the face of it. Of COURSE he deserves a trial, but I see nothing good and decent about this slimy woman hater and apparent corrupt crook.

Unless there's a BIG surprise at trial, say bye bye to one of America's biggest meatheads to serve as governor.

2 ·    Like

---

**croaker69**
6/3/2013 1:34 PM EDT

160 You're right Duke, appearances don't matter in politics. If McDonnell isn't convicted of a felony then there will be no effect on his political future or the Republican party in future VA elections. Keep dreaming.

## All Comments

Newest First ▾

Pause live updates ❚❚

Like

---

**Mr Neutron**

6/2/2013 11:35 PM EDT

The ethical slime trail behind Gov. Vajayjay Probe gets longer and thicker by the day ... legal? Maybe, maybe not (it sounds like some corner-cutting here).

But it stinks and again completely undermines the holier-than-thou sanctity of Gov. VagProbe.

12 ·    Like    Share

---

**sic_semper_tyrannis**

6/2/2013 11:35 PM EDT

So, could this be why Cuccinelli chose not to resign his AG job, like all of his predecessors who ran for Governor did?

Stay in power, Ken, CYA for the Prober in Chief....

34 ·    Like    Share

---

**umdskinsfan**

6/2/2013 11:31 PM EDT

Really WaPo? Keep trying. 36K? Michelle spends that in a matter of minutes flying her entourage around the world. Why not investigate her spending while she her husband are making it hurt during the sequester? Oh wait- they are dems. Never mind.

1 ·    Like    Share

---

**honuworld**

6/2/2013 11:32 PM EDT

Evidence? Links? Facts?

Thought not.

13 ·    Like

---

**Jimof1913**

6/2/2013 11:33 PM EDT

Can you give us an example of Mrs Obama flying her 'entourage' around the world.

8 ·    Like

---

**sic_semper_tyrannis**

6/2/2013 11:35 PM EDT

160

161 Rush told him so...

## All Comments

9 ·    Like

Newest First ▾

Pause live updates ⏸

**umdskinsfan**

6/2/2013 11:35 PM EDT

You got one thing right- you think not.

Get your head out of the WaPo and pay attention to what's going on- seriously, you are not aware of her travels? Even without my sources it is common knowledge- but I realize the left is not interested in knowledge.

Like

**honuworld**

6/2/2013 11:36 PM EDT

Well, if Rush said so, then we KNOW it's a lie!

5 ·    Like

**honuworld**

6/2/2013 11:38 PM EDT

skinsfan, we are not disputing that Michelle travels, like any First Lady. We are wondering where you get your figure of $36,000 "every few minutes"

7 ·    Like

**Trying_2B_Objective**

6/2/2013 11:40 PM EDT

He got it from Michelle Bachman.

9 ·    Like

**croaker69**

6/3/2013 1:31 PM EDT

How are the First Lady's expenses any different in nature or quantity from her predeccesors' after adjustments for inflation? Please provide sources or put a sock in it.

1 ·    Like

**honuworld**

6/2/2013 11:30 PM EDT

The McDonnells are a perfect example of what is wrong with American politics. Special interest paying off pols and/or their families, under a veil of secrecy, with little or no public disclosure. Shameful.

8 ·    Like    Share

162162

**All Comments**

Newest First ▾

**umdskinsfan**
6/2/2013 11:32 PM EDT

Kind of like the white house, not in the trillions like the white house steals.

Pause live updates ❚❚

1 ·    Like

**honuworld**
6/2/2013 11:33 PM EDT

Trillions? Are you on drugs?

8 ·    Like

**umdskinsfan**
6/2/2013 11:37 PM EDT

Right- like OBlamea has not used trillions to buy influence. WaPo readers are more stupider than one realizes. I will leave you in your fantasy world. Dream on.

Like

**sic_semper_tyrannis**
6/2/2013 11:38 PM EDT

"more stupider"....right

13 ·    Like

**Caracol**
6/3/2013 1:10 AM EDT

umd, you do understand that this article does not suggest that Mrs. McDonnell has stolen money, nor does it suggest that she doesn't have the same right that you or I do to work for a living and be paid for her work. She is not an elected public official.

