AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| James W. McGlothlin<br>*Plaintiff*<br>v.<br>Kevin N. Hennelly<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 9:18-cv-00246-DCN |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court grants Hennelly's motion for summary judgment and denies McGlothlin's motion for partial summary judgment.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on motions for summary judgment.

Date: April 16, 2020

*CLERK OF COURT*

s/John P. Bryan, Jr.
_____
*Signature of Clerk or Deputy Clerk*