However, the Governor is an elected official and, as such, is required to provide truthful answers to the questions on certain financial disclosure forms that he is required to file under Virginia law.

Are you suggesting that the Governor of Virginia can pick and chose which Virginia laws he chooses to obey?

6 ·    Like

**SteveCO**
6/3/2013 2:47 AM EDT

As the Eagles sang, I think UMD is "already gone".

2 ·    Like

**anniebarry**

6/2/2013 11:33 PM EDT
163163

# All Comments

Where do I apply?

Newest First ▾                                    Pause live updates ⏸    Like    Share

---

**sic_semper_tyrannis**

6/2/2013 11:27 PM EDT

Clearly we need to raise the Governor's salary so he won't have to take welfare payments from his friends...

4 ·    Like    Share

---

**PIA9**

6/2/2013 11:22 PM EDT

Clean coal great stuff .Just rub it all over your body to improve your health and wealth .

5 ·    Like    Share

---

**sic_semper_tyrannis**

6/2/2013 11:24 PM EDT

It's like a Scientific Star...

2 ·    Like

---

**PIA9**

6/2/2013 11:28 PM EDT

Yup ,the Republicans sure know how to fuel poverty .

3 ·    Like

---

**sic_semper_tyrannis**

6/2/2013 11:28 PM EDT

don't sweat it (hah). Coal is being pushed out by natural gas, which is way cheaper. All those coal field jobs. history.

3 ·    Like

---

**PIA9**

6/2/2013 11:29 PM EDT

What no more black lung money ?

2 ·    Like

---

**sic_semper_tyrannis**

6/2/2013 11:31 PM EDT

nope, just little earthquakes....

2 ·    Like

164164

**All Comments**

**Fenwood**

6/3/2013 12:11 AM EDT

As former President Richard Nixon said, "I'm no crook!" (But if I can get away with bribery and criminal activity, bring it on.) McDonnell makes Tricky Dick look like a piker. This guy and his family are getting rich selling influence and votes. That kind of illegal activity makes him a potential Republican candidate for US President in 2016. Just wait until we learn how much the ultrasound probe company paid him to endorse their invasive product. This guy might become the new poster boy for the Republican party, you know, the ones with high morals and family values....

Newest First

2 ·    Like

**SteveCO**

6/3/2013 2:49 AM EDT

Yeah. There's a lot of those "loving" religious haters.

Like

**House7**

6/2/2013 11:21 PM EDT

Cheating the citizens of Virginia -- a Republican family tradition. The Governor needs to resign in disgrace.

3 ·    Like    Share

**corintonic**

6/2/2013 11:17 PM EDT

What kind of ADVISED" was she really giving? Or was it just to get to the Governor's ear??? Something is not KOSHER!!! By listing it as a paid trusteeship instead, he did not have to provide any information about the size of her compensation.

3 ·    Like    Share

**tianyisun**

6/2/2013 11:47 PM EDT

You'd be surprised at the value of advising people on how to suck up to politicians.

1 ·    Like

**Northwestmom**

6/2/2013 11:11 PM EDT

What a bunch of crooks.....such a lovely family.

3 ·    Like    Share

**pgl911rs**

6/2/2013 11:10 PM EDT

This is President Obama's fault.

165165                                                                    6 ·   Like   Share

## All Comments

delunser

Newest First ▾      6/2/2013 11:12 PM EDT                            Pause live updates ⏸

It's true. But ol' Cooch will have it fixed up in no time.

  Like

**Foundered..1789**

6/2/2013 11:18 PM EDT

Clearly! Someone get Issa on the line right away!

6 ·   Like

**sic_semper_tyrannis**

6/2/2013 10:58 PM EDT

Ole McDonnell had a wife e-i-e-i-o
She like to live a fancy life e-i-e-i-o
with a lake house here and a wedding there
for 36 Grand I'll pretend to care...
Ole McDonnell had a wife e-i-e-i-o

17 ·   Like   Share

**sic_semper_tyrannis**

6/2/2013 10:55 PM EDT

Looks like Mrs. MDonnell had enough money to pay for her daughter's wedding reception after all...

52 ·   Like   Share

**bwong5**

6/2/2013 10:55 PM EDT

What a tangled web we weave...

4 ·   Like   Share

**sic_semper_tyrannis**

6/2/2013 10:54 PM EDT

Corporations buy access to people of power every day, that's why Citizens United was such a bad decision.

We The People deserve better, from our legal system and from our elect officials, and their spouses, it turns out.

64 ·   Like   Share

**route234**

6/3/2013 12:10 AM EDT

166 When you cant count on the Supreme Court to look out for the rule of law then Im not sure what is left. The Citizens United decision should have been unanimous and it should have been struck down with anger and righteousness.

## All Comments

Newest First ▾

Pause live updates ⏸

instead we watched our Supreme Court sell us out. Scalia is a man that no honest person cannot hold in contempt. I cant see how even a Republican can support the Citizens United ruling.

39 ·    Like

---

**Mebster**

6/2/2013 10:50 PM EDT

<mark>These kind of "wink wink" consulting and PR jobs are standard issue for many political wives at local, state and national levels. It's just another way to grease the pols.</mark>

31 ·    Like   Share

---

**sic_semper_tyrannis**

6/2/2013 10:55 PM EDT

it's unethical, and should be made illegal.

44 ·    Like

---

**warren88**

6/2/2013 11:00 PM EDT

theduke. When the "work" is $36,000 for a providing some introductions, yes, I am suspicious, suspicious that the "work" is just an excuse to funnel bribes (let's call them what they are) to the governor's family bank accounts

45 ·    Like

---

**sic_semper_tyrannis**

6/2/2013 11:00 PM EDT

"By reporting that his wife was on the board, the governor never had to say on his financial disclosure form how much she was paid. McGlothlin confirmed the salary."

It's all about avoiding disclosure, just like the $15,000 wedding gift. Get your head out of the sand.

41 ·    Like

---

**Potter11**

6/2/2013 11:01 PM EDT

KNoxscrap: you are making accusations of bribery with no evidence. She knows a lot of people being a governors wife. Charities benefit from these kind of connections. She has the right to work to benefit the charity and the right to be compensated for it. Just because a woman's husbamd is elected goverrnor doesn's mean she should be denied the right to work in a job of her choosing.

2 ·    Like

167167

**sic_semper_tyrannis**

# All Comments 6/2/2013 11:03 PM EDT

Newest First ▾

it's the efforts they took to avoid reporting the income that make it fishy. too much creative accounting....and hiding things....

Pause live updates ⏸

40 ·      Like

---

**Potter11**

6/2/2013 11:03 PM EDT

"It's all about avoiding disclosure, just like the $15,000 wedding gift. Get your head out of the sand."

How did the gift benefit the giver. Did the governor support legislation that benefited the giver? Or are you just making unsubstantiated accusations.

The appearance of impropriety is not taken to be proof positive of impropriety. That's bad.

2 ·      Like

---

**Potter11**

6/2/2013 11:05 PM EDT

"t's the efforts they took to avoid reporting the income that make it fishy. too much creative accounting....and hiding things...."

So now the appearance of impropriety is evidence of impropriety? You need proof, dude. If there is some quid pro quo, let's hear about it. If there isn't, maybe you and all the rest of the scandal mongers need to shut your pieholes.

Like

---

**sic_semper_tyrannis**

6/2/2013 11:05 PM EDT

The coal industry receives subsidies from the state, and benefits from PR efforts by the Governor to promote it.

http://sierraclub.typepad.com/mrgreen/2010/03/does...

29 ·      Like

---

**sic_semper_tyrannis**

6/2/2013 11:07 PM EDT

The Governor has veto power over any bills that might pass that would affect the industry.

like this one:

http://appvoices.org/2012/03/05/urgent-dont-let-bi...

29 ·    Like

# All Comments

**500AD**

Newest First ▾        6/2/2013 11:08 PM EDT        Pause live updates ⏸

theduke....your posts clearly show you believe there is a case of influence buying here.

4 ·    Like

### sic_semper_tyrannis
6/2/2013 11:12 PM EDT

Are you seeing the picture now? She wasn't working for the Daughters of the American Revolution or Habitat for Humanity, she was paid by a Coal company charity. Coal is under fire, for its environmental record, and economically, from natural gas.

8 ·    Like

### Potter11
6/2/2013 11:13 PM EDT

God forbid that the governor should promote the states most important industry . . . I'm shocked, shocked I tell you, that there is promotion going on here.

This scandal, compared to the IRS scandal, which is far and away the most disturbing national scandal in two generations, is like comparing a fly bite to a rattle snake bite.

"8:08 PM PDT
theduke....your posts clearly show you believe there is a case of influence buying here."

NO they don't . Not in the least. What they show is that there is no proof of impropriety. If you want to prove impropriety, call Eric Holder. We need someone with integrity to conduct this investigation.

Like

### Bjjca
6/2/2013 11:15 PM EDT

If this was Michele Obama instead, I would imagine the Tea Party would have a red-faced fit.

11 ·    Like

### Potter11
6/2/2013 11:19 PM EDT

Sic distemper: if you are saying the coal company received special treatment from the Governor because their charity hired his wife, then you need to provide proof of that. If you can't then you should stop making accusations and/or relying on innuendo to slander someone.

Like

# All Comments

**Potter11**

Newest First ▾      6/2/2013 11:20 PM EDT                                    Pause live updates ⏸

"If this was Michele Obama instead, I would imagine the Tea Party would have a red-faced fit."

If it was Laura Bush, she would have been arrested by now.

Like

---

**sic_semper_tyrannis**

6/2/2013 11:23 PM EDT

If they had disclosed the information, then no one would bat an eye. But this is the second known incident of the McDonnell's not disclosing money they received from state industries, industries that are subject to regulation by the state.

It's unethical.

13  ·      Like

---

**Potter11**

6/2/2013 11:29 PM EDT

sic distemper: Oh please, people get to correct their tax returns all the time. The tax code is so complicated, it's a joke. They probably had some tax lawyer who thought he was clever and could save them money. If they knew it was improper, do you think they would have allowed to happen in an election year?

Grow up.

Like

---

**sic_semper_tyrannis**

6/2/2013 11:30 PM EDT

They've been doing this since 2010, and McDonnell is not running for anything.

Get your head....out of the sand.... now!

6  ·      Like

---

**Potter11**

6/2/2013 11:38 PM EDT

sic distemper: Well, then it has nothing to do with the election, now does it?

Do you think this has anything to do with the IRS scandals currenty running amok in Washington?

Why should we believe that it doesn't have anything to do with that, given that the IRS is clearly

trying to cut off all Republicans and conservatives at the knees in any way they can?

## All Comments

Newest First ▾

Maybe this will turn out to be just another illegal and political IRS overreach in order to help Democrats. I'm thinking that's what it is. Yes, these days, the IRS is guilty until proven innocent when it comes to political hatchet jobs.

Like

### sic_semper_tyrannis
6/2/2013 11:46 PM EDT

Face it, you want to see our guy as "clean" and when it doesn't turn out that way, you can't stand it.

This whole thing was buried until McDonnell went after his chef for "embezzling $200 worth of food" The Chef tipped off the press about Star Scientific and the whole corrupt web started unraveling on McDonnell.

Cucinelli chose not to resign his office as all of his predecessors had when that decided to run for Governor. This stuff is why. CYA for his party.

7 ·    Like

### kuato
6/2/2013 10:48 PM EDT

Ironically, nothing illegal has emerged in all of this.

Nevertheless - the appearance of impropriety will stain McDonnell and the VA GOP. Not that it really matters. The three stooges (Cuccinelli, Jackson, and Obenshain) never really stood a chance, anyway.

Change is a-coming in November, and VA's purple is going to start to take on a comforting blue hue.

6 ·    Like   Share

### Fairfax Country
6/2/2013 11:52 PM EDT

I don't think anything "illegal" can emerge from this particular episode (the $36,000 payoff, not the Anatabloc -- "Inanabloc"? -- inanity). That's because, in my mind, the payment was never intended to sway the governor on specific legislation.

I think this was much more banal: the first lady was getting paid for her title, and, even if she didn't ask for the money, she clearly, willfully, and, it seems, surreptitiously accepted it. The company was paying for someone who could pressure Richmond society to open its pocketbooks for the organization -- money that would boost the nonprofit's image and, by extension, that of the company behind it.

The ethical problem here isn't one of bribery per se; it's that the first lady was, I think very knowingly, using her public office -- and the first lady is an official public figure -- for self-enrichment. But the real scandal, as is so often the case, isn't that bit of undignified profiteering; it's her husband's

171 pmapparent effort to conceal it from the public.

## All Comments

Newest First ▾

Now, should it come out that Mrs. McDonnell was insinuating political quid pro quos to those whom she pressured to donate -- and I find that conceivable, given the McDonnell's apparent capacity for complex schemes -- this becomes a far greater scandal.

Pause live updates ▮▮

2 ·    Like

---

**theAnswerIs42**

6/2/2013 10:46 PM EDT

How many people would not take an opportunity to make 35k for a few meetings? The problem isn't the governor is practicing the free market so well, the problem is people make a big deal about it. Corporations have the same rights you do. They are people. Spending money is an expression of free speech. The governor and his wife should be commended for their patriotism and display of the first amendment.

Like    Share

---

**theAnswerIs42**

6/2/2013 10:59 PM EDT

Being paid 35K for charity work is smart.

Like

---

**Silent Jay**

6/2/2013 11:11 PM EDT

Ripoff.

There are laws, no matter how cute your explanation is.

1 ·    Like

---

**Bjjca**

6/2/2013 11:18 PM EDT

42 - then I'm sure you must be very understanding of the IRS just following the rules.

Like

---

**corintonic**

6/2/2013 11:25 PM EDT

Corporations are people???? Show me a name of a corporation's name in the WWII,KOREAN OR VIETNAM MEMORIALS, then and only then I will believe they are people, you,GOP, Mitt and The Supreme Court are DEAD WRONG!!

7 ·    Like

---

**Caracol**

6/3/2013 1:25 AM EDT

The issue isn't the fact that Mrs. McDonnell was paid for attending a few meetings or how much she was paid. The issue is that her husband, an elected state official, is obligated by state law to complete certain financial disclosure forms.

**All Comments**

Newest First ▼

Pause live updates ❚❚

The issue here is whether the Governor knowingly provided false information on disclosure forms he is required by law to complete.

7 ·    Like

**croaker69**

6/3/2013 1:22 PM EDT

Whether it's legal or not the disclosure form is there to inform the voters. Hiding legally required information from voters smells worse than the quid pro quo going on.

1 ·    Like

**Delta Delta 5**

6/3/2013 2:53 PM EDT

And "42" and Theduke, why do you think those disclosure laws are in place - ever heard of bribing a public official?????

Like

**reeves_**

6/2/2013 10:42 PM EDT

Why didn't they just disclose of it properly?

5 ·    Like    Share

**sic_semper_tyrannis**

6/2/2013 11:02 PM EDT

now that's the $51,000 question isn't it...?

Like

**croaker69**

6/3/2013 1:17 PM EDT

By categorizing it inaccurately on the disclosure the amount did not need to be disclosed. If the Governor had filled in the form correctly the amount of cash involved may have triggered someone in the media to go digging. It looks bad to voters.

Like

**Airborne82**

6/2/2013 10:41 PM EDT

Mrs.. McDonnell is dirty as a lump of coal for keeping millions in taxpayer subsidies filling the pockets of coal companies that specialize in keeping their workers lives in peril for profit:

173173

**All Comments**

Newest First ▾

VA pays $93 million a year to subsidize mining jobs, of which $30 million a year goes directly towards highly dangerous coal mining jobs while at the Tiller No. 1 mine in Southwestern Virginia, Inspectors have noted more than 625 Life Threatening safety problems within five years. Regulators, operators wrangle over mine safetyhttp://www.washingtonpost.com/wp-dyn/content/story...

"The site is prone to cave-ins and rock falls, and inspectors have chronicled more than 625 serious offenses over the past three years that could pose an imminent threat to workers."

21 ·    Like    Share

---

**mijowe**

6/2/2013 10:41 PM EDT

is this part of the "war on coal"

1 ·    Like    Share

---

**magnifco1000**

6/2/2013 10:40 PM EDT

On the take and trying to hide it too. No wonder the state has done nothing to encourage clean energy.

8 ·    Like    Share

> **sic_semper_tyrannis**
>
> 6/2/2013 10:56 PM EDT
>
> if it's clean, they don't like it....
>
> 5 ·    Like

---

**malusk03**

6/2/2013 10:39 PM EDT

Governor's daughter's wedding: $15,000.
Governor's wife: $36,000.
Governor in your pocket: priceless.
As Mr. Justice Scalia assures us that such relationship do not create even the appearance of impropriety,
Honi soit qui mal y pense.

66 ·    Like    Share

---

**route234**

6/3/2013 12:08 AM EDT

Scalias comment about basically how money wont corrupt the political system was the most morally corrupt moment in my lifetime. No question about it. What he should have said was "Big money favors my party, the Republican party, and I sincerely hope I have opened Pandoras box and created a system where we can buy and sell politicians right out in the open and laugh in your face while doing so."

The man is a traitor to the United States, nothing more nothing less.

48 · Like

## All Comments

**shiningview**

Newest First ▼                                                    Pause live updates ⏸

6/3/2013 12:33 PM EDT

Menendez proved that having a NJ Senator in your pocket is even more lucrative for Florida businessmen.

It appears that everyone is in someone's pocket.

2 · Like

**anamericanoriginal**

6/2/2013 10:36 PM EDT

Cosy arrangement. Smelly, too. These modern day Republicans don't even subscribe to minimal ethics. I wonder how many more will be exposed.

6 · Like  Share

**fastaire**

6/2/2013 10:35 PM EDT

Now if only you goofs would go after Obama as hard as you are going after the governor. Oh I forgot, Obama's political ideology is the same as yours so he must be protected at all costs. Bob McDonnell.is a conservative so let's try to destroy him at all costs.

1 · Like  Share

**starling1**

6/2/2013 10:37 PM EDT

McDonnell seems to be doing a pretty good job of it on his own.

14 · Like

**Fate1**

6/2/2013 10:38 PM EDT

You must be one of those people who gets pulled over for doing 90 mph and complains they saw someone else going faster so why was the cop stopping them.

12 · Like

**JOHNWKLINE**

6/2/2013 10:41 PM EDT

Why bother him just because he, his wife, his daughter and possibly his dog took money form many places/persons they should not have? And then he repeatedly lies to the VA government about what he has done.

As for Obama the Republicans and media are constantly attacking him for one thing or the other. But he and his family have not been prostituting their positions to any and all.

7 ·    Like

# All Comments

## Airborne82

Newest First ▾    6/2/2013 10:46 PM EDT                              Pause live updates ⏸

The McDonnell's are conservatives that specialize in ripping off the taxpayers to line their pockets so lets protect them at all costs. Riiiiight.

7 ·    Like

## Caracol

6/3/2013 2:01 AM EDT

Fastaire, you seem to be a little confused about who is "going after" the governor.

There would be no article in the WAPO on this topic were it not for the fact that James McGlothlin -- the very person who hired Mrs. McDonnell -- has said that Mrs. McDonnell is not and was not a member of the board of his family's charitable foundation. By making that statement, he called into question the accuracy of the financial disclosure form that the Governor is required under Virginia law to fill out annually.

Under Federal law, President Obama is required to complete an annual financial disclosure similar to the one Governor McDonnell must complete under Virginia law. If one of Michelle Obama's former employers were to come forward and say that the President had mischaracterized a payment received by his wife on that form, there isn't a newspaper in the US that wouldn't report the claim.

Your politics shouldn't matter here. When there is a credible claim that a public official may have filed an inaccurate financial disclosure form, it needs to be investigated by law enforcement and disclosed by the press.

8 ·    Like

## DaveHarris

6/2/2013 10:34 PM EDT

The 'philanthropic arm of a coal company'? Who would've thunk there was such a thing? One only needs to look across the border into southern West Virginia to see how 'philanthropic' they are, at least when they're not cutting off the tops of mountains and poisoning the air and water.

5 ·    Like    Share

## JOHNWKLINE

6/2/2013 10:43 PM EDT

They are very philanthropic. Every time a miner dies due to faulty/no safety measures by the companies, the company gives the family some carnations and a gift certificate to Burger King.

4 ·    Like

**blueleadermike**
6/3/2013 8:19 PM EDT

**All Comments**

Check out all the deaths from "black lung" !

Newest First ▾                                        Pause live updates ❚❚

1 ·    Like

---

**Trump - Putins Lap Dog and Traitor**

6/2/2013 10:27 PM EDT

Just another way to bribe

3 ·    Like    Share

---

**MikePol**

6/2/2013 10:26 PM EDT

Sounds a little like what we had here in NY during the Pataki Administration. His wife was paid a great deal of money by a foundation run by Ron Lauder, a major campaign contributor. Fortunately Mrs. Pataki was able to work from home most of the time.

1 ·    Like    Share

---

**WhatIThink**

6/2/2013 10:26 PM EDT

Dis she do anything ;legally' wrong? Of course not.
Obama, Clinton, Rice, Holder, on the other hand, is a different story. They shall be crushed.
Current discourse.

Like    Share

---

**comchay999**

6/2/2013 10:28 PM EDT

"They shall be crushed. " wait wait, dont tell me...Game of Thrones?

1 ·    Like

---

**Rick405**

6/2/2013 10:28 PM EDT

What laws benefiting the coal industry have been signed by the Governor in the last 6 years?

2 ·    Like

---

**MikePol**

6/2/2013 10:40 PM EDT

From the Gov's own website
http://www.governor.virginia.gov/news/viewRelease....

1 ·    Like

---

177177

**Anon_ymous**

6/2/2013 10:43 PM EDT

**All Comments**

Newest First ▾

Bingo. Nice job.

A bargain for the industry!

Pause live updates ⏸

3 ·     Like

---

**chowlett1**

6/2/2013 10:24 PM EDT

The company wanted her for her stature. I kept waiting to see in what respect - education, experience, what have you - she had a stature. So far, her only claim to fame is 'governor's wife'.

3 ·     Like  Share

---

**starling1**

6/2/2013 10:24 PM EDT

You guessed it!

1 ·     Like

---

**ilcn**

6/2/2013 10:34 PM EDT

But before she was the "governor' wife" she was a Redskins cheerleader....now there's a resume.

5 ·     Like

---

**blueleadermike**

6/3/2013 8:17 PM EDT

She definitely a "hottie" !

1 ·     Like

---

**Anon_ymous**

6/2/2013 10:19 PM EDT

Good old fashioned greed. Isn't enough ever enough for these people? They should be ashamed.

29 ·     Like  Share

---

**waterdeepchu**

6/2/2013 10:22 PM EDT

I think I figured it out. Apparently, the goal is to have as much money as you possibly can when you die.

Im not entirely sure why this is important, but its the only thing that makes sense.

177

16 ·     Like

178178

**irep**
6/2/2013 10:26 PM EDT

**All Comments**

Newest First ▾     They have no shame. Such criminals should be put away in the slammer. Pause live updates ❚❚

14  ·     Like

**NeverL84aD8**
6/2/2013 10:19 PM EDT

And now Virginia is being courted by Cunicelli and Jackson.

Redeem yourself, Virginia. You were fooled once. Don't let it happen again.

40  ·     Like   Share

**sic_semper_tyrannis**
6/3/2013 8:45 AM EDT

many of us weren't fooled...

12  ·     Like

**Johnny Hodges**
6/2/2013 10:17 PM EDT

Here we go again, picking on those poor innocent politicians...

5  ·     Like   Share

**jimsteinberg1**
6/2/2013 10:17 PM EDT

Ol' McDonnell had a con.

8  ·     Like   Share

**waterdeepchu**
6/2/2013 10:21 PM EDT

...How long were you waiting to use that one? Oh its funny, don't get me wrong. But you must've been waiting for that chance.

Like

**nan_lynn**
6/2/2013 10:23 PM EDT

Me-buy.
She-buy.
Dough!

1  ·     Like

179179

**All Comments**

Newest First ▾

**alexandrian78**
6/2/2013 10:35 PM EDT

with a consultant job here,

and a wedding favor there,

here a crook, there a crook, everywhere a crook, crook,

Pause live updates ⏸

9 ·    Like

---

**pigface**
6/3/2013 7:59 AM EDT

Thanks guys for bringing a smile to my face on this dreary Monday morning.

1 ·    Like

---

**idiocracy_is_marching_on**
6/2/2013 10:16 PM EDT

Can we get an expose on all the money Michelle Obama made while her husband has been in office, esp. as an Illinois State Senator?

1 ·    Like   Share

---

**Anon_ymous**
6/2/2013 10:18 PM EDT

You think nobody's looked?

4 ·    Like

---

**Johnny Hodges**
6/2/2013 10:18 PM EDT

the answer is zero. So now what?

4 ·    Like

---

**waterdeepchu**
6/2/2013 10:20 PM EDT

Sure, i'll paste the figures for you:

2 ·    Like

---

**Gresh Kuso**
6/2/2013 10:23 PM EDT

The difference is Democrats use the law to fill their pockets, Republicans just ignore it. Two types of crooks, one's just stupider than the other.

1 ·    Like

---

**Johnny Hodges**
6/2/2013 10:28 PM EDT

## All Comments

Newest First ▾

Pause live updates ❚❚

I saw McDonnell's numbers, can someone show me Michelle Obama's numbers or are we hunting Commies in the closet again?

1 · Like

---

**irep**

6/2/2013 10:29 PM EDT

First lady was an accomplished attorney, graduate of the best law school in US. What qualifications did the first lady of Virginia state ?

9 · Like

---

**magnifco1000**

6/2/2013 10:42 PM EDT

She looked good in the cheerleader outfit.

11 · Like

---

**croaker69**

6/3/2013 12:52 PM EDT

A long time ago.

2 · Like

---

**FifthLion**

6/2/2013 10:11 PM EDT

attend a few "meetings", sell access, get $36,000!!! nice---I'm sure it's totally "innocent."

13 · Like Share

---

**I have seen the enemy**

6/2/2013 10:10 PM EDT

Take from the poor but make sure your wife gets graft....the Republican way of life.

30 · Like Share

---

**waterdeepchu**

6/2/2013 10:19 PM EDT

they also like welfare programs until they no longer personally need it.

15 · Like

---

**blueleadermike**

6/2/2013 9:56 PM EDT

Now I will "Sponge Bob" say, "stop your snooping & probing" !

## All Comments

9 ·    Like    Share

Newest First ▾          **blueleadermike**          Pause live updates ⏸

6/3/2013 8:14 PM EDT

His "actions" done caused me to step in the "lasagna" !

1 ·    Like